AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

──────── DISTRICT OF ────────

Spero Haritatos

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Hasbro, Inc. and
Toys "R" Us - NY LLC

**05 -CV- 930**

DNH / GJD

TO: (Name and address of defendant)

Toys "R" Us - NY LLC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert E. Purcell, Esq.
Wall Marjama & Bilinski LLP
101 South Salina Street, Suite 400
Syracuse, New York 13202

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LAWRENCE K. BAERMAN

CLERK

(BY) DEPUTY CLERK

DATE    JUL 2 6 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7/28/05 @ 1:15PM |
| NAME OF SERVER (PRINT) CHRISTOPHER WARNER | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CCSC, 80 State St., Albany, NY by leaving w/ Hanna Nadeau (Agent For Service)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/29/05
           Date                                  Signature of Server

                                                Address of Server: Schodack, NY

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.