UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------- x
SPERO HARITATOS
                         Plaintiff,

          - against -

HASBRO, INC.,
and TOYS "R" US-NY LLC,

                       Defendants.
------------------------------------- x

05 Civ. 930 (DNH/GJD)

**STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the time for Defendants Hasbro, Inc. and Toys "R" Us-NY LLC, to move, answer, or otherwise respond to the Complaint is hereby extended to and including September 12, 2005. No prior request for an extension has been made in this action.


Dated: August 17, 2005

_____
Rober E. Purcell, Esq.
Bar Roll No. 510,595
Indranil Mukerji, Esq.
Bar Roll No. 511,738
Denis J. Sullivan
Bar Roll No. 512,997
WALL MARJAMA & BILINSKI, LLP
101 South Salina Street, #400
Syracuse, New York 13202
Telephone: (315) 425-9000
Facsimile: (315) 425-9114

*Attorneys for Plaintiff*
*Spero Haritatos*

_____
Kim J. Landsman, Esq.
Bar Roll No. 513,364
Michael D. Sant'Ambrogio, Esq.
Bar Roll No. 513,363
PATTERSON BELKNAP WEBB
    & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

*Attorneys for Defendant*
*Hasbro, Inc.*

So Ordered:

_____
Honorable David N. Hurd, U.S.D.J.