UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------x
SPERO HARITATOS,                                :   05 Civ. 930 (DNH/GJD)
                                                :
                    Plaintiff,                  :
                                                :   **AFFIDAVIT OF SERVICE**
       -against-                                :
                                                :
HASBRO, INC. and TOYS "R" US-NY LLC,             :
                                                :
                    Defendant.                  :
                                                :
------------------------------------------------x
STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK     )

CHRISTINA I. BELANGER, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On September 12, 2005, I electronically filed the *ANSWER AND COUNTERCLAIMS OF DEFENDANT HASBRO, INC.* with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    Robert E. Purcell, Esq.
    Wall Marjama & Bilinski LLP
    rpurcell@wallmarjama.com

    Denis J. Sullivan, Esq.
    Wall Marjama & Bilinski LLP
    dsullivan@wallmarjama.com

-2-

Indranil Mukerji
Wall Marjama & Bilinski LLP
imukerji@wallmarjama.com


_____
CHRISTINA I. BELANGER

Sworn to before me this
12th day of September, 2005

_____
Notary Public

ELIZABETH WILLIS
NOTARY PUBLIC, State of New York
No. 31-01WI6014358
Qualified in New York County
Commission Expires Oct. 13, 2008

-2-

1213814v1