UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------- x
SPERO HARITATOS  :
                 Plaintiff,  :
                               :   05 Civ. 930 (DNH/GJD)
     - against -  :
                               :   **HASBRO, INC.'S**
HASBRO, INC.,  :   **RULE 7.1 STATEMENT**
and TOYS "R" US-NY LLC,  :
                Defendant.  :
------------------------------------- x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Hasbro, Inc., states that Defendant Hasbro, Inc. is publicly traded, that it has no corporate parent, and that no publicly held corporation owns 10% or more of its stock.

Dated:    New York, New York
            September 12, 2005

                                          /s/ Kim J. Landsman
                                   Kim J. Landsman
                                   (Bar Roll No. 513364)
                                   Michael D. Sant'Ambrogio
                                   (Bar Roll No. 513363)
                                   PATTERSON BELKNAP WEBB & TYLER LLP
                                   1133 Avenue of the Americas
                                   New York, New York 10036
                                   Telephone 212-336-2500, Facsimile 212-336-2222

                                   *Attorneys for Defendant Hasbro, Inc.*