UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------x
SPERO HARITATOS,                       :    05 Civ. 930 (DNH/GJD)
                                       :
                    Plaintiff,         :
                                       :    **AFFIDAVIT OF SERVICE**
    -against-                          :
                                       :
HASBRO, INC. and TOYS "R" US-NY LLC,   :
                                       :
                    Defendant.         :
                                       :
------------------------------x
STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

CHRISTINA I. BELANGER, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On September 12, 2005, I electronically filed *HASBRO INC.'S RULE 7.1 STATEMENT* with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Robert E. Purcell, Esq.
> Wall Marjama & Bilinski LLP
> rpurcell@wallmarjama.com
>
> Denis J. Sullivan, Esq.
> Wall Marjama & Bilinski LLP
> dsullivan@wallmarjama.com

-2-

Indranil Mukerji
Wall Marjama & Bilinski LLP
imukerji@wallmarjama.com

_____
CHRISTINA I. BELANGER

Sworn to before me this
12th day of September, 2005

_____
Notary Public

ELIZABETH WILLIS
NOTARY PUBLIC, State of New York
No. 31-01WI6014358
Qualified in New York County
Commission Expires Oct. 13, 2006

-2-

1213814v1