IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPERO HARITATOS, an individual ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 6:05-CV-00930 |
| HASBRO, INC., a Rhode Island corporation, ) | |
| and TOYS "R" US-NY LLC, ) | |
| a New York limited liability company ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2005, I electronically filed the documents listed below with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

Kim J. Landsman, Esq. (kjlandsman@pbwt.com, cbelanger@pbwt.com); and
John G. McGowan, Esq. (jmcgowan@bsk.com, pkeenan@bsk.com).

DOCUMENTS SERVED

1) Plaintiff's Reply to Counterclaims of Defendant Hasbro, Inc.; and

2) this Certificate Of Service.

Dated: September 30, 2005          /s/ Robert E. Purcell
                                   _____
                                   Robert E. Purcell, Esq. (Bar Roll No. 510,595)
                                   Indranil Mukerji, Esq. (Bar Roll No. 511,738)
                                   Denis J. Sullivan, Esq. (Bar Roll No. 512,997)
                                   WALL MARJAMA & BILINSKI, LLP
                                   101 South Salina Street #400
                                   Syracuse, New York 13202
                                   Telephone: (315) 425-9000
                                   Facsimile: (315) 425-9114

                                   **Attorneys for Plaintiff**
                                   SPERO HARITATOS