**BOND, SCHOENECK & KING, PLLC**

ATTORNEYS AT LAW ▪ NEW YORK FLORIDA KANSAS

JOHN G. MCGOWAN, ESQ.
Direct: 315-218-8121
jmcgowan@bsk.com

November 2, 2005

**VIA FACSIMILE**

Hon. Gustave J. DiBianco
U.S. Magistrate Judge
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, NY 13261-7367

Re:     *Spero Haritatos v. Hasbro, Inc. and Toy "R" Us (05-CV-930)*

Dear Magistrate DiBianco:

On Monday, October 31, 2005, I commenced a trial before Hon. Hugh Gilbert in Jefferson County Supreme Court.  I remain engaged in that trial, and it has become apparent that it will continue through the end of the week.

Therefore, I respectfully request that the telephone status conference currently scheduled with you for 3:00 p.m. on Thursday, November 3, 2005, be postponed for one week.

Thank you for your courtesy and cooperation.

Respectfully yours,

BOND, SCHOENECK & KING, PLLC

*John S. McGowan*

John G. McGowan

11/2/05

**ORDER**

*The Rule 16 conference is rescheduled to Thurs. Nov 10th @ at 3:00pn*

*G.J. DiBianco*
*USMJ*

cc:     Robert E. Purcell, Esq.
         Kim T. Landsman, Esq.
JGM/pak