**TELEPHONE CONFERENCE WITH MAGISTRATE JUDGE GUSTAVE J. DI BIANCO**

DATE:  11/10/05                    TIME:  3:30 p.m. - 3:50 p.m.

CAPTION: Spero Haritatos v. Hasbro, Inc., et al

CASE NO.: 6:05-CV-930 (DNH/GJD)

APPEARANCES FOR PLAINTIFF(S):       APPEARANCES FOR DEFENDANT(S):

                                    Louis Orbach, Esq.
Indranil Mukerji, Esq.              for Deft. Toy's "R" Us
Robert E. Purcell, Esq.
                                    Kim J. Landsman, Esq.
                                    for Deft. Hasbro, Inc.


RULINGS:  Initial status conference held.  Scheduling Order to be issued.