AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         :ss.:
COUNTY OF NEW YORK       )

       MATTHEW M. FINNEGAN, being duly sworn, deposes and says:

    1.    I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson, Belknap, Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

    2.    On November 22, 2005 I electronically filed the foregoing **Brief in Support of Defendants' Request for a Protective Order to Cover Confidential Discovery** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    Kim J. Landsman
    kjlandsman@pbwt.com, cbelanger@pbwt.com

    John G. McGowan
    jmcgowan@bsk.com, pkeenan@bsk.com

    Indranil Mukerji
    imukerji@wallmarjama.com, closurdo@wallmarjama.com,
    cnichols@wallmarjama.com, imukerji@twcny.rr.com

    Robert E. Purcell
    rpurcell@wallmarjama.com, cnichols@cny-iplaw.com,
    closurdo@cny-iplaw.com

    Denis J. Sullivan
    dsullivan@wallmarjama.com, dszentmiklosi@wallmarjama.com

                                      _____
                                        MATTHEW M. FINNEGAN

Sworn to before me this 22nd
day of November, 2005

_____
Notary Public

MARTHA DELGIUDICE
Notary Public, State of New York
No. 01DE6117966
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Nov. 1, 2008