## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SPERO HARITATOS, an individual | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. 6:05-CV-00930 |
| HASBRO, INC., a Rhode Island corporation, and TOYS "R" US-NY LLC, a New York limited liability company | ) ) ) | |
| Defendants. | ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2005, I electronically filed the documents listed below with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

Kim J. Landsman, Esq. (kjlandsman@pbwt.com, cbelanger@pbwt.com); and
John G. McGowan, Esq. (jmcgowan@bsk.com, pkeenan@bsk.com).

DOCUMENTS SERVED

1)  Plaintiff's Position And Arguments Respecting Proposed Protective Order; and

2)  this Certificate Of Service.

Dated: November 22, 2005            */s/ Robert E. Purcell*

_____

Robert E. Purcell, Esq. (Bar Roll No. 510,595)
Indranil Mukerji, Esq. (Bar Roll No. 511,738)
Denis J. Sullivan, Esq. (Bar Roll No. 512,997)
WALL MARJAMA & BILINSKI, LLP
101 South Salina Street #400
Syracuse, New York 13202
Telephone: (315) 425-9000
Facsimile: (315) 425-9114

**Attorneys for Plaintiff**
SPERO HARITATOS

1