# EXHIBIT "A"



Customer Service      All Br

product search: categories

keyword      Hasbro Category Index: A  B  C  D  E  F  G  H  I  L  M  O  P  R  S

**browse by age**

Birth - 12 Months 12 - 24 Months 2 Years 3 Years 4 - 6 Years 7 - 9 Years 10 - 13 Years 14 - 18 Years Grown Ups

**browse by category**

Action Figures Board Games Children's Games Creative Play Dolls / Mini-Dolls Electronic Toys Infant & Preschool More Categories

**browse by brand**

Furby GI Joe Milton Bradley My Little Pony Playskool Transformers Video Now More Brands

**browse by boy**

**browse by girl**

| | | | | |
|---|---|---|---|---|
| A | Action Figures | Adult Puzzles | Apparel | Awar |
| B | Board Games | Books | | |
| C | Candy | Card Games | Children's Games | Child |
| | Classic Games | Collectible Artwork | Creative Play | |
| D | Developmental Toys | Disney | Dolls/MiniDolls | |
| E | Educational | Electronic Toys | | |
| F | Family Games | | | |
| G | Games | Games Make Great Gifts! | Gift Cards | Gifts |
| | Gifts Under $25 | Gifts Under $50 | Gifts Under $100 | |
| H | Handheld Electronics | Hot Holiday Toys | | |
| I | Infant & Preschool Toys | Interactive Electronics | | |
| L | Licensed Merchandise | | | |
| M | Music | | | |
| O | Outdoor Play | | | |
| P | Party Games | Playsets | Plug & Play | Plush |
| | Preschool Games | Puzzles | | |
| R | Roleplay | | | |
| S | Special Offers | Stocking Stuffers | Strategy Games | Sumr |
| T | Tiger Electronics | Toys | Trading Card Games | Trave |
| | Trivia Games | | | |
| V | Vehicles | | | |

W    Word Games

CUSTOMER SERVICE | CORPORATE INFORMATION | EMAIL UPDATES | RECALL NOTICES | CAREERS | WISH LIST | SITE MAP

© 2005 Hasbro. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark rights, copyrights and other rights owned by Hasbro or by Hasbro's licensors, licensees, suppliers and accounts. Click here for details. Use of this site signifies your agreement to the Terms and Conditions of Use.






## product search:

keyword

Products 1 - 9 of 64    Page: [1] 2 3 ... 8    Sor

**browse by age**
Birth - 12 Months  12 - 24 Months  2 Years  3 Years  4 - 6 Years  7 - 9 Years  10 - 13 Years  14 - 18 Years  Grown Ups

**browse by category**
Action Figures  Board Games  Children's Games  Creative Play  Dolls / Mini-Dolls  Electronic Toys  Infant & Preschool  More Categories

**browse by brand**
Furby  GI Joe  Milton Bradley  My Little Pony  Playskool  Transformers  Video Now  More Brands

**browse by boy**

**browse by girl**


ALL THUMBS POP
Ages: 3 & Up


Bug Factor Lollipop
Ages: 3 & Up


CANDY
Ages: 1 & Up
Approx. Retail: $3.99


Candy Flashlight
Ages: 3 & Up


Cheerios SNACK N' GO
Ages: 1 & Up
Approx. Retail: $3.99


Cheerios SNACKI
Ages: 3 & Up

Cheerios SPORTS MUNCHER


DIP-A-LONGS Candy


Disney FORTUNE

View List as Text    Page: [1] 2 3 ... 8

CUSTOMER SERVICE | CORPORATE INFORMATION | EMAIL UPDATES | RECALL NOTICES | CAREERS | WISH LIST | SITE MAP

© 2005 Hasbro. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark rights, copyrights and other rights owned by Hasbro or by Hasbro's licensors, licensees, suppliers and accounts. Click here for details. Use of this site signifies your agreement to the Terms and Conditions of Use.





product search:

keyword

Products 10 - 18 of 64

Page: 1 [2] 3 4 ... 8

Sor

browse by age

Birth - 12 Months  12 - 24 Months  2 Years  3 Years  4 - 6 Years  7 - 9 Years  10 - 13 Years  14 - 18 Years  Grown Ups

 Ages: 3 & Up
Approx. Retail: $1.99

 Ages: 3 & Up
Approx. Retail: $3.99



Disney Princess POP TOPPERS Assortment

Disney Princess SPIN POP Assortment

Disney Winnie the Poo Assortm

browse by category

Action Figures  Board Games  Children's Games  Creative Play  Dolls / Mini-Dolls  Electronic Toys  Infant & Preschool  More Categories

 Ages: 3 & Up
Approx. Retail: $0.99

 Ages: 3 & Up

 A

GUM BITZ - GI JOE

Harry Potter Acid Pop

Harry Potter Cho

browse by brand

Furby  GI Joe  Milton Bradley  My Little Pony  Playskool  Transformers  Video Now  More Brands

 Ages: 3 & Up

 Ages: 3 & Up



browse by boy

browse by girl

Harry Potter Droobles Best Blowing Gum

Harry Potter Fizzing Whizbees

Harry Potter I

View List as Text

Page: 1 [2] 3 4 ... 8

CUSTOMER SERVICE | CORPORATE INFORMATION | EMAIL UPDATES | RECALL NOTICES | CAREERS | WISH LIST | SITE MAP

© 2005 Hasbro. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark rights, copyrights and other rights owned by Hasbro or by Hasbro's licensors, licensees, suppliers and accounts. Click here for details. Use of this site signifies your agreement to the Terms and Conditions of Use.





