IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPERO HARITATOS, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) Civil Action No. 6:05-CV-00930 <br> HASBRO, INC., a Rhode Island corporation, ) <br> and TOYS "R" US-NY LLC, ) <br> a New York limited liability company ) <br> ) <br> Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2005, I electronically filed the documents listed below with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

Kim J. Landsman, Esq. (kjlandsman@pbwt.com, cbelanger@pbwt.com); and
John G. McGowan, Esq. (jmcgowan@bsk.com, pkeenan@bsk.com).

DOCUMENTS SERVED

1) Plaintiff's Objections To The Order Of Magistrate Judge DiBianco Dated December 5, 2005; and

2) this Certificate Of Service.

Dated: December 15, 2005         /s/ Robert E. Purcell
                                 _____
                                 Robert E. Purcell, Esq. (Bar Roll No. 510,595)
                                 Indranil Mukerji, Esq. (Bar Roll No. 511,738)
                                 Denis J. Sullivan, Esq. (Bar Roll No. 512,997)
                                 WALL MARJAMA & BILINSKI, LLP
                                 101 South Salina Street #400
                                 Syracuse, New York 13202
                                 Telephone: (315) 425-9000
                                 Facsimile: (315) 425-9114

                                 **Attorneys for Plaintiff**
                                 SPERO HARITATOS