# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

SPERO HARITATOS, an individual

        Plaintiff,

vs.

HASBRO, INC., a Rhode Island corporation
and TOYS "R" US-NY LLC,
a New York limited liability company

        Defendants.

Civil Action No. 05-CV-930 (DNH)(GJD)

## NOTICE OF MOTION

Plaintiff SPERO HARITATOS, ("Plaintiff"), by and through his undersigned attorneys,

hereby submit this Notice Of Motion, alerting the Court to Plaintiff's Motion For Entry Of

Default Judgment Against Defendant Toys "R" Us-NY LLC.

**MOTION MADE BY:**          Wall Marjama & Bilinski LLP

                            Attorneys for Plaintiff

**DATE, TIME, AND**
**PLACE OF HEARING:**        March 10, 2006, at _____ A.M. at the U.S. District
                            Court, 10 Broad Street Utica, NY 13501 before the Hon.
                            Judge David N. Hurd.

**PAPERS SUBMITTED:**        In addition to this Notice Of Motion, the following papers are
                            submitted:  Plaintiff's Motion For Entry Of Default Judgment
                            Against Defendant Toys "R" Us-NY LLC (including Exhibits
                            A – F); and Certificate Of Service.

**RELIEF DEMANDED:**         Spero Haritatos respectfully prays for the imposition of
                            sanctions and of default judgment under Rules 26(g)(3) and
                            55(b)from the Court with respect to Defendant Toys "R" Us –
                            NY LLC's litigation conduct including its grossly belated,
                            insufficient initial disclosures and its failure to provide any
                            responses to Plaintiff's long-outstanding discovery requests.

                            (signature block on next page)

2

Respectfully submitted,

Dated: January 26, 2006                    **SPERO HARITATOS**
      Syracuse, New York              By his attorneys,


*/s/ Robert E. Purcell*
_____

Robert E. Purcell, Esq.
Bar Roll No. 510,595
Indranil Mukerji, Esq.
Bar Roll No. 511,738
Denis J. Sullivan
Bar Roll No. 512,997
WALL MARJAMA & BILINSKI, LLP
101 South Salina Street #400
Syracuse, New York 13202
Telephone:  (315) 425-9000
Facsimile:  (315) 425-9114