# EXHIBIT A



101 S. .h Salina Street, Suite 400
Syracuse, New York 13202
Telephone: (315) 425-9000
Facsimile:   (315) 425-9114

**Robert E. Purcell**
E-Mail: rpurcell@wallmarjama.com

November 3, 2005

**VIA FACSIMILE (315-422-6825)**
**& E-MAIL (jmcgowan@bsk.com)**
John G. McGowan, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202

> **RE:    Spero Haritatos v. Hasbro, Inc. and Toys "R" Us-NY LLC**
> **Civil Action No. 6:05-CV-930 (DNH) (GJD) (N.D.N.Y.)**
> **Our Ref. No. 115_003**

Dear John:

I do not believe I have received Toys "R" Us's Initial Disclosures.  If you have already provided me with a copy please resend a copy.  If you have not provided me with a copy, please do so immediately.

Very truly yours,
**WALL MARJAMA & BILINSKI LLP**

Robert E. Purcell

REP/dms



**101 South Salina Street, Suite 400**
**Syracuse, New York 13202**
**Telephone: 315-425-9000**
**Facsimile: 315-425-9114**

# FACSIMILE TRANSMISSION

**To:**                John McGowan

**Facsimile No:**   422-6825

**From:**             Robert E. Purcell, Esq.

**Date:**              November 3, 2005

**Re:**                 Haritatos v. Hasbro

**Pages:**            2      (*including cover page*)

**Comments:**      Please see attachment.

IMPORTANT - THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.   IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT READING, DISSEMINATING, DISTRIBUTING OR COPYING THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND DESTROY THE COMMUNICATION.  THANK YOU.

## MEMORY TRANSMISSION REPORT

```
                                    PAGE       : 001
                                    TIME       : NOV-03-05  01:02PM
                                    TEL NUMBER1: 3154259114
                                    NAME       : WALL,MARJAMA & BILINSKI
```

| | | |
|---|---|---|
| FILE NUMBER | : | 740 |
| DATE | : | NOV-03 01:01PM |
| TO | : | ☎4226825 |
| DOCUMENT PAGES | : | 002 |
| START TIME | : | NOV-03 01:01PM |
| END TIME | : | NOV-03 01:02PM |
| SENT PAGES | : | 002 |
| STATUS | : | OK |

FILE NUMBER    : 740          *** SUCCESSFUL TX NOTICE ***



**Wall Marjama**
An Intellectual Property Practice

**101 South Salina Street, Suite 400**
**Syracuse, New York 13202**
**Telephone: 315-425-9000**
**Facsimile: 315-425-9114**

## FACSIMILE TRANSMISSION

**To:**               John McGowan

**Facsimile No:**     422-6825

**From:**             Robert E. Purcell, Esq.

**Date:**             November 3, 2005

**Re:**               Haritatos v. Hasbro

**Pages:**            2      *(including cover page)*

**Comments:**         Please see attachment.

IMPORTANT – THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT READING, DISSEMINATING, DISTRIBUTING OR COPYING THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND DESTROY THE COMMUNICATION. THANK YOU.

Wall Marjama & Bilinski LLP
Offices in New York & Massachusetts · www.wallmarjama.com

## Danielle Salvagni

| | |
|---|---|
| **From:** | Mail Delivery Subsystem [MAILER-DAEMON@antispam.bsk.com] |
| **Sent:** | Thursday, November 03, 2005 2:22 PM |
| **To:** | Danielle Salvagni |
| **Subject:** | Return receipt |

**Attachments:**     ATT298933.txt; ATT298934.txt




ATT298933.txt     ATT298934.txt (2
    (654 B)              KB)

              The original message was received at Thu, 3 Nov 2005 14:21:49
-0500 from rrcs-24-97-179-26.nys.biz.rr.com [24.97.179.26]

    ----- The following addresses had successful delivery notifications -----
<jmcgowan@bsk.com>  (relayed to non-DSN-aware mailer)

    ----- Transcript of session follows ----- <jmcgowan@bsk.com>... relayed; expect no
further notifications