**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

SPERO HARITATOS, an individual

      Plaintiff,

vs.

HASBRO, INC., a Rhode Island corporation
and TOYS "R" US-NY LLC,
a New York limited liability company

      Defendants.

Civil Action No. 05-CV-930 (DNH)(GJD)

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January, 2006, I electronically filed the documents listed below with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

    Kim J. Landsman (kjlandsman@pbwt.com; cbelanger@pbwt.com); and
    John G. McGowan (jmcgowan@bsk.com; pkeenan@bsk.com)

Documents Served:

1) Notice of Motion;
2) Plaintiff's Motion For Entry Of Default Judgment Against Defendant Toys "R" Us-NY LLC (including Exhibits A – F); and
3) this Certificate of Service

-2-

Dated: January 26, 2006          */s/ Robert E. Purcell*
                                 _____
                                 Robert E. Purcell, Esq.
                                 Bar Roll No. 510,595
                                 Indranil Mukerji, Esq.
                                 Bar Roll No. 511,738
                                 Denis J. Sullivan
                                 Bar Roll No. 512,997
                                 WALL MARJAMA & BILINSKI, LLP
                                 101 South Salina Street #400
                                 Syracuse, New York 13202
                                 Telephone:  (315) 425-9000
                                 Facsimile:  (315) 425-9114