U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 27 2006

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPERO HARITATOS, an Individual,

                       Plaintiff,

vs                                             6:05-CV-930

HASBRO, INC., A Rhode Island Corporation; and
TOY'S "R" US-NY LLC, a New York Limited Liability
Company,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                     OF COUNSEL:

WALL, MARJAMA & BILINSKI, LLP             DENIS J. SULLIVAN, ESQ.
Attorneys for Plaintiff                               INDRANIL MUKERJI, ESQ.
Suite 400                                                 ROBERT E. PURCELL, ESQ.
101 South Salina Street
Syracuse, New York 13202

PATTERSON BELKNAP WEBB & TYLER, LLP    KIM J. LANDSMAN, ESQ.
Attorneys for Defendant Hasbro                 MICHAEL D. Sant'AMBROGIO, ESQ.
1133 Avenue of the Americas
New York, New York 10036-6710

BOND, SCHOENECK & KING, PLLC               JOHN G. McGOWAN, ESQ.
Attorneys for Defendant Toy's "R" Us
One Lincoln Center
Syracuse, New York 13202-1355

DAVID N. HURD
United States District Judge

## ORDER

On December 5, 2005, Magistrate Judge Gustave J. DiBianco issued an Order/Decision regarding the terms of a confidentiality order. (Docket No. 21). Plaintiff timely objected to two aspects of the Order/Decision. (Docket No. 22). Defendants opposed the objections. (Docket No. 24 and 25).

A review of the Order/Decision and all submissions has been made. No portion of the magistrate judge's Order/Decision was clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a).

Therefore, it is

ORDERED, that the

1. The objections are DENIED; and

2. The magistrate judge's Decision/Order is AFFIRMED.

IT IS SO ORDERED.

United States District Judge

Dated: January 27, 2006
Utica, New York.