# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 3 1 2006

## MOTION REJECTION ORDER

LAWRENCE K. BAERMAN, Clerk
UTICA

RE:   Spero Haritatos vs. Hasbro, Inc., et al.

CASE NUMBER: **6:05-CV-0930 (DNH/GJD)**

Papers Rejected:
> Notice of Motion for Default Judgment against defendant Toys "R" Us-NY LLC with supporting papers.

**ORDERED** that the enclosed paper(s) in the above titled action have been rejected and returned herewith by the Court, for the following reason(s) listed below.

1. Motions for Entry of Default Judgment must be filed in accordance with Local Rule 7.1(a). Motions must include an affidavit in support of the motion. Motions for default judgment cannot be filed unless there is an entry of default by the clerk under FRCP 55(a)

SO ORDERED,

_____
Honorable David N. Hurd
United States District Judge

DATED: January 30, 2006
Utica, N.Y.

Note: A copy of this Order has been served upon the parties to this action.