

101 South Salina Street, Suite 400
Syracuse, New York 13202
Telephone: (315) 425-9000
Facsimile:   (315) 425-9114

**Robert E. Purcell**
E-Mail: rpurcell@wallmarjama.com

February 10, 2006

**FILED ELECTRONICALLY USING CM/ECF**
Honorable Gustave J. DiBianco
United States Courthouse
PO Box 7396
100 South Clinton Street
Syracuse, New York 13261

    Re:    Haritatos v. Hasbro, Inc. et al.
             Civil Action No. 05-CV-930 (DNH)(GJD)
             Our File No. 115_003

Dear Judge DiBianco:

    Defendant Hasbro, Inc. has filed an opposition to Plaintiff's Motion For Leave To File First Amended Complaint. Local Rule 7.1(e) 4. does not specify whether reply briefs are permitted in connection with Plaintiff's Motion. There is also some uncertainty as to whether such a motion is "dispositive" or "non-dispositive". Since the instant Motion and opposition are directed to specifically requested injunctive relief, it seems that the instant Motion may be considered "dispositive". Under the Local Court Rules, reply briefs are permitted for "dispositive motions", but are not permitted except with the Court's prior permission for "non-dispositive motions".

    Accordingly, in an exercise of caution, Plaintiff is hereby requesting permission to file the attached 3 page brief in reply to Hasbro's opposition.

                              Very truly yours,
                              **WALL MARJAMA & BILINSKI LLP**

                              Robert E. Purcell

REP/cl
cc.:    John G. McGowan, Esq. (by CM/ECF)
        Kim T. Landsman, Esq. (by CM/ECF)