UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPERO HARITATOS, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>HASBRO, INC., a Rhode Island corporation<br>and TOYS "R" US-NY LLC,<br>a New York limited liability company<br><br>    Defendants. | Civil Action No. 05-CV-930 (DNH)(GJD) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2006, I electronically filed **PLAINTIFF'S BRIEF IN REPLY TO DEFENDANT HASBRO, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

   Kim J. Landsman (kjlandsman@pbwt.com; cbelanger@pbwt.com); and
   John G. McGowan (jmcgowan@bsk.com; pkeenan@bsk.com)


Dated: February 10, 2006            /s/ Robert E. Purcell
                                    _____
                                    Robert E. Purcell, Esq.
                                    Bar Roll No. 510,595
                                    Indranil Mukerji, Esq.
                                    Bar Roll No. 511,738
                                    Denis J. Sullivan
                                    Bar Roll No. 512,997
                                    WALL MARJAMA & BILINSKI, LLP
                                    101 South Salina Street #400
                                    Syracuse, New York 13202
                                    Telephone:  (315) 425-9000
                                    Facsimile:  (315) 425-9114