## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

SPERO HARITATOS, an individual

       Plaintiff,

vs.

HASBRO, INC., a Rhode Island corporation
and TOYS "R" US-NY LLC,
a New York limited liability company

       Defendants.

Civil Action No. 05-CV-930 (DNH)(GJD)

## NOTICE OF MOTION

Plaintiff SPERO HARITATOS, ("Plaintiff"), by and through his undersigned attorneys, hereby submit this Notice Of Motion, alerting the Court to Plaintiff's Motion For Sanctions In The Nature Of Judgment Against Defendant Toys "R" Us-NY LLC.

| | |
|---|---|
| **MOTION MADE BY:** | Wall Marjama & Bilinski LLP |
| | Attorneys for Plaintiff |
| **DATE, TIME, AND PLACE OF HEARING:** | April 14, 2006, at _____ A.M. at the U.S. District Court, 10 Broad Street Utica, NY 13501 before the Hon. Judge David N. Hurd. |
| **PAPERS SUBMITTED:** | In addition to this Notice Of Motion, the following papers are submitted: Plaintiff's Memorandum Of Law In Support Of Its Motion For Sanctions In The Nature Of Judgment Against Defendant Toys "R" Us-NY LLC (including Exhibits A – F); Affidavit Of Robert E. Purcell In Support Of Its Motion For Sanctions In The Nature Of Judgment Against Defendant Toys "R" Us-NY LLC (including Exhibits A – F) and Certificate Of Service. |
| **RELIEF DEMANDED:** | Spero Haritatos respectfully prays for the imposition of sanctions in the nature of judgment against Defendant Toys "R" Us-NY LLC under Rule 26(g)(3) from the Court based upon Defendant Toys "R" Us –NY LLC's grossly belated, insufficient initial disclosures and its other litigation misconduct of failing to provide any responses to Plaintiff's long-outstanding discovery requests. |

(signature block on next page)

                                                  Respectfully submitted,

Dated: February 14, 2006         **SPERO HARITATOS**
      Syracuse, New York         By his attorneys,

                                                  */s/ Robert E. Purcell*
                                                  _____
                                                  Robert E. Purcell, Esq.
                                                  Bar Roll No. 510,595
                                                  Indranil Mukerji, Esq.
                                                  Bar Roll No. 511,738
                                                  Denis J. Sullivan
                                                  Bar Roll No. 512,997
                                                  WALL MARJAMA & BILINSKI, LLP
                                                  101 South Salina Street #400
                                                  Syracuse, New York 13202
                                                  Telephone:  (315) 425-9000
                                                  Facsimile:  (315) 425-9114

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPERO HARITATOS, an individual<br><br>      Plaintiff,<br><br>vs.<br><br>HASBRO, INC., a Rhode Island corporation<br>and TOYS "R" US-NY LLC,<br>a New York limited liability company<br><br>      Defendants. | Civil Action No. 05-CV-930 (DNH)(GJD) |

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2006, I electronically filed **PLAINTIFF'S NOTICE OF MOTION FOR SANCTIONS IN THE NATURE OF JUDGMENT AGAINST DEFENDANT TOYS "R" US-NY LLC** with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

    Kim J. Landsman (kjlandsman@pbwt.com; cbelanger@pbwt.com); and
    John G. McGowan (jmcgowan@bsk.com; pkeenan@bsk.com)

Dated: February 14, 2006                  /s/ Robert E. Purcell
                                                           Robert E. Purcell, Esq.
                                                           Bar Roll No. 510,595
                                                           Indranil Mukerji, Esq.
                                                           Bar Roll No. 511,738
                                                           Denis J. Sullivan
                                                           Bar Roll No. 512,997
                                                           WALL MARJAMA & BILINSKI, LLP
                                                          101 South Salina Street #400
                                                          Syracuse, New York 13202
                                                          Telephone:  (315) 425-9000
                                                          Facsimile:  (315) 425-9114