

101 S____h Salina Street, Suite 400
Syracuse, New York 13202
Telephone: (315) 425-9000
Facsimile:  (315) 425-9114

Robert E. Purcell
E-Mail: rpurcell@wallmarjama.com

November 3, 2005

**VIA FACSIMILE (315-422-6825)
& E-MAIL (jmcgowan@bsk.com)**
John G. McGowan, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202

RE:  Spero Haritatos v. Hasbro, Inc. and Toys "R" Us-NY LLC
Civil Action No. 6:05-CV-930 (DNH) (GJD) (N.D.N.Y.)
Our Ref. No. 115_003

Dear John:

I do not believe I have received Toys "R" Us's Initial Disclosures. If you have already provided me with a copy please resend a copy. If you have not provided me with a copy, please do so immediately.

Very truly yours,
WALL MARJAMA & BILINSKI LLP

Robert E. Purcell

REP/dms

Wall Marjama & Bilinski LLP



101 South Salina Street, Suite 400
Syracuse, New York 13202
Telephone: 315-425-9000
Facsimile: 315-425-9114

## FACSIMILE TRANSMISSION

**To:** John McGowan

**Facsimile No:** 422-6825

**From:** Robert E. Purcell, Esq.

**Date:** November 3, 2005

**Re:** Haritatos v. Hasbro

**Pages:** 2   (*including cover page*)

**Comments:** Please see attachment.

IMPORTANT - THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT READING, DISSEMINATING, DISTRIBUTING OR COPYING THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND DESTROY THE COMMUNICATION. THANK YOU.

MEMORY TRANSMISSION REPORT

```
PAGE        : 001
TIME        : NOV-03-05  01:02PM
TEL NUMBER1 : 3154259114
NAME        : WALL,MARJAMA & BILINSKI
```

| | | |
|---|---|---|
| FILE NUMBER | : | 740 |
| DATE | : | NOV-03 01:01PM |
| TO | : | ☎4226825 |
| DOCUMENT PAGES | : | 002 |
| START TIME | : | NOV-03 01:01PM |
| END TIME | : | NOV-03 01:02PM |
| SENT PAGES | : | 002 |
| STATUS | : | OK |
| FILE NUMBER | : 740 | *** SUCCESSFUL TX NOTICE *** |



# Wall Marjama
An Intellectual Property Practice

101 South Salina Street, Suite 400
Syracuse, New York 13202
Telephone: 315-425-9000
Facsimile: 315-425-9114

## FACSIMILE TRANSMISSION

**To:** John McGowan

**Facsimile No:** 422-6825

**From:** Robert E. Purcell, Esq.

**Date:** November 3, 2005

**Re:** Haritatos v. Hasbro

**Pages:** 2   (including cover page)

**Comments:** Please see attachment.

IMPORTANT - THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT READING, DISSEMINATING, DISTRIBUTING OR COPYING THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND DESTROY THE COMMUNICATION. THANK YOU.

Wall Marjama & Bilinski LLP
Offices In New York & Massachusetts · www.wallmarjama.com

# Danielle Salvagni

From: Mail Delivery Subsystem [MAILER-DAEMON@antispam.bsk.com]
Sent: Thursday, November 03, 2005 2:22 PM
To: Danielle Salvagni
Subject: Return receipt

Attachments: ATT298933.txt; ATT298934.txt

ATT298933.txt (654 B)  ATT298934.txt (2 KB)

```
            The original message was received at Thu, 3 Nov 2005 14:21:49
-0500 from rrcs-24-97-179-26.nys.biz.rr.com [24.97.179.26]

   ----- The following addresses had successful delivery notifications -----
<jmcgowan@bsk.com>  (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows -----  <jmcgowan@bsk.com>... relayed; expect no
further notifications
```