# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Spero Haritatos

vs.   CASE NUMBER: **6:05-CV-0930**
**(DNH/GJD)**

Toy's "R" Us-NY LLC

I, LAWRENCE K BAERMAN, CLERK, by Susan Evans, Deputy Clerk, certify that I have reviewed the Court's docket and plaintiff's request for clerk's certificate of entry of default and have determined that plaintiff's request **cannot be honored** for the following reason(s):

■   The docket reflects that the defendant upon whom you request entry of default has filed an answer or otherwise moved with respect to the complaint.

Dated:  February 16, 2006

Clerk of Court

By:   s/
Susan Evans
Deputy Clerk