UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SPERO HARITATOS,

                                Plaintiff,

    vs.                                                 6:05-CV-930
                                                              (J. Hurd)

HASBRO, INC., et al.,

                                Defendants.

_____

## ORDER

The telephone conference in this case is scheduled for 3:30 p.m. today. Plaintiff's counsel is directed to have a court stenographer in his office to record the entire telephone conference. The cost of the stenographic record will be shared by all three parties. The transcript shall be filed within three weeks of this order.

Dated: March 28, 2006

                                                                                                                                                                      _____

                                                                Hon. Gustave J. DiBianco
                                                                U.S. Magistrate Judge