**TELEPHONE CONFERENCE WITH MAGISTRATE JUDGE GUSTAVE J. DI BIANCO**

DATE:  3/28/06                           TIME:  3:30 - 4:30 p.m.

CAPTION:    Haritatos v. Hasbro, Inc., et al.

CASE NO.:   6:05-CV-930 (DNH/GJD)

APPEARANCES FOR PLAINTIFF(S):     APPEARANCES FOR DEFENDANT(S):

Robert E. Purcell, Esq.            John G. McGowan, Esq.
                                   For Deft. Toy's "R" Us

                                   Kim J. Landsman, Esq.
                                   For Deft. Hasbro, Inc.


**RULINGS**: 1.  Motion to direct Clerk to enter default is denied in all respects.

   2.  Decision reserved on motion for leave to file first Amended Complaint.

   3. Attorneys to revise Initial Disclosures as directed during telephone conference.