# EXHIBIT C

```
                                                                    1

 1
 2                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF NEW YORK
 3
 4   * * * * * * * * * * * * * * * * *

 5   SPERO HARITATOS,

 6                        Plaintiff,

 7           -vs-                  Index No.:
                                   05 CIV 930 (DNH/GJD)
 8
     HASBRO, INC. and
 9   TOYS "R" US-NY LLC,

10                        Defendant.

11   * * * * * * * * * * * * * * * * *

12

13                        Examination Before Trial of

14           SPERO T. HARITATOS, Plaintiff, held at

15           the offices of BOND, SCHOENECK & KING,

16           PLLC, Syracuse, New York, on May 17,

17           2006, before MELISSA A. LANNING, Court

18           Reporter and Notary Public in and for

19           the State of New York.

20
21
22
23
24
25
```



MELISSA A. LANNING, CSR                    239 Northland Drive

```
 1                SPERO T. HARITATOS                322
 2           VIDEOGRAPHER:  This testimony
 3   is --
 4           MR. PURCELL:  Wait.  For the
 5   record, the subpoena for
 6   Sharon Haritatos to appear was for
 7   3 o'clock this afternoon.  You,
 8   Mr. Sant'Ambogio, have said you do not
 9   want to take her deposition today, but
10   we have arranged to haver her deposition
11   taken tomorrow at Accurate Court
12   Reporters in Utica; and that's going to
13   commence at 1 o'clock in the afternoon.
14           All right.  And I have witness fee
15   checks that you just gave me today, one
16   for Olga Haritatos for $40, $40 for
17   Sharon Haritatos, and you're going to
18   pay for a second appearance fee for
19   Sharon Haritatos for tomorrow.
20           MR. SANT'AMBROGIO:  Yes, we will.
21   Also, if you provide us with the
22   mileage, we will pay for the mileage as
23   well.
24           MR. PURCELL:  Thank you.  I
25   notices the Patterson, Belknap firm was
```

```
 1                SPERO T. HARITATOS              323
 2      a little skimpy on arranging for the
 3      mileage fee on top of the appearance
 4      fee, but we'll work that out.
 5              MR. SANT'AMBROGIO:  Well, the $40
 6      is the appearance fee under the Federal
 7      Rules, and we did not know what the
 8      mileage was.  So we're waiting for you
 9      to tell us, and we will provide the
10      check for the mileage.
11              MR. PURCELL:  Thank you.
12              MR. SANT'AMBROGIO:  You can bank
13      on it.
14              MR. PURCELL:  I'll never bank on
15      it.
16              MR. McGOWAN:  We're all set.
17      Thank you very much.
18              VIDEOGRAPHER:  This testimony of
19      Spero Haritatos is concluded.  Time off
20      record is 5:34.
21              (Whereupon, the proceedings were
22      adjourned.)
23
24           *              *            *
25
```