# EXHIBIT 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

* * * * * * * * * * * * * * * * *

SPERO HARITATOS,

Plaintiff,

-vs-

Index No.:
05 CIV 930 (DNH/GJD)

HASBRO, INC. and
TOYS "R" US-NY LLC,

Defendant.

* * * * * * * * * * * * * * * * *

Examination Before Trial of SPERO T. HARITATOS, Plaintiff, held at the offices of BOND, SCHOENECK & KING, PLLC, Syracuse, New York, on May 17, 2006, before MELISSA A. LANNING, Court Reporter and Notary Public in and for the State of New York.

APPEARANCES:

For the Plaintiff:
WALL, MARJAMA & BILINSKI, LLP
Attorneys at Law
101 South Salina Street, Suite 400
Syracuse, New York 13202
BY: ROBERT E. PURCELL, ESQ.

For the Defendant, Hasbro, Inc.:
PATTERSON, BELKNAP, WEBB & TYLER, LLP
Attorneys at Law
1133 Avenue of the Americas
New York, New York 10036-6710
BY: MICHAEL D. SANT'AMBROGIO, ESQ.

For the Defendant, Toys "R" Us - NY, LLC:
BOND, SCHOENECK & KING, PLLC
Attorneys at Law
One Lincoln Center
Syracuse, New York 13202
BY: JOHN G. McGOWAN, ESQ.

EXAMINATIONS

| Witness: | Page |
|---|---|
| SPERO T. HARITATOS | |
| EXAMINATION BY MR. SANT'AMBROGIO | 8, 305 |
| EXAMINATION BY MR. McGOWAN | 208, 321 |

* * *

EXHIBITS

| Number | Description | Page |
|---|---|---|
| 1 | First Set of Requests to Plaintiffs | 58 |
| 2 | TTAB Deposition Transcript of Spero T. Haritatos | 305 |
| 4 | 1982 Trademark Application | 22 |
| 5 | Specimen from 1982 Application for Trademark | 41 |
| 6 | 1990 Certificate of Registration | 29 |
| 7 | Compilation of Declarations | 34 |
| 8 | Certificate of Authority | 48 |

(CONT'D ON NEXT PAGE)

EXHIBITS

| Number | Description | Page |
|---|---|---|
| 10 | 4/30/74 Contract | 58 |
| 11 | 5/3/74 Contract | 58 |
| 12 | 1976 Trademark Registration | 72 |
| 13 | Photocopy of Original Turkey Joint Label | 72 |
| 14 | Interrogatory Responses | 92 |
| 16 | Wholesale Receipt from Nora's Candy Shop | 104 |
| 17 | Photocopy of Photograph | 170 |
| 18 | Compilation of Photographs of Candyland Candy Turkey Joints jars, boxed candies, etc. | 143 |
| 19 | Compilation of Newspaper Articles | 173 |
| 20 | Compilation of Letters, re: Orders of Turkey Joints | 175 |
| 21 | Photocopy of Hasbro's Candyland mark | 308 |
| 22 | Photocopy of Hasbro's Candyland mark | 308 |
| 30 | 1992 Application to Register Candyland | 162 |
| 33 | 2005 1040 with Attached Schedules, 11 pgs. | 164 |

* * *

REQUESTS

1. Page 70, Line 22:

Q. Have you searched for that business certificate?
A. Yes.
Q. And did you find it?
A. Yes.
Q. And where is it?
A. It's not with me right now.
Q. Did you give it to your lawyer?
A. I believe so.
Q. And this is a business certificate for Candyland --
A. Candyland.
Q. -- dating from 1973?
A. Yes.
Q. We'll ask that your lawyer produce that.
MR. PURCELL: If I have it, have had it at any time, I'm sure it was produced.
MR. SANT'AMBROGIO: We have no business certificate from Candyland in 1973.

2. Page 235, Line 13:

Q. Do you have any -- do you have the documents by which that tax identification number was applied for?
A. I don't think so.
Q. I would ask you, sir, to make a search for any document applying for that tax identification number, to provide them to Mr. Purcell; and we will ask for those, and of course we will do it formally.

