# EXHIBIT C

## Robert Purcell

**From:** Robert Purcell
**Sent:** Thursday, June 15, 2006 1:55 PM
**To:** 'Landsman, Kim J. (x2980)'
**Subject:** Hasbro

Kim:

I have previously requested copies of pleadings (i.e., all documents filed with or by the court and any discovery requests and responses served by the parties), copies of any settlement agreements, and a privilege log regarding Hasbro's federal court lawsuit in the state of Washington alleging infringement of its CANDY LAND mark by the owner of the website "candland.com. To date, I have received only a copy of the federal court's published decision granting Hasbro's motion for preliminary injunction.

Will you please provide me with Hasbro's current position respecting whether it will produce such documents and provide such a privilege log?

Robert E. Purcell
Wall Marjama & Bilinski, LLP
101 South Salina Street - Suite 400
Syracuse, New York 13202
Phone: 315-425-9000
Facsimile: 315-425-9114
rpurcell@wallmarjama.com

6/15/2006