# EXHIBIT E

# Robert Purcell

**From:** Robert Purcell
**Sent:** Thursday, July 27, 2006 6:11 PM
**To:** 'Landsman, Kim J. (x2980)'; Sant'Ambrogio, Michael (x2436)
**Cc:** jmcgowan@bsk.com
**Subject:** Hasbro

Kim:

Please let me know by 2:00p.m. on Monday if there is any room for further discussion regarding my request for pleadings, transcripts of hearings, orders, and other documents pertaining to the candyland.com lawsuit and for a privilege log pertaining to that lawsuit. My understanding is that your last response (June 26, 2006) was that the requested documents were simply "irrelevant".

Robert E. Purcell
Wall Marjama & Bilinski, LLP
101 South Salina Street - Suite 400
Syracuse, New York 13202
Phone: 315-425-9000
Facsimile: 315-425-9114
rpurcell@wallmarjama.com

7/27/2006