UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SPERO HARITATOS, an individual

       Plaintiff,

vs.

HASBRO, INC., a Rhode Island corporation
and TOYS "R" US-NY LLC,
a New York limited liability company

       Defendants.

Civil Action No. 05-CV-930 (DNH)(GJD)

---

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2006, I electronically filed **MOTION FOR LEAVE TO WITHDRAW INDRANIL MUKERJI AS ATTORNEY OF RECORD** with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

    Kim J. Landsman (kjlandsman@pbwt.com; cbelanger@pbwt.com); and
    John G. McGowan (jmcgowan@bsk.com; pkeenan@bsk.com)

Dated: August 17, 2006           */s/ Robert E. Purcell*

                                      Robert E. Purcell, Esq.
                                      Bar Roll No. 510,595
                                      Indranil Mukerji, Esq.
                                      Bar Roll No. 511,738
                                      Denis J. Sullivan
                                      Bar Roll No. 512,997
                                      WALL MARJAMA & BILINSKI, LLP
                                      101 South Salina Street #400
                                      Syracuse, New York 13202
                                      Telephone:  (315) 425-9000
                                      Facsimile:  (315) 425-9114