UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPERO HARITATOS, AN INDIVIDUAL<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC., A RHODE ISLAND CORPORATION AND TOYS 'R US-NY LLC, A NEW YORK LIMITED LIABILITY COMPANY<br><br>Defendants. | Civil Action No. 05-CV-930 (DNH/GJB) |

## PLAINTIFF'S NOTICE OF OBJECTIONS TO MAGISTRATE DIBIANCO'S ORDER ENTERED AUGUST 11, 2006

PLEASE TAKE NOTICE THAT Plaintiff, Spero Haritatos, hereby files his objections to the Order Magistrate Judge DiBianco entered August 11, 2006.  Specifically, he objects to the rulings in the first full paragraph on page 8 of the Order.

Plaintiff's objections are based upon this notice of objections, the accompanying designation of the contents of the record on appeal, the accompanying Memorandum of Law, all pleadings and papers on file in this action, all other matters that may be brought to the Court's attention at or before any hearing on these objections, and all matters of which the Court may take judicial notice.

The return date for these objections, pursuant to Local Rule 72.1(b) is in the United States District Court for the Northern District of New York, at the Alexander Pirnie Federal Building, 10 Broad Street, Utica, New York 13501, before the Honorable David N. Hurd, on his regularly scheduled return date of October 13, 2006, at 10:00 a.m.

1

Date:  August 21, 2006                             *s/ Robert E. Purcell*
                                             Robert E. Purcell (Bar Roll No. 510,595)
                                             WALL MARJAMA & BILINSKI LLP
                                             101 South Salina St., Suite 400
                                             Syracuse, NY 13202
                                             Telephone:     (315) 425-9000
                                             Facsimile:      (315) 425-9114
                                             *Attorney for Plaintiff, Spero Haritatos*