**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SPERO HARITATOS, AN INDIVIDUAL<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>HASBRO, INC., A RHODE ISLAND CORPORATION AND TOYS 'R US-NY LLC, A NEW YORK LIMITED LIABILITY COMPANY<br><br>　　　　　　　　　Defendants. | Civil Action No. 05-CV-930 (DNH/GJB) |

**PLAINTIFF'S DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL**

　　　Plaintiff, Spero Haritatos, hereby designates the contents of the record on appeal pursuant to Local Rule 72.1(b).  Plaintiff designates the following docket entries: 46, 60, 64, 65, and 68, Minute Entry dated July 19, 2006 that does not have any docket number designation and Order entered March 29, 2006 entering Protective Order, that does not have any docket number designation.


 Date:  August 21, 2006　　　　　　　　　　　_s/ Robert E. Purcell_
　　　　　　　　　　　　　　　　　　　　　　Robert E. Purcell (Bar Roll No. 510,595)
　　　　　　　　　　　　　　　　　　　　　　WALL MARJAMA & BILINSKI LLP
　　　　　　　　　　　　　　　　　　　　　　101 South Salina St., Suite 400
　　　　　　　　　　　　　　　　　　　　　　Syracuse, NY 13202
　　　　　　　　　　　　　　　　　　　　　　Telephone:　(315) 425-9000
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(315) 425-9114
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff, Spero Haritatos*

1