**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SPERO HARITATOS, AN INDIVIDUAL<br><br>                    Plaintiff,<br><br>    v.<br><br>HASBRO, INC., A RHODE ISLAND CORPORATION AND TOYS 'R US-NY LLC, A NEW YORK LIMITED LIABILITY COMPANY<br><br>                    Defendants. | Civil Action No. 05-CV-930 (DNH/GJB) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of August, 2006, I electronically filed the documents listed below with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

    *Michael D. Sant'Ambrogio*    (*mdsantambrogio@pbwt.com*)
    *Kim J. Landsman*    (*kjlandsman@pbwt.com*)

    *Counsel for Defendant Hasbro, Inc.*

    *John G. McGowan*    (*jmcgowan@bsk.com*)

    *Counsel for Defendant Toys 'R Us- NY LLC*

DOCUMENTS SERVED

    1) Plaintiff's Notice Of Objections To Magistrate DiBianco's Order Entered August 11, 2006;

    2) Plaintiff's Designation Of The Contents Of The Record On Appeal;

    3) Plaintiff's Memorandum Of Law In Support Of His Objections To Magistrate DiBianco's Order Entered August 11, 2006; and

1

2

4)  this Certificate Of Service.

Date:  August 21, 2006                                   *s/ Robert E. Purcell*
                                                        Robert E. Purcell (Bar Roll No. 510,595)
                                                        WALL MARJAMA & BILINSKI LLP
                                                        101 South Salina St., Suite 400
                                                        Syracuse, NY 13202
                                                        Telephone:     (315) 425-9000
                                                        Facsimile:     (315) 425-9114
                                                        *Attorney for Plaintiff, Spero Haritatos*