DKT
#
69

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

SPERO HARITATOS, an individual

       Plaintiff,

vs.

HASBRO, INC., a Rhode Island corporation
and TOYS "R" US-NY LLC,
a New York limited liability company

       Defendants.

Civil Action No. 05-CV-930 (DNH)(GJD)

ORDER p 2

## MOTION FOR LEAVE TO WITHDRAW
## INDRANIL MUKERJI AS ATTORNEY OF RECORD

Pursuant to Local Rule 83.2(b), Wall Marjama & Bilinski hereby moves for the withdrawal of Indranil Mukerji as attorney of record for Plaintiff, Spero Haritatos, as follows:

1.    Mr. Mukerji intends to relocate to Washington D.C. where he will affiliate with the law firm of Fish & Richardson P.C.

2.    Wall Marjama & Bilinski, and particularly Robert E. Purcell and Denis J. Sullivan, shall remain counsel of record for all defendants in this action.

3.    Wall Marjama & Bilinski has provided notice of the foregoing to Plaintiff, Spero Haritatos.

Based on the foregoing, Wall Marjama & Bilinski respectfully submits that there exists good cause for granting leave for Indranil Mukerji to withdraw from the present action as attorney of record for Plaintiff, Spero Haritatos.

                                                                           (signature on following page)

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 17, 2006<br>Syracuse, New York | **SPERO HARITATOS**<br>By his attorneys, |
|  | */s/ Robert E. Purcell* |
|  | Robert E. Purcell, Esq.<br>Bar Roll No. 510,595<br>Indranil Mukerji, Esq.<br>Bar Roll No. 511,738<br>Denis J. Sullivan<br>Bar Roll No. 512,997<br>WALL MARJAMA & BILINSKI, LLP<br>101 South Salina Street #400<br>Syracuse, New York 13202<br>Telephone: (315) 425-9000<br>Facsimile: (315) 425-9114 |

**Indranil Mukerji is granted leave to withdraw from the present action.**

**SO ORDERED**

_____
Gustave J. DiBianco     8/28/06
U.S. Magistrate Judge