UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SPERO HARITATOS, an individual

       Plaintiff,

vs.

HASBRO, INC., a Rhode Island corporation
and TOYS "R" US-NY LLC,
a New York limited liability company

       Defendants.

Civil Action No. 05-CV-930 (DNH)(GJD)

---

## RULE 83.2(b) AFFIDAVIT OF SERVICE UPON AFFECTED PARTY

I hereby certify that on the 29th day of August, 2006, I served a copy of the Order granting **MOTION FOR LEAVE TO WITHDRAW INDRANIL MUKERJI AS ATTORNEY OF RECORD** by causing the copy to be placed in the U.S. mail, postage prepaid, and addressed as follows:

    Spero Haritatos
    321 N. Doxtater Ave.
    Rome, NY 13440

Dated: August 29, 2006       */s/ Indranil Mukerji*
                                          _____
                                          Indranil Mukerji, Esq.
                                          Bar Roll No. 511,738
                                          WALL MARJAMA & BILINSKI, LLP
                                          101 South Salina Street #400
                                          Syracuse, New York 13202
                                          Telephone:  (315) 425-9000
                                          Facsimile:  (315) 425-9114