UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
SPERO HARITATOS,                      :
                                      :
                      Plaintiff,      :  05 Civ. 930 (DNH/GJD)
                                      :
            - against -               :  NOTICE OF MOTION
                                      :  TO PRECLUDE EXPERT
HASBRO, INC.                          :  TESTIMONY OF SIEGRUN D.
and TOYS "R" US-NY LLC,               :  KANE
                                      :
                      Defendants.     :
                                      :
------------------------------------- x

To:   Robert E. Purcell, Esq.
      Wall Marjama & Bilinski LLP
      101 South Salina Street, Suite 400
      Syracuse, New York  13202
      (315) 425-9000

      Attorneys for Plaintiff Spero Haritatos


      John G. McGowan Esq.
      Bond, Schoeneck & King, PLLC
      One Lincoln Center
      Syracuse, New York  13202-1355
      (315) 218-8121

      Attorney for Defendant Toys "R" Us

1

**PLEASE TAKE NOTICE** that upon the annexed declaration of Kim J. Landsman and for the reasons set forth in the accompanying Memorandum of Law, defendant Hasbro, Inc. (hereafter "Hasbro"), will move this Court before the Hon. David N. Hurd, United States District Judge, at the Alexander Pirnie Federal Building, 10 Broad Street, Utica, New York, on October 13, 2006, at 10:00 a.m. or as soon thereafter as counsel may be heard, for an order, pursuant to Rule 702 of the Federal Rules of Evidence, precluding at trial the testimony of Plaintiff's expert witness, Seigrun D. Kane, Esq.

Dated: September 11, 2006

_____
Kim J. Landsman
(Bar Roll No. 513,364)
Michael D. Sant'Ambrogio
(Bar Roll No. 513,363)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: 212-336-2980
Facsimile: 212-336-2985

*Attorneys for Defendant Hasbro, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing **HASBRO'S NOTICE OF MOTION** to be filed electronically, with copies sent electronically to the counsel set forth below on September 11, 2006:

Robert E. Purcell, Esq.
Attorney for Plaintiff Spero Haritatos
Wall Marjama & Bilinski LLP
101 South Salina Street, Suite 400
Syracuse, New York 13202
(315) 425-9000

and

John G. McGowan Esq.
Attorney for Defendant Toys "R" Us
One Lincoln Center
Syracuse, New York 13202-1355
(315) 218-8121

_____
Michael D. Sant'Ambrogio