# EXHIBIT A

# EXHIBIT A

## Siegrun D. Kane Curriculum Vitae

**Partner in Intellectual Property Law Firm:**
Morgan & Finnegan
3 World Financial Center
New York, New York 10281-2101
Phone: (212) 415-8700
Fax: (212) 415-8701

Practice of intellectual property law with primary concentration in trademark and unfair competition law for over 35 years.

**Education:**
Mount Holyoke College (B.A., cum laude, 1960)

Harvard University (L.L.B., 1963)

**Bar Admissions:**
New York; the Supreme Court of the United States, United States Courts of Appeal for the Second Circuit, Fifth Circuit, Seventh Circuit, Ninth Circuit, Federal Circuit, United States District Courts for the Southern and Eastern Districts of N.Y.

**Author:**
Trademark Law: A Practitioner's Guide, Fourth Edition, Practising Law Institute (PLI) (Copyright 1987, 1989, 1991, 1997, 2002) (supplemented annually).

**Published Articles/Lectures:**

**Practising Law Institute (PLI):**

Trademarks Just Ain't What They Used To Be: 5 Years of the Supreme Court's Effort to Rein in Trademark Owners (Sept. 2005)

A Trademark Decathlon: 10 Essential Trademark Topics (Sept. 2004)

Trademark Infringement Litigation 2004: "Lost in Translation"

The Evolution of Dilution: Survival of the Strongest

Trademark Infringement Litigation 2003: "The Road to Perdition"

"Trademark Infringement Litigation 2002: 'The Sorcerer's Stone'"

"Trademark Infringement Litigation 2001: 'What Judges Want'"

"Trademark Infringement Litigation 2000: 'Eyes Wide Shut'"

"Trademark Infringement Litigation 1999: 'You've Got Mail'"

"Trademark Infringement Litigation 1998: 'Midnight in the Garden of Good and Evil'"

"Trademark Infringement Litigation 1997: 'Sense & Sensibility'"

"Appearances May Be Deceiving: Trademark Protection for Package Appearance, Product Design and Color" (1996)

"Trademark Infringement Litigation 1996: 'The Day of the Copycat'"

**Moderator and Organizer: (PLI)**

Global Trademark and Copyright Protection (each year from 1991-1999)

**International Trademark Association (INTA):**

" Establishing and Presenting Evidence—Views from the Bench and Bar" (2005)

"Point/Counterpoint: Trade Dress and Product Configurations on the Edge" INTA 2002 Leadership Meeting

**American Bar Association (ABA):**
 Elements of Trademark Parody (or Who Laughs Last)" (1993)

" Stopping the Importation of Gray Market Goods" (1988)

CLE Trademark Program Spring 1986, 1987 (Organizer and Moderator)

- ii –

1007694 v1

**Other:**

Oregon/Washington Patent Law Association Joint Conference (1995)

Washington State Bar Association CLE Seminar (1992, 1995)

**Professional Organizations and Memberships:**

Bureau of National Affairs' Patent, Trademark & Copyright Journal Advisory Board (1988 to present)

U.S. Patent and Trademark Office Advisory Committee for Trademark Affairs (1989 - 1993; 2002 - 2004)

Practising Law Institute's Intellectual Property Advisory Committee

Member, Advisory Board, McCarthy Center for Intellectual Property and Technology Law at the University of San Francisco

Designated Member, INTA Panel of Neutrals

American Bar Association

International Trademark Association

New York Patent, Trademark and Copyright Law Association (Director, 1980-1983)

Pharmaceutical Trade Marks Group

The Best Lawyers in America 1997-

Who's Who in the East

Who's Who in American Law

Who's Who in Intellectual Property

# EXHIBIT B

## EXHIBIT B

## Expert Testimony in Past 4 Years

I have provided expert testimony in the matter of Purebred Company, Inc. v. Star Kist Foods, Inc. d/b/a The Nature's Recipe Co. and H.J. Heinz Co. d/b/a Heinz Specialty Pet Food, Civil No. 00-D-665 on behalf of Purebred Company, Inc.; Ciphertrust, Inc. v. Trusecure Corp., Betrusted US, Inc. and Betrusted Holdings, Inc., Civil Action No. 1:04cv1232 on behalf of Trusecure Corp., Betrusted US, Inc. and Betrusted Holdings, Inc.; Phillips-Van Heusen Corp., Calvin Klein, Inc. and Calvin Klein Trademark Trust, v. Calvin Clothing Company, Inc. and Star Ride Kids, Inc., Civil Action No. 05-CV-6802 on behalf of Phillips-Van Heusen Corp., Calvin Klein, Inc. and Calvin Klein Trademark Trust.

