IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPERO HARITATOS, an individual )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) Civil Action No. 6:05-CV-00930<br>HASBRO, INC., a Rhode Island corporation, )<br>and TOYS "R" US-NY LLC, )<br>a New York limited liability company )<br>)<br>Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2006, I electronically filed the **Notice of Motion, Attorney's Affidavit and Memorandum of Law** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Robert E. Purcell, Esq.
Attorney for Plaintiff Spero Haritatos
Wall Marjama & Bilinski LLP
101 South Salina Street, Suite 400
Syracuse, New York 13202
(315) 425-9000

Kim J. Landsman, Esq.
(Bar Roll No. 513364)
Michael D. Sant'Ambrogio
(Bar Roll No. 513363)
*Attorneys for Defendant Hasbro, Inc.*
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: 212-336-2980

John G. McGowan, Esq.
Bar Roll No. 501388

1223743.1 9/12/2006