UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SPERO HARITATOS, an Individual,

        Plaintiff,

v.

HASBRO, INC., a Rhode Island corporation and
TOYS "R" US-NY LLC, a New York limited
Liability corporation,
        Defendants.

Case No. 05-CV-930 (DNH/GJD)

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2006, I electronically filed the foregoing Plaintiff's Opposition to (1) Defendant Hasbro's Motion to Preclude the Expert Testimony of Sigrun D. Kane and (2) Defendant Toys 'R Us -NY LLC's Motion in Limine to Preclude the Testimony of Siegrun D. Kane with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

Michael D. Sant'Ambrogio, Esq. Mdsantambrogio@pbwt.com
Kim J. Landsman, Esq. kjlandsman@pbwt.com
John G. McGowan, Esq. jmcgowan@bsk.com

Dated: September 26, 2006

s/ Robert E. Purcell

Robert E. Purcell, Esq.
Federal Bar Roll No. 510,595
Denis J. Sullivan, Esq.
Federal Bar Roll No. 512,997
Wall Marjama & Bilinski LLP
101 South Salina Street, Suite 400
Syracuse, New York 13202
Telephone:   (315) 425-9000
Facsimile:   (315) 425-9114