# EXHIBIT B

## Robert Purcell

**From:** Robert Purcell
**Sent:** Thursday, July 27, 2006 6:15 PM
**To:** jmcgowan@bsk.com
**Cc:** 'Landsman, Kim J. (x2980)'; Sant'Ambrogio, Michael (x2436)
**Subject:** Toys R Us

John:

During the deposition of Karen Szymanski on July 10, 2006, she mentioned that Toys R Us had created 2 separate studies of the characteristics/demographics of the people who visited the Times Square Store. I asked you on the record to please obtain copies of those studies and provide them to me. Please let me know by noon on Monday the status of your efforts to obtain the copies and a date certain when I can expect to receive them.

Robert E. Purcell
Wall Marjama & Bilinski, LLP
101 South Salina Street - Suite 400
Syracuse, New York 13202
Phone: 315-425-9000
Facsimile: 315-425-9114
rpurcell@wallmarjama.com