# EXHIBIT C



**Wall Marjama**
An Intellectual Property Practice

101 South Salina Street, Suite 400
Syracuse, New York 13202
Telephone: (315) 425-9000
Facsimile:  (315) 425-9114

**Robert E. Purcell**
E-Mail: rpurcell@wallmarjama.com

September 1, 2006

**BY FIRST CLASS MAIL AND E-MAIL**
John G. McGowan, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

    Re:  **Haritatos v. Hasbro**
            **Our File No. 115_003**

Dear John:

    I am in receipt of your letter dated August 22, 2006.

    With regard to your request that I put in writing any documents revealed in the depositions of Kathleen Szymanski and Michael Tabakin that I believe should still be produced. Several categories of documents were revealed that I believe are within the scope of the existing requests for production of documents, but that have not been produced. I ask that Toys 'R Us produce the following documents immediately; all page references are to the transcript of the deposition of Kathleen Szymanski taken July 10, 2006.

1. All documents indicating the wording that appeared on the Geoffreytron, the Scrim, or the Toys TV in the Times Square store from the date when the department first started using the term "Candy Land" until the end of 2005 (see pages 29, 39, 55, 88, 94, 115-117, 120-121, 123-25);

2. Copies of all flash sales reports for the Times Square store from the date when the term "Candy Land" was first used in connection with the candy department at the Times Square store (in late 2001) through the end of 2005 (see pages 22-23);

3. Production of all signage, or photographs of all signage, referencing "Candy Land" in the Times Square store (see pages 27-28);

4. The traffic studies for the Times Square store (see pages 46-47 and 62);

5. Copies of all the registered transactions for the candy department of the Times Square store from the date when the department first started using the term "Candy Land" until the end of 2005 (see pages 52-53);

Mr. John G. McGowan
September 1, 2006
Page 2



6. Records of credit card purchases and printed purchase receipts for the candy department of the Times Square store from the date when the store first started using the term "Candy Land" until the end of 2005 (see pages 58-59);

7. Documents indicating the numbers of brochures, advertisements, and other materials (see Exhibits Nos. 3, 4, 7 and 8) that were printed or distributed and correspondence and memos regarding the preparation and distribution of such materials (see pages 98-100);

8. Documents indicating the numbers of brochures and media sales kits printed and distributed and was referenced in page Bates stamped 267 and correspondence and memos regarding the preparation and distribution of such brochures and media kits (see pages 134-137);

9. Copies of the Times Square store website from the date when the Times Square store first started using the term "Candy Land" until the end of 2005 (see pages 117, 129-130);

10. A photograph of the Candy Land sign that was in the juvenile area (see pages 126-127);

11. A photograph of the unmasked sign (see pages 189-190).

John, as you know from my questioning at the Toys 'R Us depositions, it appears that Toys 'R Us has carelessly or deliberately destroyed many documents and things that bore the term "Candy Land" or that directly relate to Toys 'R Us's activities involving the term "Candy Land". With regard to each of the foregoing documents and things, please ascertain and report in writing to me whether such documents and things ever existed, whether each of those documents and things still exist today, and if so, produce the same, and if not, ascertain the circumstances of how, when, where, and by whom the documents and things disappeared.

With regard to the two traffic studies, I requested that you search for and produce those documents in an e-mail to you dated July 27, 2006. Therefore, I shall expect to receive copies of these studies or an explanation regarding their disappearance by **September 8, 2006**. I shall expect production of the other requested documents and things or an explanation regarding their disappearance by **September 13, 2006**.

Very truly yours,
WALL MARJAMA & BILINSKI LLP

Robert E. Purcell

REP/jml