# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

October 5, 2006

**Filed Electronically**

Kim J. Landsman
Partner
(212) 336-2980
Direct Fax (212) 336-2985
kjlandsman@pbwt.com

Hon. David N. Hurd
United States District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re:   **Haritatos v. Hasbro, 05 Civ. 930**

Dear Judge Hurd:

We are counsel for Defendant Hasbro, Inc. in the above-referenced case, in which a motion in limine by Hasbro and its co-defendant to preclude the testimony of plaintiff's expert is pending and scheduled to be heard on submission October 13, 2006. Hasbro respectfully requests that the Court permit Hasbro to file the short reply brief attached hereto in order to clarify the mischaracterizations of the authority on which plaintiff relies.

Respectfully submitted,

Kim J. Landsman

Attachment

cc:   Robert Purcell, Esq., Attorney for Plaintiff Spero Haritatos (with attachment)
      John McGowen, Attorney for Defendant Toys "R" Us (with attachment)