U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

OCT 19 2006

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPERO HARITATOS, an Individual,

                             Plaintiff,

vs                                      6:05-CV-930

HASBRO, INC., A Rhode Island Corporation; and
TOY'S "R" US-NY LLC, a New York Limited Liability
Company,
                             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

WALL, MARJAMA & BILINSKI, LLP             DENIS J. SULLIVAN, ESQ.
Attorneys for Plaintiff                                 INDRANIL MUKERJI, ESQ.
Suite 400                                                  ROBERT E. PURCELL, ESQ.
101 South Salina Street
Syracuse, New York 13202

PATTERSON BELKNAP WEBB & TYLER, LLP    KIM J. LANDSMAN, ESQ.
Attorneys for Defendant Hasbro                     MICHAEL D. Sant'AMBROGIO, ESQ.
1133 Avenue of the Americas
New York, New York 10036-6710

BOND, SCHOENECK & KING, PLLC                JOHN G. McGOWAN, ESQ.
Attorneys for Defendant Toy's "R" Us
One Lincoln Center
Syracuse, New York 13202-1355

DAVID N. HURD
United States District Judge

### O R D E R

The Magistrate Judge issued a non-dispositive Order filed August 11, 2006.

(Docket No. 68).  Plaintiff filed objections pursuant to Fed. R. Civ. P. 72(a).  (Docket No. 71).

The defendants opposed.  (Docket No. 77).

Upon review, the Magistrate Judge's order is not "clearly erroneous or contrary to law." Id.

Therefore, it is

ORDERED that

1. The objections are DENIED;

2. Discovery is extended to February 28, 2007;

3. Plaintiff's expert disclosure is extended to November 30, 2006;

4. Defendants' expert disclosure is extended to December 31, 2006;

5. Rebuttal expert deadline is extended to January 30, 2007; and

6. All outstanding discovery must be produced by November 30, 2006.

IT IS SO ORDERED.

United States District Judge

Dated: October 19, 2006
       Utica, New York.