**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SPERO HARITATOS, an individual ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 6:05-CV-00930 |
| HASBRO, INC., a Rhode Island corporation ) | |
| and TOYS "R" US-NY LLC, ) | |
| a New York limited liability company ) | |
| ) | |
| Defendants. ) | |

---

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October, 2006, I electronically filed the documents listed below with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

*Michael D. Sant'Ambrogio*     (*mdsantambrogio@pbwt.com*)
*Kim J. Landsman*               (*kjlandsman@pbwt.com*)

*Counsel for Defendant Hasbro, Inc.*

*John G. McGowan*               (*jmcgowan@bsk.com*)

*Counsel for Defendant Toys 'R Us- NY LLC*

DOCUMENTS SERVED

1) First Amended Complaint And Jury Demand;

2) this Certificate Of Service.

1

Date:  October 27, 2006        *s/ Denis J. Sullivan*
       Denis J. Sullivan (Bar Roll No. 512,997)
       WALL MARJAMA & BILINSKI LLP
       250 South Clinton Street, Suite 300
       Syracuse, NY 13202
       Telephone:    (315) 425-9000
       Facsimile:    (315) 425-9114
       *Attorney for Plaintiff, Spero Haritatos*