UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SPERO HARITATOS, an Individual,

        Plaintiff,

v.

HASBRO, INC., a Rhode Island corporation and TOYS "R" US-NY LLC, a New York limited Liability corporation,

        Defendants.

Case No. 05-CV-930 (DNH/GJD)

---

## NOTICE OF APPEARANCE OF JAMES R. MULDOON AS COUNSEL FOR PLAINTIFF

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to plaintiff Spero Haritatos and requests that his name be placed on the Court's CM/ECF mailing matrix.

Dated: Syracuse, New York
October 30, 2006

*s/James R. Muldoon*
_____
James R. Muldoon, Esq.
Federal Bar Roll No. 506772
Wall Marjama & Bilinski LLP
250 South Salina Street, Suite 300
Syracuse, New York 13202
Telephone:   (315) 425-9000
Facsimile:   (315) 425-9114

TO:   Michael D. Sant'Ambrogio, Esq.
Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

John G. McGowan, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202