UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPERO HARITATOS, an Individual,<br><br>     Plaintiff,<br><br> v.<br><br>HASBRO, INC., a Rhode Island corporation and TOYS "R" US-NY LLC, a New York limited Liability corporation,<br>     Defendants. | Case No. 05-CV-930 (DNH/GJD) |

## CERTIFICATE OF SERVICE

  I hereby certify that on the 30th day of October, 2006, I electronically filed the **NOTICE OF APPEARANCE OF JAMES R. MULDOON AS COUNSEL FOR PLAINTIFF** with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

  Michael D. Sant'Ambrogio, Esq. Mdsantambrogio@pbwt.com
  Kim J. Landsman, Esq. kjlandsman@pbwt.com
  John G. McGowan, Esq. jmcgowan@bsk.com


Dated: October 30, 2006         *s/ James R. Muldoon*
                  _____
                  James R. Muldoon, Esq.
                  Federal Bar Roll No. 506772
                  Wall Marjama & Bilinski LLP
                  250 South Salina Street, Suite 300
                  Syracuse, New York 13202
                  Telephone: (315) 425-9000
                  Facsimile: (315) 425-9114