UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SPERO HARITATOS, an Individual,

        Plaintiff/Counter-Defendant,

v.

HASBRO, INC., a Rhode Island Corporation,

        Defendant/Counter-Claimant,    Civil Action No.: 6:05-CV-00930

and

TOYS "R" US-NY LLC,
 a New York limited liability company,

        Defendant.

---

### NOTICE OF ATTORNEY APPEARANCE AS CO-COUNSEL

**PLEASE TAKE NOTICE** that Christopher J. Belter, Esq. hereby appears as co-counsel for Plaintiff Spero Haritatos, solely in his capacity as Counter-Defendant.

Dated: December 5, 2006
      Buffalo, New York

                    **GOLDBERG SEGALLA LLP**
                    Attorneys for Counter-Defendant,
                    Spero Haritatos

                    By: /s/ Christopher J. Belter
                        Christopher J. Belter, Esq. (302540)
                    665 Main Street, Suite 400
                    Buffalo, New York 14203
                    (716) 566-5400
                    cbelter@goldbergsegalla.com