UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SPERO HARITATOS, an Individual,

                Plaintiff/Counter-Defendant,

v.

HASBRO, INC., a Rhode Island Corporation,

                Defendant/Counter-Claimant,      Civil Action No.: 6:05-CV-00930

and

TOYS "R" US-NY LLC,
a New York limited liability company,

                Defendant.
_____

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2006, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

**PATTERSON BELKNAP WEBB & TYLER LLP**
Attorneys for Defendant, Hasbro, Inc.
Kim J. Landsman, Esq. (513364)
Michael D. Sant'Ambrogio, Esq. (513363)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2980

**BOND, SCHOENECK & KING, PLLC**
Attorneys for Defendant, Toys "R" Us
John G. McGowan, Esq.
One Lincoln Center
Syracuse, New York 13202
(315) 218-8121

**WALL MARJAMA & BILINSKI LLP**
James R. Muldoon, Esq.
Attorneys for Plaintiff
101 South Salina Street, Suite 400
Syracuse, New York 13202
(315) 425-9000



**GOLDBERG SEGALLA LLP**
Attorneys for Counter-Defendant


By: /s/ Christopher J. Belter
    Christopher J. Belter, Esq.
665 Main Street, Suite 400
Buffalo, New York 14203
(716) 566-5400
cbelter@goldbergsegalla.com