**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

SPERO HARITATOS, an Individual,

      Plaintiff,

    v.                                    Case No. 05-CV-930 (DNH/GJD)

HASBRO, INC., a Rhode Island corporation and
TOYS "R" US-NY LLC, a New York limited
Liability corporation,
        Defendants.

## **[PROPOSED] ORDER**

      Good cause appearing therefore, it is hereby ordered that this application of James R. Muldoon and Denis J. Sullivan of Wall Marjama & Bilinski LLP to withdraw as counsel of record for Plaintiff Spero Haritatos is granted.

DATED: _____, 200__.

                                              By _____
                                              Hon. Gustave J. DiBianco
                                              Judge of the United States District Court
                                              For the Northern District of New York