**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

SPERO HARITATOS, an Individual,

        Plaintiff,

    v.                                     Case No. 05-CV-930 (DNH/GJD)

HASBRO, INC., a Rhode Island corporation and
TOYS "R" US-NY LLC, a New York limited
Liability corporation,
        Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2006, I electronically filed the foregoing **NOTICE OF MOTION AND MOTION FOR LEAVE OF WALL MARJAMA & BILINSKI LLP TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF** with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

    Michael D. Sant'Ambrogio, Esq. Mdsantambrogio@pbwt.com
    Kim J. Landsman, Esq. kjlandsman@pbwt.com
    John G. McGowan, Esq. jmcgowan@bsk.com
    Robert E. Purcell, Esq.  rpurcell@hiscockbarclay.com
    Chistopher J. Belter, Esq.  cbelter@goldbergsegalla.com

Dated: December 8, 2006                          *s/ James R. Muldoon*

                                                        _____
                                                        James R. Muldoon (506772)
                                               Wall Marjama & Bilinski LLP
                                               250 South Salina Street, Suite 300
                                               Syracuse, New York 13202
                                               Telephone:    (315) 425-9000
                                               Facsimile:     (315) 425-9114