UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SPERO HARITATOS v. HASBRO, INC., et al.            6:05-CV-930 (DNH/GJD)
_____

# ORDER

Presently before the court is a motion by the Wall, Marjama Law Firm to withdraw as counsel for plaintiff in this action based upon plaintiff's discharge of the firm. (Dkt. 110). In accordance with the Local Rules, Attorney James Muldoon made this motion returnable on January 25, 2007. This court finds, however, because of the mandatory nature of this motion, the return date and the response time for this motion may be shortened considerably.

**WHEREFORE**, it is

**ORDERED**, that any response to the motion to withdraw be filed by **DECEMBER 30, 2006**. The court will issue its order shortly after that date. It is further

**ORDERED**, that the Clerk electronically serve a copy of this order upon Robert Purcell, Esq. at the Hiscock, Barclay Law Firm.

Dated: December 15, 2006

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge