UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**SPERO HARITATOS,**

         *Plaintiff,*

 -vs-                Civil Action No.
                     05-CV-930 (DNH/GJB)
**HASBRO, INC. and
TOYS "R" US LLC,**

         *Defendants.*

### NOTICE OF APPEARANCE OF
### ROBERT E. PURCELL AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff, Spero Haritatos, in the above captioned matter. Mr. Purcell is no longer affiliated with the law firm of Wall Marjama & Bilinski LLP and requests that copies of all papers in this action be served upon Plaintiff using the contact information stated below.

**DATED:**  December 20, 2006      Respectfully submitted,

                  By: _____
                     Robert E. Purcell
                     Federal Bar Roll No. 510595
                     Hiscock & Barclay, LLP
                     One Park Place
                     300 South State Street
                     Syracuse, New York 13202
                     Tel: (315) 425-2802
                     Fax: (315) 425-8594
                     E-Mail: rpurcell@hiscockbarclay.com