UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**SPERO HARITATOS,**

*Plaintiff,*

-vs-

**HASBRO, INC. and
TOYS "R" US LLC,**

Civil Action No.
05-CV-930 (DNH/GJB)

*Defendants.*

### CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2006, I electronically filed the **NOTICE OF APPEARANCE OF ROBERT E. PURCELL AS COUNSEL FOR PLAINTIFF** with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

| | |
|---|---|
| Michael D. Sant'Ambrogio, Esq. | mdsantambrogio@pbwt.com |
| Kim J. Landsman, Esq. | kjlandsman@pbwt.com |
| John G. McGowan, Esq. | jmcgowan@bsk.com |
| Christopher J. Belter, Esq. | cbelter@goldbergsegalla.com |

**DATED:**   December 20, 2006

**HISCOCK & BARCLAY, LLP**

By: _____
Robert E. Purcell
Bar Roll No. 510595

*Attorneys for Plaintiff*, Spero Haritatos
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202 2078
Telephone: 315.425.2802
Facsimile: 315.425.8594
E-Mail: rpurcell@hiscockbarclay.com

2