UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**SPERO HARITATOS,,**

*Plaintiff,*

-vs-

**HASBRO, INC., and
TOYS "R" US LLC,,**

*Defendants.*

Civil Action No.
05-CV-930 (DNH/GJB)

(Judge Hurd)

### NOTICE OF OBJECTIONS TO THE ORDER OF MAGISTRATE DIBIANCO ENTERED DECEMBER 6, 2006

PLEASE TAKE NOTICE that Plaintiff, Spero Haritatos, hereby files his objections to the Order entered by Magistrate Judge DiBianco on December 6, 2006. Specifically, Plaintiff objects to the three separate rulings contained within the Order, which deny Plaintiff's corresponding requests for additional depositions and for further discovery from Defendants, Hasbro, Inc. and Toys "R" Us LLC.

Plaintiff's objections are based upon (1) this Notice of Objections, (2) the accompanying Designation of the Contents of the Record on Appeal, (3) the Memorandum of Law in Support of Plaintiff's Objections to the December 6, 2006 Order, (4) all pleadings and papers on file in this action, and (5) such other and further matters as may be presented at or before the hearing on this motion.

The return date for these objections, pursuant to Local Rule 72.1(b)(2), will take place in the United States District Court for the Northern District of New York, at the Alexander Pirnie Federal Building, 10 Broad Street, Utica, New York 13501, before the Honorable David N. Hurd, on his regularly scheduled return date of February 9, 2007, at 10:00 am.

Pursuant to Rule 7.1(b)(2) of the Local Rules for the United States District Court for the Northern District of New York, opposing papers, if any, are required to be served upon the undersigned no later than seventeen (17) days prior to the return date of these objections.

SYLIB01\536032\1


- 2 -

**DATED:**   December 20, 2006         **HISCOCK & BARCLAY, LLP**

By:  _____
Robert E. Purcell
Bar Roll No. 510595

*Attorneys for Plaintiff, Spero Haritatos*
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Telephone: 315.425.2802
Facsimile: 315.425.8594
E-Mail: rpurcell@hiscockbarclay.com