UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**SPERO HARITATOS,**

                *Plaintiff,*

   -vs-                                              Civil Action No.
                                                    05-CV-930 (DNH/GJB)

**HASBRO, INC., AND
TOYS "R" US LLC,**

                *Defendants.*

---

### PLAINTIFF'S DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

Pursuant to Local Rule 72.1(b), Plaintiff, Spero Haritatos, hereby designates the contents of the record on appeal. Plaintiff designates the following docket entries: 53, 60, 67, 68, 87, 88, 90, 92, 98, 102, 103, 104, and 109.

**DATED:**     December 20, 2006              HISCOCK & BARCLAY, LLP

                                                         By: _____
                                                                   Robert E. Purcell
                                                                   Bar Roll No. 510595

                                                         *Attorneys for Plaintiff, Spero Haritatos*
                                                         Office and Post Office Address
                                                         One Park Place
                                                         300 South State Street
                                                         Syracuse, New York 13202-2078
                                                         Telephone: 315.425.2802
                                                         Facsimile: 315.425.8594
                                                         E-Mail: rpurcell@hiscockbarclay.com