UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**SPERO HARITATOS**,

      *Plaintiff,*

 -vs-

**HASBRO, INC. and
TOYS "R" US LLC,**

      *Defendants.*

Civil Action No.
05-CV-930 (DNH/GJB)

### PLAINTIFF'S RESPONSE TO CLERK'S ADVISEMENT NOTICE
### DATED DECEMBER 26, 2006

On December 20, 2006, Plaintiff, Spero Haritatos, filed a Sealed Memorandum of Law, with accompanying Exhibits A, B, C, and D, in support of Plaintiff's Objections to Magistrate DiBianco's December 6, 2006 Order. On December 26, 2006, Plaintiff received an Advisement Notice from the Court Clerk, directing Plaintiff to serve opposing counsel with a copy of the Sealed Memorandum of Law in Support of the Objections, along with accompanying Exhibits A through D.

Plaintiff wishes to advise the Court that, on December 20, 2006, Plaintiff electronically served counsel with copies of the Sealed Memorandum of Law in support of Plaintiff's Objections, along with the attached Exhibits A, B, C and D. In response to the Clerk's Advisement Notice of December 26, 2006, Plaintiff served counsel with the Sealed Memorandum and accompanying Exhibits A through D by first class mail and by electronic mail on January 2, 2007.

-2-

| | |
|---|---|
| **DATED:**  January 2, 2007 | **HISCOCK & BARCLAY, LLP**<br><br>By: _____<br>Robert E. Purcell<br>Bar Roll No. 510595 |

*Attorneys for Plaintiff, Spero Haritatos*
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Telephone: 315.425.2802
Facsimile: 315.425.8594
E-Mail: rpurcell@hiscockbarclay.com