UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**SPERO HARITATOS**,

                        *Plaintiff,*

        *-vs-*

**HASBRO, INC., and
TOYS "R" US LLC**,

                      *Defendants.*

Civil Action No.
05-CV-930 (DNH/GJB)

(Judge Hurd)

---

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 2nd day of January, 2007, true and correct copies of Plaintiff's Sealed Memorandum of Law in support of Plaintiff's Objections to the December 6, 2006 Order of Magistrate Judge DiBianco, dated December 20, 2006, together with all accompanying Exhibits, and Plaintiff's Response to Clerk's December 26, 2006 Advisement Notice, were served on counsel as follows:

                    BY FIRST CLASS AND ELECTRONIC MAIL:

                    Michael D. Sant'Ambrogio, Esq.
                    Patterson Belknap Webb & Tyler, LLP
                    1133 Avenue of the Americas
                    New York, New York  10036-6710
                    mdsantambrogio@pbwt.com

                    Kim J. Landsman, Esq.
                    Patterson Belknap Webb & Tyler, LLP
                    1133 Avenue of the Americas
                    New York, New York  10036-6710
                    kjlandsman@pbwt.com

                    John G. McGowan, Esq.
                    Bond, Schoeneck & King, PLLC
                    One Lincoln Center
                    Syracuse, New York  13202
                    jmcgowan@bsk.com

                    Christopher J. Belter, Esq.
                    665 Main Street
                    Suite 400
                    Buffalo, New York  14203
                    cbelter@goldbergsegalla.com

**DATED:**      January 2, 2007

**HISCOCK & BARCLAY, LLP**

By: _____
              Robert E. Purcell
              Bar Roll No. 510595

*Attorneys for Plaintiff*, Spero Haritatos
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202 2078
Telephone: 315.425.2802
Facsimile: 315.425.8594
E-Mail: rpurcell@hiscockbarclay.com