UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SPERO HARITATOS, an Individual,

        Plaintiff,

v.                                    Case No. 05-CV-930 (DNH/GJD)

HASBRO, INC., a Rhode Island corporation and
TOYS "R" US-NY LLC, a New York limited
Liability corporation,
        Defendants.

▓▓▓▓▓▓▓▓ ORDER

Good cause appearing therefore, it is hereby ordered that this application of James R. Muldoon and Denis J. Sullivan of Wall Marjama & Bilinski LLP to withdraw as counsel of record for Plaintiff Spero Haritatos is granted.

DATED: Jan 16, 2007.

By _____
Hon. Gustave J. DiBianco
Judge of the United States District Court
For the Northern District of New York