

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW ▪ NEW YORK   FLORIDA   KANSAS

JOHN G. MCGOWAN, ESQ.
Direct: 315-218-8121
jmcgowan@bsk.com

January 29, 2007

**VIA ELECTRONIC FILING**
Hon. David N. Hurd
United States District Court
Northern District of New York
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501

Re:   *Spero Haritatos v. Hasbro, Inc. and Toys "R" Us (05-CV-930)*

Dear Judge Hurd:

The time to respond to Plaintiffs' Motion to Compel has passed, but I would have relied upon the November 7, 2006 letter to Magistrate DiBianco in any event. Since that letter has been provided by Mr. Purcell, please be advised that Toys "R" Us relies upon it for establishing the adequacy of its responses.

Respectfully yours,

BOND, SCHOENECK & KING, PLLC

John G. McGowan
Bar Roll No. 501388

cc:   Richard Hughes, Esq.
      Kim T. Landsman, Esq.
      Robert Purcell, Esq.
JGM/pak