U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

FEB 21 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPERO HARITATOS, an Individual,

                      Plaintiff,

vs.                                    6:05-CV-930

HASBRO, INC., A Rhode Island Corporation; and
TOY'S "R" US-NY LLC, a New York Limited Liability
Company,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

WALL, MARJAMA & BILINSKI, LLP         DENIS J. SULLIVAN, ESQ.
Attorneys for Plaintiff                            INDRANIL MUKERJI, ESQ.
Suite 400                                                  ROBERT E. PURCELL, ESQ.
101 South Salina Street
Syracuse, New York 13202

PATTERSON BELKNAP WEBB & TYLER, LLP   KIM J. LANDSMAN, ESQ.
Attorneys for Defendant Hasbro               MICHAEL D. Sant'AMBROGIO, ESQ.
1133 Avenue of the Americas                 AMANDA K. KAY, ESQ.
New York, New York 10036-6710

BOND, SCHOENECK & KING, PLLC            JOHN G. McGOWAN, ESQ.
Attorneys for Defendant Toy's "R" Us
One Lincoln Center
Syracuse, New York 13202-1355

DAVID N. HURD
United States District Judge

## ORDER

      Plaintiff has appealed from, and/or objected to, the Magistrate Judge's non

dispositive order denying discovery requests. (Docket No. 17).

      All of the submissions have been reviewed. The order is not "clearly erroneous or

contrary to law." Fed. R. Civ. P. 72(a).

Therefore, it is

ORDERED that the objections are DENIED and the appeal is DISMISSED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 19, 2007
Utica, New York.