UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**SPERO HARITATOS**,

                              *Plaintiff,*

   -vs-                                               Civil Action No.
                                                     05-CV-930 (DNH/GJB)
**HASBRO, INC.** and
**TOYS "R" US LLC**,

                              *Defendants.*

## NOTICE OF APPEARANCE
## KATHRYN M. DALEY AS ATTORNEY OF RECORD

**TO THE CLERK OF THE COURT**:

      Please enter the appearance of Kathryn M. Daley, Esq., Hiscock & Barclay, LLP, One Park Place, 300 South State Street, Syracuse, New York 13202, as counsel for the Plaintiff, Spero Haritatos, in the above-entitled action.

**DATED:**    April 23, 2007             **HISCOCK & BARCLAY, LLP**,

                                        By:  *Kathryn M. Daley* (signature)
                                                Kathryn M. Daley
                                                Bar Roll No. 514414

                                       *Attorneys for Plaintiff Spero Haritatos*
                                          Hiscock & Barclay, LLP
                                          One Park Place
                                          300 South State Street
                                          Syracuse, New York 13202
                                          Tel:    (315) 425-2737
                                          Fax:   (315) 425-8585
                                          E-Mail: kdaley@hiscockbarclay.com