UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**SPERO HARITATOS**,

                          *Plaintiff,*

    *-vs-*
                                                        Civil Action No.

**HASBRO, INC. and**
                                                        05-CV-930 (DNH/GJB)
**TOYS "R" US LLC**,

                          *Defendants.*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 23rd day of April, 2007, I electronically filed the foregoing **NOTICE OF APPEARANCE OF KATHRYN M. DALEY AS COUNSEL FOR PLAINTIFF** with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

| | |
|---|---|
| Michael D. Sant'Ambrogio, Esq. | mdsantambrogio@pbwt.com |
| Kim J. Landsman, Esq. | kjlandsman@pbwt.com |
| John G. McGowan, Esq. | jmcgowan@bsk.com |
| Christopher J. Belter, Esq. | cbelter@goldbergsegalla.com |

**DATED:**    April 23, 2007                  **HISCOCK & BARCLAY, LLP**

                                                         By:   */s/ Kathryn M. Daley*
                                                                        Kathryn M. Daley