UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

HARITATOS,

                Plaintiff

     v.                                     6:05-CV-930

HASBRO, et al.,                               (DNH/GJD)

                Defendants.
_____

ROBERT E. PURCELL, ESQ. for Plaintiff
KATHRYN M. DALEY, ESQ. for Plaintiff
KIM J. LANDSMAN, ESQ., for Defendant Hasbro
JOHN G. MCGOWAN, for Defendant Toys "R" Us

## ORDER

The court has received a letter motion from Attorney Landsman regarding plaintiff's alleged failure to comply with certain discovery obligations (Dkt. No. 130), and plaintiff's response from Attorney Purcell (Dkt. No. 131). The court has not decided on the appropriate method to resolve these outstanding issues. The court may order a formal motion or may consider resolving this matter through a telephone conference. Pending this court's decision, no other papers on this matter will be considered by the court.

    **WHEREFORE,** it is hereby

    **ORDERED,** that the parties make no further submissions on this matter, pending the court's decision.

Date: May 22, 2007

                                                    Hon. Gustave J. DiBianco
                                                    U.S. Magistrate Judge