

JUN 01 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------x
SPERO HARITATOS,

                Plaintiff,        05 Civ. 930 (DNH/GJD)

      - against -

HASBRO, INC.
and TOYS "R" US-NY LLC,

                Defendants.
------------------------------------x

### ~~PROPOSED~~ ORDER TO FILE UNDER SEAL

Paragraph 9 of the Protective Order Governing Confidentiality entered by the Court on March 29, 2006 ("Protective Order") (Docket No. 46-47) affords the parties the right to designate discovery material "CONFIDENTIAL" and to file any papers containing "CONFIDENTIAL" designations under seal by placing the papers in a sealed envelope or other opaque container, covered by a caption page marked with the following statement: "FILED UNDER SEAL; CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER."

Defendants Hasbro, Inc. and Toys "R" Us-NY LLC (herinafter collectively "Defendants") have requested permission to file the following papers under seal pursuant to

1

paragraph 9 of the Protective Order, which they represent to contain information designated as "CONFIDENTIAL" either by Defendants or Plaintiff Spero T. Haritatos: (1) Defendants' Brief In Support of Motion For Summary Judgment; (2) the Declaration of Kim J. Landsman and attached exhibits, dated May 29, 2007; (3) the Declaration of Jill Hambley and attached exhibits, dated May 29, 2007; (4) Declaration of Sean Wiggins and attached exhibit, dated May 29, 2007; and (5) Defendants' Statement of Material Facts Pursuant to Local Rule 7.1(a)(3).

Therefore, it is

ORDERED, that the following papers shall be filed under seal pursuant to the Protective Order entered in this case:

(1) Defendants' Brief In Support of Motion For Summary Judgment;

(2) Declaration of Kim J. Landsman and attached exhibits, dated May 29, 2007;

(3) Declaration of Jill Hambley and attached exhibits, dated May 29, 2007;

(4) Declaration of Sean Wiggins and attached exhibit, dated May 29, 2007; and

(5) Defendants' Statement of Material Facts Pursuant to Local Rule 7.1(a)(3).

SO ORDERED on May 31, 2007

_____
Honorable David N. Hurd, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing the **PROPOSED ORDER TO FILE UNDER SEAL** to be filed with the Court, with copies sent electronically and by First Class Mail to the counsel set forth below on May 30, 2007:

Robert E. Purcell, Esq.
Hiscock & Barclay
Attorneys for Plaintiff Spero Haritatos
One Park Place
Syracuse, New York  13202
(315) 422-2131
rpurcell@hiscockbarclay.com

and

Christopher J. Belter, Esq.
Goldberg Segalla LLP
Attorneys for Plaintiff Spero Haritatos
665 Main Street
Suite 400
Buffalo, New York  14203
(716) 566-5400
cbelter@goldbergsegalla.com

_____
Michael D. Sant'Ambrogio