UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**SPERO HARITATOS**,

            *Plaintiff*,

-*vs*-

**HASBRO, INC., and TOYS "R" US LLC**,

            *Defendants*.

NOTICE OF WITHDRAWAL OF KATHRYN M. DALEY AS ATTORNEY OF RECORD AND REQUEST FOR REMOVAL FROM ELECTRONIC FILING LIST

Civil Action No.
05-CV-930 (DNH/GJB)

     **PLEASE TAKE NOTICE THAT** Kathryn M. Daley hereby requests that she be withdrawn as attorney of record for Plaintiff, Spero Haritatos, and further requests that she be removed from the Court's electronic filing notification system for this action. Hiscock & Barclay, LLP, and particularly Robert E. Purcell, shall remain counsel of record for Plaintiff in this action.

**DATED:**     June 5, 2007        Respectfully submitted,

                                                 By:     *Kathryn M. Daley*
                                                     Kathryn M. Daley

                                                     Federal Bar Roll No. 514414
                                                     Hiscock & Barclay, LLP
                                                     One Park Place
                                                     300 South State Street
                                                     Syracuse, New York 13202
                                                     Tel:    (315) 425-2737
                                                     Fax:   (315) 425-8585
                                                     E-Mail: kdaley@hiscockbarclay.com