UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**SPERO HARITATOS**,

          *Plaintiff*,

    -*vs*-

**HASBRO, INC., and
TOYS "R" US LLC**,

          *Defendants*.

Civil Action No.
05-CV-930 (DNH/GJB)

---

### CERTIFICATE OF SERVICE

    I hereby certify that, on the 5th day of June, 2007, I electronically filed Notice of Withdrawal of Kathryn M. Daley as Attorney of Record, dated June 5, 2007, with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which is believed to have sent notification of such filing to the following:

    Kim J. Landsman (kjlandsman@pbwt.com);
    Christopher J. Belter (cbelter@pbwt.com); and
    John G. McGowan (jmcgowan@bsk.com)

**DATED:**  June 5, 2007

**HISCOCK & BARCLAY, LLP**

By: *[signature: Kathryn M. Daley]*
    Kathryn M. Daley
    Bar Roll No. 514414

Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202
Telephone: 315.425.2737
Facsimile: 315.425.8585
E-Mail: kdaley@hiscockbarclay.com