4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

SPERO HARITATOS,

                Plaintiff,

       - against -

HASBRO, INC.
and TOYS "R" US-NY LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - x

05 Civ. 930 (DNH/GJD)

**DEFENDANT HASBRO, INC.'S
THIRD SET OF REQUESTS TO PLAINTIFF
<u>FOR PRODUCTION OF DOCUMENTS AND THINGS</u>**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure Defendant Hasbro, Inc. ("Hasbro"), by its attorneys of record, Patterson Belknap Webb & Tyler LLP, hereby requests that, within 30 days of the date of service hereof, Plaintiff Spero T. Haritatos ("Plaintiff") produce at the offices of Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036, the following documents and things in Plaintiff's or his affiliates', agents', or representatives' possession, custody or control for inspection and copying.

## DEFINITIONS AND INSTRUCTIONS

Defendant Hasbro, Inc. incorporates by reference the Definitions and Instructions governing its First and Second Sets of Requests to Plaintiff for Production of Documents and Things, dated October 27, 2005 and May 31, 2006.

## DOCUMENTS AND THINGS REQUESTED

1.    A copy of the packaging and/or label for the product identified as "Coco-Monds" offered for sale on the website www.turkeyjoints.com.


Dated:  New York, New York
        January 31, 2007

                              PATTERSON BELKNAP WEBB & TYLER LLP

                              Kim J. Landsman
                              (Bar Roll No. 513,364)
                              Michael D. Sant'Ambrogio
                              (Bar Roll No. 513,363)
                              Amanda K. Kay
                              (Bar Roll No. 514,218)
                              1133 Avenue of the Americas
                              New York, New York 10036-6710
                              Telephone:  212-336-2980
                              Facsimile:  212-336-2985

                              *Attorneys for Defendant Hasbro, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing **HASBRO'S THIRD SET OF REQUESTS TO PLAINTIFF FOR PRODUCTION OF DOCUMENTS AND THINGS** to be served by email and First Class Mail this 31st day of January 31, 2007 on:

Robert E. Purcell, Esq.
Hiscock & Barclay
Attorneys for Plaintiff Spero Haritatos
One Park Place
Syracuse, New York  13202
(315) 422-2131

and

Christopher J. Belter, Esq.
Goldberg Segalla LLP
Attorneys for Plaintiff Spero Haritatos
665 Main Street
Suite 400
Buffalo, New York  14203
(716) 566-5400

and

John G. McGowan, Esq.
Bond, Schoeneck & King, PLLC
Attorneys for Defendant Toys "R" Us
One Lincoln Center
Syracuse, New York  13202-1355
(315) 218-8121

Amanda K. Kay

3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SPERO HARITATOS,

                         Plaintiff,         :     05 Civ. 930 (DNH/GJD)

             - against -

HASBRO, INC.
and TOYS "R" US-NY LLC,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANT HASBRO, INC.'S SECOND SET OF
## REQUESTS FOR ADMISSIONS TO PLAINTIFF SPERO HARITATOS

        Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant

Hasbro, Inc. ("Hasbro"), by its attorneys of record, Patterson Belknap Webb & Tyler LLP,

hereby requests that Plaintiff Spero Haritatos ("Plaintiff") respond to the following requests for

admission within thirty days of service.

## DEFINITIONS AND INSTRUCTIONS

Defendant Hasbro, Inc. incorporates by reference the Definitions and Instructions governing its First Set of Requests for Admissions to Plaintiff Spero Haritatos, dated September 15, 2006.

## REQUESTS FOR ADMISSIONS

1.    YOU have no evidence of customers in New York, New York to whom YOU have sold goods via mail order or otherwise outside of YOUR store in the past five years other than those identified in YOUR January 11, 2007 production of documents numbered HAR-010001 through HAR-015593.

2.    YOU have no evidence of customers in New York, New York to whom YOU have sold Original Candyland Candy Turkey Joints via mail order or otherwise outside of YOUR store in the past five years other than those identified in YOUR January 11, 2007 production of documents numbered HAR-010001 through HAR-015593.

3.    YOU have no evidence of customers to whom YOU have sold goods with packaging bearing YOUR CANDYLAND MARK via mail order otherwise outside of YOUR store in the past five years other than those identified in YOUR January 11, 2007 production of documents numbered HAR-010001 through HAR-015593.

4.    YOU have no evidence of customers in New York, New York to whom YOU have sold goods in the last five years other than those identified in YOUR January 11, 2007 production of documents numbered HAR-010001 through HAR-015593.

