U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 11 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SPERO HARITATOS,

      *Plaintiff,*

-vs-

HASBRO, INC., and
TOYS "R" US LLC,

      *Defendants.*

NOTICE OF WITHDRAWAL
OF KATHRYN M. DALEY AS
ATTORNEY OF RECORD
AND REQUEST FOR
REMOVAL FROM
ELECTRONIC FILING LIST

Civil Action No.
05-CV-930 (DNH/GJB)

  **PLEASE TAKE NOTICE THAT** Kathryn M. Daley hereby requests that she be withdrawn as attorney of record for Plaintiff, Spero Haritatos, and further requests that she be removed from the Court's electronic filing notification system for this action. Hiscock & Barclay, LLP, and particularly Robert E. Purcell, shall remain counsel of record for Plaintiff in this action.

**DATED:**  June 5, 2007      Respectfully submitted,

                By: *Kathryn M. Daley*
                   Kathryn M. Daley

So Ordered:
*David N. Hurd*
DAVID N. HURD
United States District Judge
Dated: 6-11-03
Utica, New York

Federal Bar Roll No. 514414
Hiscock & Barclay, LLP
One Park Place
300 South State Street
Syracuse, New York 13202
Tel: (315) 425-2737
Fax: (315) 425-8585
E-Mail: kdaley@hiscockbarclay.com