UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SPERO HARITATOS, an Individual,

        Plaintiff/Counter-Defendant,

v.

HASBRO, INC., a Rhode Island Corporation,

        Defendant/Counter-Claimant,

and

TOYS "R" US-NY LLC,
a New York limited liability company,

        Defendant.

Civil Action No.: 6:05-CV-00930

### NOTICE OF WITHDRAWAL OF CHRISTOPHER J. BELTER AS ATTORNEY OF RECORD AND REQUEST FOR REMOVAL FROM ELECTRONIC FILING LIST

**PLEASE TAKE NOTICE THAT** Christopher J. Belter requests that he be withdrawn as attorney of record for Counter-Defendant, Spero Haritatos, and further requests that he be removed from the Court's electronic filing notification system for this action. Hiscock & Barclay, LLP, and particularly Robert E. Purcell, shall remain counsel of record for Plaintiff in this action.

Dated: June 14, 2007
      Buffalo, New York

                              **GOLDBERG SEGALLA LLP**
                              Attorneys for Counter-Defendant, Spero Haritatos

                              By: /s/ Christopher J. Belter
                                  Christopher J. Belter, Esq. (302540)
                              665 Main Street, Suite 400
                              Buffalo, New York 14203
                              Telephone:   (716) 566-5400
                              Facsimile:    (716) 566-5401
                              Email:        cbelter@goldbergsegalla.com

318136.1