UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SPERO HARITATOS, an Individual,

        Plaintiff/Counter-Defendant,

v.

HASBRO, INC., a Rhode Island Corporation,

        Defendant/Counter-Claimant,      Civil Action No.: 6:05-CV-00930

and

TOYS "R" US-NY LLC,
 a New York limited liability company,

        Defendant.

---

### CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

**PATTERSON BELKNAP WEBB & TYLER LLP**
Attorneys for Defendant/Counter-Claimant, Hasbro, Inc.
Kim J. Landsman, Esq. (513364)
Michael D. Sant'Ambrogio, Esq. (513363)
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2980
Facsimile: (212) 336-2985
Email: kjlandsman@pbwt.com
mdsantambrogio@pbwt.com

**BOND, SCHOENECK & KING, PLLC**
Attorneys for Defendant, Toys "R" Us
John G. McGowan, Esq.
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8121
Facsimile: (316) 218-8100
Email: jmcgowan@bsk.com

**WALL MARJAMA & BILINSKI LLP**
Attorneys for Plaintiff, Spero Haritatos
James R. Muldoon, Esq. (506772)
250 South Salina Street, Suite 300
Syracuse, New York 13202
Telephone: (315) 425-9000
Facsimile: (315) 425-9114
Email: jmuldoon@wallmarjama.com

**GOLDBERG SEGALLA LLP**
Attorneys for Counter-Defendant,
 Spero Haritatos

By: /s/ Christopher J. Belter
    Christopher J. Belter, Esq. (302540)
665 Main Street, Suite 400
Buffalo, New York 14203
Telephone:   (716) 566-5400
Facsimile:   (716) 566-5401
Email:       cbelter@goldbergsegalla.com