UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SPERO HARITATOS,

                *Plaintiff,*

       -vs-

HASBRO, INC. and
TOYS "R" US LLC,

                *Defendants.*

**STIPULATION**

Civil Action No.
05-CV-930 (DNH/GJB)

---

    **IT IS HEREBY STIPULATED**, by and between the undersigned that the motion for summary judgment made by Defendants Hasbro, Inc. and Toys "R" Us - NY LLC is hereby adjourned to the 27th day of July, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard, and

    **IT IS FURTHER STIPULATED**, that Plaintiff shall file and serve electronically his opposition to Defendants' motion for summary judgment on or before July 3, 2007.

    This Stipulation has been entered into so that all response times will be uniform and so that Plaintiff and Defendants may have sufficient time to prepare their respective responsive pleadings.

DATED: June **19**, 2007

                              Respectfully submitted,

                              By: _____
                              Robert E. Purcell
                              Federal Bar Roll No. 510595
                              Hiscock & Barclay, LLP
                              One Park Place
                              300 South State Street
                              Syracuse, New York 13202
                              Tel:   (315) 425-2802
                              Fax:  (315) 425-8594
                              E-Mail: rpurcell@hiscockbarclay.com

                              *Attorneys for Plaintiff*

By: *(signature)*
Kim J. Landsman
Federal Bar Roll No. 513364
~~Michael D. Sant'Ambrogio~~
~~Federal Bar Roll No. 513363~~
Amanda K. Kay
Federal Bar Roll No. 514218
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel:   (212) 336-2980

*Attorneys for Defendant Hasbro, Inc.*

By: *(signature)*
John G. McGowan
Federal Bar Roll No. 501388
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202-1355

*Attorneys for Defendant Toys "R" Us - NY LLC*

**IT IS SO ORDERED**

**DATED:**                 , 2007

_____
United States Magistrate Judge