U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 2 0 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SPERO HARITATOS,

            *Plaintiff,*

      -vs-

HASBRO, INC. and
TOYS "R" US LLC,

          *Defendants.*

**STIPULATION**

Civil Action No.
05-CV-930 (DNH/GJB)

**IT IS HEREBY STIPULATED**, by and between the undersigned that the motion for

summary judgment made by Defendants Hasbro, Inc. and Toys "R" Us - NY LLC is hereby

adjourned to the 27th day of July, 2007, at 10:00 a.m., or as soon thereafter as counsel may be

heard, and

**IT IS FURTHER STIPULATED**, that Plaintiff shall file and serve electronically his

opposition to Defendants' motion for summary judgment on or before July 3, 2007.

    This Stipulation has been entered into so that all response times will be uniform and so

that Plaintiff and Defendants may have sufficient time to prepare their respective responsive

pleadings.

DATED: June **19**, 2007

Respectfully submitted,

By: _____
    Robert E. Purcell
    Federal Bar Roll No. 510595
    Hiscock & Barclay, LLP
    One Park Place
    300 South State Street
    Syracuse, New York 13202
    Tel:   (315) 425-2802
    Fax:   (315) 425-8594
    E-Mail: rpurcell@hiscockbarclay.com

    *Attorneys for Plaintiff*

By: _____

Kim J. Landsman
Federal Bar Roll No. 513364
~~Michael D. Sant'Ambrogio~~
~~Federal Bar Roll No. 513363~~
Amanda K. Kay
Federal Bar Roll No. 514218
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, New York  10036-6710
Tel:   (212) 336-2980

*Attorneys for Defendant Hasbro, Inc.*

By: _____

John G. McGowan
Federal Bar Roll No. 501388
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York  13202-1355

*Attorneys for Defendant Toys "R"
Us - NY LLC*

**IT IS SO ORDERED**

DATED: June 20, 2007

_____