## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**SPERO HARITATOS,**

*Plaintiff,*

-vs-

**HASBRO, INC. and TOYS "R" US LLC,**

*Defendants.*

Civil Action No.
05-CV-930 (DNH/GJD)

### NOTICE OF PLAINTIFF'S MOTION TO STRIKE THE DECLARATIONS OF HAMBLEY AND WIGGINS USED AS AN EVIDENTIARY BASIS IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying Declaration of Robert E. Purcell, and Memorandum of Law, together with the exhibits thereto, as well as all the pleadings and proceedings heretofore had herein, Plaintiff Spero T. Haritatos will move this Court, at the United States Courthouse, Alexander Pirnie Federal Building, 10 Broad Street, Utica, New York before the Honorable David N. Hurd, on the 27th day of July, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order, striking the Declarations of Jill Hambley and Sean Wiggins, and for such other and further relief as the Court deems just and proper.

**DATED:** June 29, 2007

Respectfully submitted,

By: _____ /s/Robert E. Purcell _____
Robert E. Purcell
Federal Bar Roll No. 510595
Hiscock & Barclay, LLP
One Park Place
300 South State Street
Syracuse, New York 13202
Tel:   (315) 425-2802
Fax:   (315) 425-8594
E-Mail: rpurcell@hiscockbarclay.com