UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**SPERO HARITATOS,**

                  *Plaintiff,*            Civil Action No.
                                              05-CV-930 (DNH/GSD)

        -vs-

**HASBRO, INC. and TOYS "R" US LLC,**

                  *Defendants.*

---

### DECLARATION OF ROBERT E. PURCELL IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE THE DECLARATIONS OF HAMBLEY AND WIGGINS USED AS AN EVIDENTIARY BASIS IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Robert E. Purcell, declare and state as follows:

1. I am a member of the bar of this Court and am counsel of record for Plaintiff, Spero T. Haritatos, and submit this declaration in support of Plaintiff's Motion to Strike the Declarations of Jill Hambley and Sean Wiggins Used As An Evidentiary Basis In Connection With Defendants' Motion for Summary Judgment.

2. Exhibits A and B to the Memorandum in support of the motion to strike are true and accurate copies of what the Memorandum states they are.

3. To the best of my knowledge and belief, Hambley's and Wiggin's names are not referenced in documents that have been produced or used as deposition exhibits in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 29, 2007                                /s/ Robert E. Purcell
                                                                              Robert E. Purcell