UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 3 2007

---

SPERO HARITATOS,

            *Plaintiff,*

-vs-

HASBRO, INC. and TOYS "R" US LLC,

            *Defendants.*

---

Civil Action No.
6:05-CV-930 (DNH/GJD)

### CERTIFICATE OF SERVICE BY HAND DELIVERY

Richard Gallauresi, being duly sworn, deposes and says that he is not a party to the within action, is over eighteen years of age, and resides at Geddes, New York; that on July 3, 2007, he served a Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, Response to Defendants' Statement of Material Facts Pursuant to Local Rule 7.1(A)(3) and Statement of Additional Material Facts, and the Declaration of Robert E. Purcell on:

> John G. McGowan, Esq.
> Bond, Schoeneck & King, PLLC
> One Lincoln Center
> Syracuse, New York 13202

the address designated by said attorney for that purpose, by personally hand delivering a true copy of same, to an authorized agent/employee of Bond, Schoeneck & King, PLLC.

                                        /s/ Richard Gallauresi
                                        Richard Gallauresi