UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SPERO HARITATOS,

            *Plaintiff,*

-vs-

HASBRO, INC. and TOYS "R" US LLC,

            *Defendants.*

---

Civil Action No.
6:05-CV-930 (DNH/GJD)

## CERTIFICATE OF SERVICE
## BY OVERNIGHT DELIVERY SERVICE

**Jill H. Kirby,** being duly sworn, deposes and says that she is not a party to the within action, is over eighteen years of age, and resides in Hastings, New York; that on July 3, 2007, she served the Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, Response to Defendants' Statement of Material Facts Pursuant to Local Rule 7.1(A)(3) and Statement of Additional Material Facts, and the Declaration of Robert E. Purcell upon Kim J. Landsman, Esq., Patterson, Belknap, Webb & Tyler, LLP, 1133 Avenue of the Americas, New York, New York 10036-6710, the address designated for that purpose, by depositing the annexed papers, enclosed in a properly addressed wrapper, into the custody of UPS, an overnight delivery service, for overnight delivery, prior to the latest time designated by UPS for overnight delivery.

                                                          _____
                                                               Jill H. Kirby

[U.S. DISTRICT COURT - N.D. OF N.Y. FILED JUL 3 2007]