

**HISCOCK & BARCLAY**

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NEW YORK 13202-2078
T 315.422.2131 • F 315.472.3059

ROBERT E. PURCELL
PARTNER

DIRECT DIAL 315.425.2802
DIRECT FAX 315.425.8594
RPURCELL@HISCOCKBARCLAY.COM
ALSO ADMITTED IN: COLORADO
PATENT ATTORNEY

July 3, 2007

**BY HAND DELIVERY**

Clerk
United States District Court
Northern District of New York
United States Courthouse
100 South Clinton Street
Syracuse, NY  13261



Re:   Spero Haritatos v. Hasbro, Inc. and Toys "R" Us LLC
      6:05-CV-930 (DNH/GJD)

Dear Clerk:

We are counsel to Plaintiff in the captioned matter. Enclosed find (a) Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, (b) Response to Defendants' Statement of Material Facts Pursuant to Local Rule 7.1(A)(3) and Statement of Additional Material Facts, and (c) Declaration of Robert E. Purcell. These submissions contain information designated as confidential and are being filed under seal pursuant to Paragraph 9 of the Protective Order entered in this matter by the Court on March 29, 2006.

Please give me a call if you have any questions.

Very truly yours,

Robert E. Purcell

REP:jhk
Enclosures
cc:   Kim J. Landsman, Esq. (with Enclosures by Overnight Delivery)
      John G. McGowan, Esq. (with Enclosures by Hand Delivery)

SYLIB01\568917\1

WWW.HISCOCKBARCLAY.COM