UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------- x
SPERO HARITATOS
                Plaintiff,

      - against -

HASBRO, INC.,
and TOYS "R" US-NY LLC,

                Defendants.
------------------------------------- x

05 Civ. 930 (DNH/GJD)

**STIPULATION AND
[PROPOSED] ORDER**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties as follows:

    1.    The return date for the motion for summary judgment made by Defendants Hasbro, Inc. and Toys "R" Us – NY LLC ("Defendants' Summary Judgment Motion") and for Plaintiff's Motion To Strike The Declarations of Hambley And Wiggins Used as an Evidentiary Basis in Connection with Defendants' Motion for Summary Judgment ("Plaintiff's Motion to Strike") are hereby adjourned from July 27, to August 10, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard.

    2.    Defendants shall file and serve electronically their opposition to Plaintiff's Motion to Strike on or before July 20, 2007.

    3.    The parties shall file and serve electronically replies on their respective motions on or before July 31, 2007.

This Stipulation has been entered into so that all response times will be uniform and so that Plaintiff and Defendants may have sufficient time to prepare their respective responsive papers.

Dated: July 6, 2007

By: _____
Robert E. Purcell
Federal Bar Roll No. 510595
Hiscock & Barclay, LLP
One Park Place
300 South State Street
Syracuse, New York 13202
Telephone: (315) 425-2802
Fax: (315) 425-8594

*Attorneys for Plaintiff*

Respectfully submitted,

By: _____
Kim J. Landsman
Bar Roll No. 51,364
Amanda K. Kay
Bar Roll No. 514218
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2980
Fax: (212) 336-2985

*Attorneys for Defendant Hasbro, Inc.*

By: _____
John G. McGowan
Federal Bar Roll No. 501388
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8121
Fax: (315) 218-8100

*Attorneys for Defendant Toys "R" Us – NY LLC*

So Ordered:

Dated: July       , 2007

_____
Hon. David N. Hurd
United States District Judge

This Stipulation has been entered into so that all response times will be uniform and so that Plaintiff and Defendants may have sufficient time to prepare their respective responsive papers.

Dated: July 6, 2007

Respectfully submitted,

By:_____
Robert E. Purcell
Federal Bar Roll No. 510595
Hiscock & Barclay, LLP
One Park Place
300 South State Street
Syracuse, New York 13202
Telephone: (315) 425-2802
Fax: (315) 425-8594

*Attorneys for Plaintiff*

By:_____
Kim J. Landsman
Bar Roll No. 51,364
Amanda K. Kay
Bar Roll No. 514218
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2980
Fax: (212) 336-2985

*Attorneys for Defendant Hasbro, Inc.*

By:_____
John G. McGowan
Federal Bar Roll No. 501388
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8121
Fax: (315) 218-8100

*Attorneys for Defendant Toys "R" Us – NY LLC*

So Ordered:

Dated: July        , 2007

_____
Hon. David N. Hurd
United States District Judge

2

1380946v1