AUGUST 10th, 2007                                                          UTICA, NEW YORK
HON. DAVID N. HURD, Presiding
Clerk: Craig B. Minor
Steno: Nancy Freddoso

10:00 A.M.  COURT IN SESSION

Spero Haritatos,

    vs.

Hasbro, Inc., et ano.                                                       6:05-CV-930

1. Defts' motin for summary judgment (136)–DECISION RESERVED.

2. Defts' motion to strike declarations of Hambley & Wiggins (149)–DECISION RESERVED.  (Ct. to issue written decision)

Appearances: Robert Purcell for pltf, Kim J. Landsman for deft Hasbro, John McGowan for deft Toys "R" US.

11:00 A.M.  Recessed.