**HISCOCK & BARCLAY**

BUFFALO • ROCHESTER • SYRACUSE • ALBANY • NEW YORK

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NEW YORK 13202-2078
T 315.422.2131 • F 315.472.3059

ROBERT E. PURCELL
PARTNER

DIRECT DIAL 315.425.2802
DIRECT FAX 315.425.8594
RPURCELL@HISCOCKBARCLAY.COM

ALSO ADMITTED IN: COLORADO
PATENT ATTORNEY

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
DEC 03 2007
LAWRENCE K. BAERMAN, Clerk
UTICA

January 10, 2007

So Ordered
[signature]
DAVID N. HURD
United States District Judge

Dated: 12-3-07
Utica, New York

**VIA ELECTRONIC FILING**

Hon. David N. Hurd
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7367

Re:   Spero Haritatos v. Hasbro, Inc. and Toys "R" Us-NY LLC.
      NDNY Civil Action No. 6:05-cv-00930-DNH-GJD

Dear Judge Hurd:

On behalf of the Plaintiff, Spero Haritatos, I hereby request permission to file a reply brief of up to four pages in connection with the current motion for reconsideration, or in the alternative, for certification, which is set for a hearing on December 14, 2007.

The motion for reconsideration addresses the very important issue of whether Plaintiff is entitled to seek a monetary award in the form of either damages or profits. Plaintiff's memorandum of law in support of his motion comprised ten pages, and the Defendants' opposition comprised fifteen pages. Pursuant to L.R. 7.1(g) and L.R. 7.1(b)(2) reply papers are not permitted without the Court's prior permission. Accordingly, Plaintiff requests permission to file a reply brief up to four pages in length. Plaintiff believes that Defendants will suffer no undue prejudice in connection with having a reply brief filed.

Respectfully yours,

[signature]

Robert E. Purcell
Bar Roll No. 510595

REP/jhk
cc:   Kim J. Landsman, Esq. **By Electronic Mail by CM/ECF**
      John G. McGowan, Esq. **By Electronic Mail by CM/ECF**

SYLIB01\593619\1

WWW.HISCOCKBARCLAY.COM