UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------x
SPERO HARITATOS,                 :
                                 :
              Plaintiff,         :        **CERTIFICATE OF SERVICE**
                                 :
       -vs-                      :        Civil Action No.
                                 :        6:05-CV-930 (DNH/GJD)
HASBRO, INC. and TOYS "R" US-NY LLC, :
                                 :
              Defendants.        :
---------------------------------x

I certify that on December 6, 2007, I filed a copy of Plaintiff's Reply Memorandum of Law in Further Support of His Motion for Reconsideration with the Clerk of the Court via the CM/ECF system, which gave notice to the following attorney:

John G. McGowan, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202

*s/ Robert E. Purcell*
Robert E. Purcell