UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SPERO HARITATOS,
                          Plaintiff

        v.                                  6:05-CV-930
HASBRO, INC. & TOY'S "R" US-          (DNH/GJD)
NY LLC,
                          Defendants.
_____

ROBERT E. PURCELL, ESQ. for Plaintiff
KIM J. LANDSMAN, ESQ., for Defendant Hasbro
JOHN G. MCGOWAN, for Defendant Toys "R" Us

## ORDER

This court held a telephone conference on January 30, 2008 to discuss two pending motions in this case. During the conference, the court discussed the possible proof that may be submitted, and dates for a hearing to present proof. This court has conferred with the Honorable David N. Hurd, and District Judge Hurd wishes the two pending motions to be resolved despite the stay on all other proceedings.

The hearing is therefore scheduled for Tuesday, March 4, 2008. *This date is a firm date, which the court will not change barring any unforeseen exceptional circumstances*.

**WHEREFORE** it is hereby

**ORDERED**, that the motion for sanctions against Attorney Robert E. Purcell, Esq., and the motions to disqualify the firm of Hiscock and Barclay, are hereby scheduled for **oral argument and presentation of proof at 10 a.m. on Tuesday,**

**March 4, 2008**; and it is further

    **ORDERED**, that each attorney that will be presenting proof at the hearing, must submit a Witness and exhibit List specifying very briefly the testimony of any witness, and the nature of any exhibit.  This list must be filed no later than **Tuesday, February 26, 2008.**

Date: January 31, 2008

                                                                                       Hon. Gustave J. DiBianco
                                                                                   U.S. Magistrate Judge