UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

─────────────────────────── x
                                            :
SPERO HARITATOS,                            :
                                            :
                        Plaintiff,          :
                                            :
            - against -                     :    Case Number:  05 Civ. 930 (DNH-GJD)
                                            :
HASBRO, INC.                                :
and TOYS "R" US-NY LLC,                     :
                                            :
                        Defendants.         :
                                            :
─────────────────────────── x

## DEFENDANT HASBRO, INC.'S EXHIBIT LIST

      Pursuant to the Court's January, 31, 2008 Order, Defendant Hasbro, Inc. submits this Exhibit List.  Hasbro anticipates offering the following exhibits into evidence on its principal case at the March 4, 2008, hearing.  Hasbro reserves its right to offer into evidence additional rebuttal exhibits.

| EXHIBIT # | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|
| | | **Court Orders** | |
| 1 | 08/11/2006 | Order of Magistrate Judge DiBianco that all outstanding discovery from any party, to the extent that it has not already been produced, must be produced within thirty (30) days | |
| 2 | 10/19/2006 | Order of District Judge Hurd denying objections to Magistrate Judge DiBianco's order and that all outstanding discovery must be produced by November 30, 2006 | |

1

1431898v.6

| EXHIBIT # | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|
| **Discovery Requests And Responses** | | | |
| 3 | 10/27/2005 | Hasbro's First Set of Requests for Production of Documents to Plaintiff | |
| 4 | 12/09/2005 | Plaintiff's Response to Hasbro's First Set of Requests for Production of Documents | |
| 5 | 05/31/2006 | Hasbro's Second Set of Requests for Production of Documents to Plaintiff | |
| 6 | 05/31/2006 | Hasbro, Inc.'s First Set of Interrogatories to Plaintiff | |
| 7 | 09/15/2006 | Defendant Hasbro, Inc.'s Second Set of Interrogatories to Plaintiff | |
| 8 | 09/18/2006 | Plaintiff's First Amended Response to Hasbro's First Set of Requests for Production of Documents | |
| 9 | 10/16/2006 | Plaintiff's Response to Defendant Hasbro, Inc.'s Second Set of Interrogatories to Plaintiff | |
| 10 | 01/31/2007 | Defendant Hasbro, Inc.'s Second Set of Requests for Admissions to Plaintiff | |
| 11 | 01/31/2007 | Hasbro's Third Set of Requests for Production of Documents to Plaintiff | |
| 12 | 01/31/2007 | Defendant Hasbro, Inc.'s Third Set of Interrogatories to Plaintiff | |
| 13 | 02/23/2007 | Email from Robert E. Purcell to Amanda K. Kay Refusing to Respond to Hasbro's Second Set of Requests for Admission, Third Set Of Interrogatories and Third Set of Requests for Production of Documents | |
| **Transcripts/Deposition Excerpts** | | | |
| 14 | 02/16/2005 | Excerpts of Deposition of Plaintiff Spero Haritatos | |
| 15 | 05/17/2006 | Excerpts of Deposition of Plaintiff Spero Haritatos | |
| 16 | 05/18/2006 | Excerpts of Deposition of Sharon Haritatos | |

1431898v.6

| EXHIBIT # | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|
| 17 | 02/07/2007 | Excerpts of Deposition of Anna Bushnell | |
| | | **Correspondence Concerning Discovery Issues** | |
| 18 | 04/17/2006 | Letter from Michael D. Sant'Ambrogio to Robert E. Purcell Concerning Deficiencies in Plaintiff's Responses to Hasbro's First Set of Requests for Production of Documents | |
| 19 | 05/02/2006 | Letter from Robert E. Purcell to Michael D. Sant'Ambrogio in Response to Letter dated 04/17/2006 | |
| 20 | 05/09/2006 | Letter from Michael D. Sant'Ambrogio to Robert E. Purcell in Response to Letter dated 05/02/2006 | |
| 21 | 05/19/2006 | Letter from Michael D. Sant'Ambrogio to Robert E. Purcell Requesting Response to Hasbro's Requests for Production of Documents | |
| 22 | 06/08/2006 | Letter from Kim J. Landsman to Robert E. Purcell Concerning Discovery | |
| 23 | 06/21/2006 | Email from Robert E. Purcell to Kim J. Landsman | |
| 24 | 10/06/2006 | Letter from Kim J. Landsman to Robert E. Purcell Concerning Deficiencies in (1) Plaintiff's First Amended Response to Hasbro's First Set of Requests for Production of Documents, (2) Plaintiff's Response to Hasbro's Second Set of Requests for Production of Documents, and (3) Plaintiff's Response to Hasbro's First Set of Interrogatories | |
| 25 | 11/07/2006 | Letter from Kim J. Landsman to James R. Muldoon Concerning Deficiencies in (1) Plaintiff's Response to Hasbro's Second Set of Interrogatories, and (2) Plaintiff's Response to Hasbro's First Set of Requests for Admission | |
| 26 | 12/06/2006 | Letter from Kim J. Landsman to James R. Muldoon Concerning (1) Plaintiff's Contempt of Court Order of 10/19/2006, (2) Plaintiff's Failure to Respond to Discovery Issues, and (3) Hasbro's Intent to Depose Anna Bushnell | |
| 27 | 12/07/2006 | Letter from James R. Muldoon Responding to Kim J. Landsman's Letter dated 12/06/2006 | |
| 28 | 12/14/2006 | Transcription of Voicemail from Robert E. Purcell to Kim J. | |