Customer Service     All Br

## product search:

keyword

Products 19 - 27 of 64     Page: 1 2 [3] 4 5 ... 8     Sor

**browse by age**
Birth - 12 Months  12 - 24 Months  2 Years  3 Years  4 - 6 Years  7 - 9 Years  10 - 13 Years  14 - 18 Years  Grown Ups


Harry Potter Jelly Slugs

Ages: 3 & Up


Heroes SPIN POP Assortment

Ages: 3 & Up
Approx. Retail: $3.99


ICE CREAM SHOl
Can

**browse by category**
Action Figures  Board Games  Children's Games  Creative Play  Dolls / Mini-Dolls  Electronic Toys  Infant & Preschool  More Categories


LASER LIX LIGHT LICKER Candy

Ages: 3 & Up


MAGNA POP

Ages: 3 & Up
Approx. Retail: $0.99


MY LITTLE POl
LICKS

**browse by brand**
Furby  GI Joe  Milton Bradley  My Little Pony  Playskool  Transformers  Video Now  More Brands


MY LITTLE PONY - Spin Pop Assortment

Ages: 3 & Up


Monster Garage Mega Cardz with Candy Tools

Ages: 3 & Up


Monster Garage

**browse by boy**

**browse by girl**

View List as Text     Page: 1 2 [3] 4 5 ... 8

CUSTOMER SERVICE | CORPORATE INFORMATION | EMAIL UPDATES | RECALL NOTICES | CAREERS | WISH LIST | SITE MAP

© 2005 Hasbro. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark rights, copyrights and other rights owned by Hasbro or by Hasbro's licensors, licensees, suppliers and accounts. Click here for details. Use of this site signifies your agreement to the Terms and Conditions of Use.





## product search:

keyword

Products 28 - 36 of 64       Page: 1 2 3 **[4]** 5 6 ... 8       Sor

**browse by age**
Birth - 12 Months   12 - 24 Months   2 Years   3 Years   4 - 6 Years   7 - 9 Years   10 - 13 Years   14 - 18 Years   Grown Ups

**browse by category**
Action Figures   Board Games   Children's Games   Creative Play   Dolls / Mini-Dolls   Electronic Toys   Infant & Preschool   More Categories

**browse by brand**
Furby   GI Joe   Milton Bradley   My Little Pony   Playskool   Transformers   Video Now   More Brands

**browse by boy**

**browse by girl**


Ages: 3 & Up

Monster Garage Sticker-n-Pop


Ages: 3 & UP
Approx. Retail: $1.99

NIBBLE NOTES


Ages: 3 & Up

Nick Jr. SPIN


Ages: 3 & Up

POP TOPPERS Holiday Tree Ornaments


Ages: 3 & Up
Approx. Retail: $1.99


Ages: 3 & Up
Approx. Retail: $0.99

POWER PUFF GIRLS NIBBLE NOTES Candy Tattoos

Ages: 3 & Up

POWER PUFF C Assor



Pooh POP TOPPERS Assortment



Powerpuff Girls Pop Toppers Assortment



RAINSTIC

View List as Text       Page: 1 2 3 **[4]** 5 6 ... 8

CUSTOMER SERVICE | CORPORATE INFORMATION | EMAIL UPDATES | RECALL NOTICES | CAREERS | WISH LIST | SITE MAP

© 2005 Hasbro. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark rights, copyrights and other rights owned by Hasbro or by Hasbro's licensors, licensees, suppliers and accounts. Click here for details. Use of this site signifies your agreement to the Terms and Conditions of Use.





## product search:

keyword

**browse by age**
Birth - 12 Months  12 - 24 Months  2 Years  3 Years  4 - 6 Years  7 - 9 Years  10 - 13 Years  14 - 18 Years  Grown Ups

**browse by category**
Action Figures  Board Games  Children's Games  Creative Play  Dolls / Mini-Dolls  Electronic Toys  Infant & Preschool  More Categories