* * *

IT IS HEREBY STIPULATED by and between counsel for the respective parties that this Deposition is to be held pursuant to the Federal Rules of Civil Practice; that the presence of a Referee is waived; that the filing of the minutes are waived; that the witness may be sworn by Melissa A. Lanning, Court Reporter and Notary Public in and for the State of New York; and that all objections, except those as to form, are reserved until the time of trial.

* * *

VIDEOGRAPHER: My name is Christine Clark for Video Vision, 13 Chestnut Street Clinton, New York. Today's date is May 17th, 2006, and the time is 9:28 a.m. This testimony is being taken at One Lincoln Center, Syracuse, New York. The caption of the case is Spero Haritatos, Plaintiff versus Hasbro, Incorporated, and Toys

"R" Us New York, LLC, Defendants.

This witness is Spero Haritatos. This testimony is being taken on behalf of the defendant and is being recorded in the digital format at the standard play mode.

Will counsel please state their appearance for the record.

MR. PURCELL: This is Bob Purcell representing the plaintiff, Spero Haritatos.

MR. SANT'AMBROGIO: Michael Sant'Ambrogio from Patterson, Belknap representing the defendant, Hasbro, Incorporated.

MR. McGOWAN: John McGowan, Bond, Schoeneck & King of Syracuse. We represent the defendant Toys "R" Us-NY, LLC.

VIDEOGRAPHER: Thank you.

S P E R O T. H A R I T A T O S, having been called as a witness, being duly sworn, testified as follows:

EXAMINATION BY MR. SANT'AMBROGIO:

Q. Good morning, Mr. Haritatos.
A. Good morning.
Q. How are you today?
A. Good. And yourself?
Q. Good. We have before met; have we not?
A. Yes, we have.
Q. In fact, I took your deposition in February or January of 2005, correct?
A. I think it was February.
Q. February of 2005?
A. Right.
Q. Okay. Thank you. I know we went over some of the ground rules of the deposition the last time but I want to kind of go over them once more to make sure they're in your head. If you do not hear any part of the question I ask you, please ask me to repeat the question or ask the court reporter to repeat it. If you don't understand a question, please let me know, and I will attempt to rephrase the question so that it's understandable to you.

Please allow me to finish asking all of my questions before you answer. The court reporter is

going to be recording everything that both of us say today, and we want to make sure it's easy for her to record all of that accurately.

Also, in order for her to do that, I need all of your responses to be verbal. So I know we all have a tendency to nod our heads or shake our heads in response to answers, but please try to answer questions verbally. Do you understand all of that?
A. Yes.
Q. Okay. Thank you. Have you ever been deposed before?
A. Yes.
Q. Okay. And you mentioned before that I deposed you last year, correct?
A. Correct.
Q. Okay. And what was that deposition in connection with?
A. With the -- the Hasbro case and the Toys "R" Us.
Q. Was that in -- was that -- are you sure about that? I think -- wasn't it the Hasbro -- the trademark opposition between yourself and Hasbro?
A. Right. It was -- yes, the opposition between the trademark with Hasbro.

SPERO T. HARITATOS 70

Q. Now, did the Liberty Lane restaurant sell turkey joints?
A. Yes.
Q. Okay. And they sold the turkey joints made by your father?
A. Correct.
Q. So your father made turkey joints for them after 1974?
A. My mother and father, correct.
Q. Your mother and father. And they sold it -- they made them under the business name Nora Haritatos, correct?
A. Candyland.
Q. Do you have any reason to believe that they used the Candyland name to sell the goods?
A. I believe my -- I think it was registered or -- either a d/b/a was formed in '73, or business certificate, I believe.
Q. Do you own that business certificate?
A. No, I don't.
Q. Have you searched for that business certificate?
A. Yes.
Q. And did you find it?

SPERO T. HARITATOS 71

A. Yes.
Q. And where is it?
A. It's not with me right now.
Q. Did you give it to your lawyer?
A. I believe so.
Q. And this is a business certificate for Candyland --
A. Candyland.
Q. -- dating from 1973?
A. Yes.
Q. We'll ask that your lawyer produce that.
MR. PURCELL: If I have it, have had it at any time, I'm sure it was produced.
MR. SANT'AMBROGIO: We have no business certificate from Candyland in 1973.
MR. PURCELL: I'll double-check, but -- first of all, whether I have it. Second of all, whether I do have it, whether it was sent and produced to Hasbro.
MR. SANT'AMBROGIO: Okay. Thank you.