# EXHIBIT C

## EX. C

## LIST OF MATERIALS REVIEWED

- Plaintiff's Complaint and Jury Demand, defendant Hasbro's Answer and Counterclaims; defendant Toys "R" Us Answer

- Plaintiff Spero Haritatos Reg. No. 1,949,876, Jan. 23, 1996, for the mark Candyland

- Plaintiff Spero Haritatos Reg. No. 1,294,740, Sep. 11, 1984, for the mark Original Candyland Candy Turkey Joints

- Defendant Hasbro Reg. No. 544,328, June 26, 1951, for the mark Candy Land

- Plaintiff's and Hasbro's submissions to the US PTO Trademark Trial and Appeal Board re Haritatos motion for summary judgment relating to Hasbro's intent to use application, opposition 91/159,145

    - Opposer's motion for summary judgment dated Jan. 31, 2005 with exhibits A-H and supporting affidavits

        - Affidavit of Robert E. Purcell, dated January 31, 2005 with exhibits A through F

        - Affidavit of Spero Haritatos, dated Jan. 31, 2005 (attached as EX. A to Purcell Affidavit)

        - Affidavit of Olga Haritatos, dated January 31, 2005

        - Affidavit of Thomas J. Wall, dated January 27, 2005

    - Applicant's memorandum of law in opposition to opposer's motion for summary judgment dated Feb. 14, 2005 (including exhibit 1) and supporting affidavits

        - Declaration of Michael Sant'Ambrogio dated March 2, 2005 with exhibits A-W

- o Affidavit of Mark Stark, dated March 2, 2005 with exhibits A-C

- Opposer's Reply Brief in Support of Motion for Summary Judgment dated Mar. 11, 2005 with exhibits A-C

- TTAB decision denying motion for summary judgment dated June 28, 2005

- Various documents pertaining to Toys "R" Us Times Square store and use of Candy Land, including Plaintiffs Exhibit No. 3, 4, 10, document No. TRU000270, 271, 297, and 316

- Deposition transcript of Spero Haritatos dated May 17, 2006 (including exhibits No. 1-2, 4-8, 10-14, 16-22, 27, 30, and 33)

- Deposition transcript of Olga Haritatos dated May 18, 2006 (including exhibits No. 24 and 26)

- Deposition of Sharon Haritatos dated May 18, 2006

- Hasbro June 2001 Candy Land license agreement with Toys "R" Us (plaintiff's exhibit 18)

- Plaintiff's Requests for Admissions dated June 21, 2006

- Hasbro response to plaintiff's Requests for Admissions dated July 24, 2005 [Sic]

- Hasbro internal memos re potential Candyland licenses, Haritatos negotiations (documents Nos. HG000167-000168, 424-445, 824-827, 1336, 1338, 1421-1422, 1529-1536)

- Internet printouts re Toys "R" Us Candyland/Candy Land (dated August 25, 2006)

- Plaintiff's US PTO intent to use application for ice cream, frozen custard, frozen yogurt, and frozen confections, SN #78407842 filed April 26, 2004

- Hasbro's US PTO intent to use application for beverages, namely spring and mineral water, flavored water, carbonated and non-carbonated soft drinks and soda, fruit juices, vegetable juices, fruit flavored drinks, sport drinks, energy drinks, concentrates, syrups and powders for use in the preparation of soft drinks and fruit flavored drinks, SN #76506818 filed April 14, 2003