5.    YOU have no evidence of customers in New York, New York to whom YOU have sold Original Candyland Candy Turkey Joints in the last five years other than those identified in YOUR January 11, 2007 production of documents numbered HAR-010001 through HAR-015593.

2

6.      YOU have no evidence of customers in New York, New York to whom YOU have sold goods with packaging bearing YOUR CANDYLAND MARK in the last five years other than those identified in YOUR January 11, 2007 production of documents numbered HAR-010001 through HAR-015593.

Dated: New York, New York
       January 31, 2007

PATTERSON BELKNAP WEBB & TYLER LLP

Kim J. Landsman
(Bar Roll No. 513,364)
Michael D. Sant'Ambrogio
(Bar Roll No. 513,363)
Amanda K. Kay
(Bar Roll No. 514,218)
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: 212-336-2980
Facsimile: 212-336-2985

*Attorneys for Defendant Hasbro, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing **HASBRO'S SECOND SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF** to be served by Email and First Class Mail this 31st day of January, 2007 on:

Robert E. Purcell, Esq.
Hiscock & Barclay
Attorneys for Plaintiff Spero Haritatos
One Park Place
Syracuse, New York 13202
(315) 422-2131

and

Christopher J. Belter, Esq.
Goldberg Segalla LLP
Attorneys for Plaintiff Spero Haritatos
665 Main Street
Suite 400
Buffalo, New York 14203
(716) 566-5400

and

John G. McGowan, Esq.
Bond, Schoeneck & King, PLLC
Attorneys for Defendant Toys "R" Us
One Lincoln Center
Syracuse, New York 13202-1355
(315) 218-8121

_____
Amanda K. Kay

4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
SPERO HARITATOS,                                      :
                                                      :
                            Plaintiff,                :      05 Civ. 930 (DNH/GJD)
                                                      :
               - against -                            :
                                                      :
HASBRO, INC.                                          :
and TOYS "R" US-NY LLC,                               :
                                                      :
                            Defendants.               :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DEFENDANT HASBRO, INC.'S
## <u>THIRD SET OF INTERROGATORIES TO PLAINTIFF</u>

Pursuant to Rule 33 of the Federal Rules of Civil Procedure Defendant Hasbro, Inc. ("Hasbro"), by its attorneys of record, Patterson Belknap Webb & Tyler LLP, hereby requests that, within thirty days of the date of service hereof, Spero T. Haritatos ("Plaintiff") answer the following interrogatories in writing under oath.

## DEFINITIONS AND INSTRUCTIONS

Defendant Hasbro, Inc. incorporates by reference the Definitions and Instructions governing its First and Second Sets of Interrogatories to Plaintiff, dated May 31, 2006 and September 15, 2006.

## INTERROGATORIES

13.     Identify each product or good sold by Plaintiff from 1995 to the present. For each product or good, identify the following:

>   (a) the name of the product or good;
>
>   (b) the means of its sale (e.g, in store, by mail, and/or over the internet);
>
>   (c) the dates on which the product or good was sold
>
>   (d) whether Plaintiff's CANDYLAND mark appears on the product or good; and
>
>   (e) the percentage of Plaintiff's total revenue represented by the sale of each product for each year the product was sold.

14.     State whether the product "Coco-Monds" sold on the website www.turkeyjoints.com has the word "candyland" as part of its name or on the packaging and, if so, state where it appears..

2

Dated:  New York, New York
         January 31, 2007

PATTERSON BELKNAP WEBB & TYLER LLP

Kim J. Landsman
(Bar Roll No. 513,364)
Michael D. Sant'Ambrogio
(Bar Roll No. 513,363)
Amanda K. Kay
(Bar Roll No. 514,218)
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone:  212-336-2980
Facsimile:  212-336-2985

*Attorneys for Defendant Hasbro, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing **HASBRO'S THIRD SET OF INTERROGATORIES TO PLAINTIFF** to be served by email and First Class Mail this 31st day of January, 2007 on:

Robert E. Purcell, Esq.
Hiscock & Barclay
Attorneys for Plaintiff Spero Haritatos
One Park Place
Syracuse, New York  13202
(315) 422-2131

and

Christopher J. Belter, Esq.
Goldberg Segalla LLP
Attorneys for Plaintiff Spero Haritatos
665 Main Street
Suite 400
Buffalo, New York  14203
(716) 566-5400

and

John G. McGowan, Esq.
Bond, Schoeneck & King, PLLC
Attorneys for Defendant Toys "R" Us
One Lincoln Center
Syracuse, New York  13202-1355
(315) 218-8121


_____
Amanda K. Kay

4