1431898v.6

| **EXHIBIT #** | **DATE** | **DESCRIPTION** | **ADMITTED** |
|---|---|---|---|
| | | Landsman | |
| 29 | 02/26/2008 | Affirmation of Carole Diker attesting to the accuracy of the transcription of Robert E. Purcell's 12/14/06 voicemail to Kim J. Landsman | |
| 30 | 02/25/2007 | Email from Amanda K. Kay Responding to Robert E. Purcell's Email dated 02/23/2007 | |
| | | **Motions/Correspondence to the Court** | |
| 31 | 06/26/2006 | Letter from Kim J. Landsman to Magistrate Judge DiBianco | |
| 32 | 07/26/2006 | Letter from Robert E. Purcell to Magistrate Judge DiBianco Concerning Discovery Responses | |
| 33 | 05/17/2007 | Motion Letter Seeking Sanctions from Kim Landsman to Magistrate Judge DiBianco | |
| 34 | 05/22/2007 | Opposition Letter to Motion Seeking Sanctions from Robert E. Purcell to Magistrate Judge DiBianco | |
| 35 | 06/07/2007 | Reply Letter Motion Seeking Sanctions from Kim Landsman to Magistrate Judge DiBianco | |
| | | **Websites Referenced In Hasbro's First Set Of Requests For Admission To Plaintiff** | |
| 36 | | Web pages located at www.candylandstore.com - Candyland, Inc., St. Paul, MN – Request Nos. 18-21 | |
| 37 | | Web pages located at www.1800candyland.com - 16th Avenue Candyland, Brooklyn, NY – Request Nos. 28-30 | |
| 38 | | Web pages located at www.dolles.com – Dolles Candyland, Ocean City, MD – Request Nos. 35-41 | |
| 39 | | Web pages located at www.jtskandylandexpress.com - J.T.'s Kandyland Express, Omaha, NE – Request Nos. 48-50 | |
| 40 | | Web pages located at www.candylandcrafts.com - Candyland Crafts, Somerville, NJ – Request Nos. 51-53 | |
| 41 | | Web pages located at www.stores.ebay.com/Beulahs-Candyland - Beulahs-Candyland, Ephrata, PA – Request | |

1431898v.6

| **EXHIBIT #** | **DATE** | **DESCRIPTION** | **ADMITTED** |
|---|---|---|---|
| | | Nos. 56-59 | |
| 42 | | Web pages located at www.stores.ebay.com/Candyland-Direct_W0QQcolZ4QQdirZ1QQfsubZQ2d33QQftidZ2QQtZkm - Request Nos. 60-61 | |
| 43 | | Web pages located at www.shelburnecountrystore.com/home/catalogue/14081/14083.html - Shelbourne, VT - Request Nos. 62-64 | |
| 44 | | Web pages located at www.thecandylandstore.com – Request Nos. 65-68 | |
| 45 | | Web pages located at www.zebs.com/giftbaskets.html?action=showitem&catid=36&itemid=1271&secid=9 – Zeb's General Store, North Conway, NH – Request Nos. 69-72 | |

5

1431898v.6

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing **DEFENDANT HASBRO, INC.'S EXHIBIT LIST** to be filed electronically, with copies sent electronically to the counsel set forth below on February 26, 2008:

Robert E. Purcell, Esq.
Hiscock & Barclay
Attorneys for Plaintiff Spero Haritatos
One Park Place
Syracuse, New York  13202
(315) 422-2131

and

John G. McGowan, Esq.
Bond, Schoeneck & King, PLLC
Attorneys for Defendant Toys "R" Us
One Lincoln Center
Syracuse, New York  13202-1355
(315) 218-8121

   /s/ Amanda K. Kramer
Amanda K. Kramer

1439763v.1