**browse by brand**
Furby  GI Joe  Milton Bradley  My Little Pony  Playskool  Transformers  Video Now  More Brands

**browse by boy**

**browse by girl**

Products 37 - 45 of 64      Page: 1 ... 3 4 [5] 6 7 8      Sor



Ages: 3 & Up
Approx. Retail: $0.99

SCOOBY DOO NIBBLE NOTES Candy Tattoos

Ages: 3 & Up
Approx. Retail: $3.99

SCOOBY DOO SPIN POP Assortment

SECRET M

Ages: 4 & Up
Approx. Retail: $9.99



SHREK 2 SWAMP SNACKS Candy Maker

Ages: 3 & Up



Scooby-Doo POP TOPPERS Assortment

Ages: 3 & Up

Scooby-Do Asso



Spider-Man BUBBLE TWIST

Ages: 3 & Up



Spider-Man POP TOPPERS Assortment



Spider-Ma Asso

View List as Text      Page: 1 ... 3 4 [5] 6 7 8

CUSTOMER SERVICE | CORPORATE INFORMATION | EMAIL UPDATES | RECALL NOTICES | CAREERS | WISH LIST | SITE MAP

© 2005 Hasbro. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark rights, copyrights and other rights owned by Hasbro or by Hasbro's licensors, licensees, suppliers and accounts. Click here for details. Use of this site signifies your agreement to the Terms and Conditions of Use.





## product search:

keyword

Products 46 - 54 of 64         Page: 1 ... 4 5 **[6]** 7 8         Sor

**browse by age**
Birth - 12 Months  12 - 24 Months  2 Years  3 Years  4 - 6 Years  7 - 9 Years  10 - 13 Years  14 - 18 Years  Grown Ups

**browse by category**
Action Figures  Board Games  Children's Games  Creative Play  Dolls / Mini-Dolls  Electronic Toys  Infant & Preschool  More Categories

**browse by brand**
Furby  GI Joe  Milton Bradley  My Little Pony  Playskool  Transformers  Video Now  More Brands

**browse by boy**

**browse by girl**


Spider-Man STICKER & POP
Ages: 3 & Up


SpongeBob Squarepants SPIN POP Assortment
Ages: 3 & Up


THE SIMPSONS Assort
Ages: 3 & Up


THE SIMPSONS SPIN POP Assortment
Ages: 3 & Up
Approx. Retail: $3.99


TRANSFORMERS Spin Pop Assortment
Ages: 3 & Up


The Fairly Odd Pa Assort
Ages: 3 & Up


The Incredibles PIC-TASTIX Lollipop
Ages: 3 & Up


The Incredibles POP TOPPERS Assortment
Ages: 3 & Up


The Incredible Assort


View List as Text         Page: 1 ... 4 5 **[6]** 7 8

CUSTOMER SERVICE | CORPORATE INFORMATION | EMAIL UPDATES | RECALL NOTICES | CAREERS | WISH LIST | SITE MAP

© 2005 Hasbro. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark rights, copyrights and other rights owned by Hasbro or by Hasbro's licensors, licensees, suppliers and accounts. Click here for details. Use of this site signifies your agreement to the Terms and Conditions of Use.






## product search:

keyword

Products 55 - 63 of 64          Page: 1 ... 5 6 [7] 8          Sor

**browse by age**
Birth - 12 Months  12 - 24 Months  2 Years  3 Years  4 - 6 Years  7 - 9 Years  10 - 13 Years  14 - 18 Years  Grown Ups

**browse by category**
Action Figures  Board Games  Children's Games  Creative Play  Dolls / Mini-Dolls  Electronic Toys  Infant & Preschool  More Categories

**browse by brand**
Furby  GI Joe  Milton Bradley  My Little Pony  Playskool  Transformers  Video Now  More Brands

**browse by boy**

**browse by girl**


The Incredibles STAMPER LICKS Candy
Ages: 3 & Up


¡Mucha Lucha! BUBBLE TWIST
Ages: 3 & Up


¡Mucha Lucha! Assort


TONKA SPIN POP Assortment
Ages: 3 & Up
Approx. Retail: $3.99


BUBBLE TWIST - GI JOE/TRANSFORMERS
Ages: 3 & Up
Approx. Retail: $1.99

Cheerios TONK


GI JOE BellyWashers Drinks - SNAKE EYES
Ages: 4 & Up
Approx. Retail: $2.49


MY LITTLE PONY - Pop Topper Assortment
Ages: 3 & Up


MY LITTLE PONY Chocolate

View List as Text          Page: 1 ... 5 6 [7] 8

CUSTOMER SERVICE | CORPORATE INFORMATION | EMAIL UPDATES | RECALL NOTICES | CAREERS | WISH LIST | SITE MAP

© 2005 Hasbro. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark rights, copyrights and other rights owned by Hasbro or by Hasbro's licensors, licensees, suppliers and accounts. Click here for details. Use of this site signifies your agreement to the Terms and Conditions of Use.





Products 64 - 64 of 64        Page: 1 ... 6 7 **[8]**        Sor

**Ages:**
3 & Up
**Approx. Retail:**
$2.99

MY LITTLE PONY Chocolate Flavored Candy Coins

Page: 1 ... 6 7 **[8]**

View List as Text

© 2005 Hasbro. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark rights, copyrights and other rights owned by Hasbro or by Hasbro's licensors, licensees, suppliers and accounts. Click here for details. Use of this site signifies your agreement to the Terms and Conditions of Use.