SPERO T. HARITATOS 72

BY MR. SANT'AMBROGIO:
Q. I'd like to introduce what's been marked as Defendant's Exhibit 12, and I'll also introduce what's been marked as Defendant's Exhibit 13.
(Whereupon, Exhibit Numbers 12 and 13 were marked for identification, this date.)
BY MR. SANT'AMBROGIO:
Q. Defendant's Exhibit 12 is a 1976 registration for a trademark, correct?
A. Correct.
Q. And it's a registration for the Original Thin Shell Candy Turkey Joints trademark, correct?
A. Correct.
Q. Okay. And this was registered by Nora Haritatos, correct?
A. Correct.
Q. And she filed to register this mark in 1976, correct?
A. Correct.
Q. Okay. And that was Nora Haritatos located at 321 North Doxtater Avenue, correct?
A. Correct.
Q. But we can't tell from this document whether

SPERO T. HARITATOS 73

Nora Haritatos was an individual or a business, can we?
A. No.
Q. Okay. And if you could turn to Defendant's Exhibit 13, you produced this in connection with the Trademark Trial and Appeal Board proceeding, correct?
A. Correct.
Q. And again in connection with this litigation, correct?
A. Correct.
Q. So this was something that you found in your records, correct?
A. Correct.
Q. Where did you find it?
A. I found it in a file of old documents and papers that I was going through.
Q. Okay. And how did you come to posses this document?
A. I'm not sure. I think it was from a customer.
Q. And do you remember when the customer gave it to you?
A. No, I don't.
Q. Okay. And what is this?



Wall Marjama
An Intellectual Property Practice

101 South Salina Street, Suite 400
Syracuse, New York 13202
Telephone: (315) 425-9000
Facsimile: (315) 425-9114

**Robert E. Purcell**
E-Mail: rpurcell@wallmarjama.com

June 1, 2006

**BY FIRST CLASS MAIL**
Michael D. Sant'Ambrogio, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**Re: Haritatos v. Hasbro**
**Our File No. 115_003**

Dear Michael:

As part of Spero Haritatos's production of documents, I have enclosed documents bearing Bates nos. STH000500-00532.

Very truly yours,
**WALL MARJAMA & BILINSKI LLP**

Robert E. Purcell

REP/jml
Encl.

# Business Certificate

**I Hereby Certify** *that I am conducting or transacting business under the name or designation of*

CANDYLAND, 321 North Doxtater Street,

*at* Rome *County of* Oneida
*State of New York.*

*My full name is** TASOS HARITATOS

*and I reside at* 321 North Doxtater Street
Rome, New York

~~I Further Certify that I am the successor in interest to~~

~~the person or persons heretofore using such name or names to carry on or conduct or transact business.~~

FILED
COUNTY CLERK
1976 MAR -1 PM 12:09
BY ________

**CERTIFIED COPY**

**In Witness Whereof,** *I have this* 27th *day of* February 19 76, *made and signed this certificate.*

Tasos Haritatos

**State of New York.**
**County of** Oneida } *s.s.:*

*On this* 27th *day of* February 19 76, *before me personally appeared*

TASOS HARITATOS

*to me known and known to me to be the individual described in and who executed the foregoing certificate, and* he *thereupon duly acknowledged to me that* he *executed the same.*

James P. Kehoe, Jr.

James P. Kehoe, Jr. Notary Public
Oneida County, My commission expires 3/30/76

*Print or type name.
*If under 21 years of age, state "I am.............years of age".

STH 000523

1 143

INDEX No.

# Certificate

of

TASOS HARITATOS

*CONDUCTING BUSINESS UNDER THE NAME OF*

CANDYLAND

CERTIFICATES OF AMENDMENT AND OF DISCONTINUANCE

| Date Filed | Nature of Paper |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

STH 000524