# EXHIBIT D


Best Western — THE LOWEST RATE. On our hotels ONLY AT BestWestern.com

Become a Virtual Tourist Member Today! Sign Up


VirtualTourist.com — Real Travelers - Real Info

Search: Dest

| Home | Travel Guides | Book Travel | Meet Members | Travel Deals | Trip Planner |

Home » Travel Guides » North America » United States of America » New York State » New York City » Shopping » Toys R Us

# New York City Travel Guide

**Sponsored Links for New York City**

**Luxurious NYC Hotels**
Official St. Regis Site. Exclusive Offers. Superior Service. Book Now!

**Crowne Plaza New York**
Official site. Upscale hotel with superior meeting accommodations.

**Sofitel - Official Site**
Sofitel New York - luxury rooms and service near Broadway.

**The Benjamin Hotel**
Official Site - A luxury hotel for discerning travelers. Reserve today

**New York Hotel**
Book at the Waldorf for an Elegant & Luxurious Stay in New York City

| Overview | Hotels | Things to Do | Restaurants | Nightlife | Shopping | Transporta |

## Toys R Us, New York City
See all New York City Shopping


by cielo85

New York City Shopping: Toys R Us tips, reviews and photos posted by real travelers and New York City locals.

**Toys R Us**
1514 BROADWAY

- 27 Photos
- 21 Reviews

New York City Resources: Forums | Deals | Meetings | Local Members | Memb

**New York City Toys R Us Reviews**       Tips 1 - 10 of 21

Popular Shopping (19) | Miscellaneous Shopping Tips (362) | All Tips (575)

Sort By:  Most Recent | Best Rated

**Toys R Us: Candyland!**       Tip Rating: ★★★★☆

 By cruisingbug on February 24, 2005       Send to a Friend
Email Me
See My New York City Page

The Toys R Us in Times Square is a tourist attraction in itself. I don't know if anyone actually buys any toys here! Before you even walk in, notice the changing window advertisements, plastic sheets that just keep on rotating out. As you enter the front doors, you'll see a HUGE Ferris wheel INSIDE the store! Cool! You can buy tickets for the Ferris wheel in the basement area - about $2 each if I remember right. The cars of the Ferris wheel are all toy-related - from Toy Story, Barbie, Hot Wheels, Mr. Potato Head, etc. Fun! After your ride, check out the giant Jurassic Park T-Rex, run around inside Barbie's Dollhouse (and see some schmantzy collector Barbies) and then, of course, CANDYLAND! That's why we're here! That's why we came! And now that you're on a sugar high, why not take another spin on the Ferris wheel. Wheee!

Toys, of course. But I'm a big girl, so I go for the sugar. Candyland has all the candies you remember from when you were little. Pop rocks? Got 'em. Ring candy. Yep. Candy necklaces. GIANT Tootsie Rolls. Every possible color of M&Ms. Even Bertie Bott's Every Flavor Beans. Grab a bag and start samplin' (pay for them samples, please). More fun than Hershey's Chocolate World! :)


Toys R Us Times Square, New York City
by cruisingbug
Send Photo to a Friend

Leave a Comment

**Theme:** Toys and Games
**Directions:** Times Square
**Website:** http://www.toysrustimessquare.com

  Save it   Post a Question   Write a Tip

Rate ✎ Not Helpful ○ 1 ○ 2 ○ 3 ○ 4 ○ 5 Very Helpful ✎

---

Hotels    Flights

**Search Hotels**
Find the best room rates

⦿ All New York City Hotels

Check-In Date:
mm/dd/yyyy

Check-Out Date:
mm/dd/yyyy

Guests
1

Submit
Hotels by OneTime.com

**New York City Deals**

United Last Minute Deal / Air From San Francisco, CA
(0 comments, 12:25 AM Aug. 25, 2006)

$199 - NYC Hotel w/Upgrade & $25 Credit
(0 comments, 8:45 PM Aug. 24, 2006)

$99 -- Nantucket from New York (Roundtrip), Last-Minute
(0 comments, 9:19 PM Aug. 23, 2006)

» All New York City Deals
» Post a New York City Deal

**FREE VT Deals Newsletter**
great deals, inside tips & no spam

(enter your email)   Subscribe

**Popular Hotels and Accommodations in New York City**
- Hotel Pennsylvania
- Milford Plaza
- Carter
- Marriott Marquis NYC
- Jazz on the Park Hostel
- The Waldorf Astoria
- Gershwin Hotel
- Roosevelt Hotel New York

Hotels   Flights   Cars
Rough Guide   Road Trips

Ads by Goooooo(

The Online C:
Huge variety o
Fast shipping
friendly
www.theonlinecan

Get creative v
M&M'S®
Custom Print y
or make your c
blend at mymn
www.mymms.com

Store Vintage
Browse a huge
now. Find exa(
you want toda\
www.ebay.com

A&A Global I
Bulk Vending I
& Supplies To\
Candy & Much
www.aaglobalind.c

Promotional I
Wide array of
priced promoti
product giveav
www.tradeshowex

taquitos.net > travel guide > New York City > Shopping > Toys R Us Times Square

# Toys R Us Times Square

**Location:** 1514 Broadway at 44th Street, Times Square

More New York City Shopping



**Our thoughts:** If you're looking for the continuing evidence that Times Square has been made family-friendly, look no further than the Toys R Us store at Times Square. Nothing says family more than a giant indoor ferris wheel.

The store has several floors all filled with toys, games, dolls, stuffed animals, and other things that you would buy for kids. But you don't really have to go and buy anything -- the main reason to go in is to ride the ferris wheel or to look at some of the other 'attractions,' including the giant T-Rex from Jurassic Park or the Candy Land candy area.

The ferris wheel boards at the bottom of the store (you enter the store on the first floor and then go down to the basement to get to the ferris wheel). Each car on the wheel represents a different toy-related theme or toy line, such as Sesame Street, Toy Story, or a fire truck. The wheel is 60 feet high, which means you go pretty high in the air and get to see a few of the floors while on the ride. It wasn't a bad ride, but you will probably only want to go on it once.

The T-Rex is free -- it's on the second floor near all the action figures. You will see lots of people taking photos of the T-Rex, and occasionally the Rex will roar, scaring the little children who might happen to be nearby. There is a ramp that goes along next to the T-Rex that brings you to another action figure area, and we're always a bit wary walking by the T-Rex, anticipating that it might turn its head and give us a big roar, but we've been lucky so far.

The Candy Land area is also located on the second floor, and has a large selection of bulk candy and other wrapped candy, so if you have a sweet tooth you'll want to visit here. There's also a very giant Barbie area, but we've never visited it because we don't

play with Barbies.

**Tip:** The bathroom is on the second floor in the back near the board games.

More from **Times Square**

### Hotels

- Crowne Plaza Times Square Manhattan
- Millennium Broadway

### Restaurants

- ESPN Zone
- Howard Johnson's Times Square
- Times Square McDonald's

### Shopping

- Spirit of Broadway
- Virgin Megastore Times Square

### Shows

- The Late Show with David Letterman

more from New York City... [go]

**Find the best hotels rates in New York City**

Visit Taquitos.net's other travel guides:

Boston   Hawaii's Big Island   Las Vegas
Los Angeles   Orlando

**Latest snack review from Taquitos.net:** Archer Farms Maple Barbecue Potato Chips

---

**Dog Treats & Toys**
Great info site w/ buyer's guide. Treats, unique toys and more!

**Schleich Animal Figures**
Schleich Toy Animals. Choose from 200 farm, wildlife or pet figures.

**Giant Stuffed Animals**
Huge stuffed plush dinosaurs, pets, wild animals, dragon & more.

**Twix candy bar**
Butterfinger, Snickers, M&M, Twix, Reese's, and more.

Ads b

---

The web just got less useful. Taquitos.net.

XML  MY YAHOO!  Google Reader  Bloglines

*the taquitos.network:*
travel.taquitos.net
chickenortuna.com
popcornreviews.com
pretzelreviews.com
taquitos.net

*travel guides:*
Las Vegas
Orlando
Boston
Hawaii
Los Angeles

*services:*
Cheap Web Hosting

Email us: chiptasters@taquitos.net

Copyright © 2006 taquitos.net