## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing **DEFENDANT HASBRO, INC.'S AMENDED EXHIBIT LIST** to be filed electronically, with copies sent electronically to the counsel set forth below on February 28, 2008:

Robert E. Purcell, Esq.
Hiscock & Barclay
Attorneys for Plaintiff Spero Haritatos
One Park Place
Syracuse, New York  13202
(315) 422-2131

and

John G. McGowan, Esq.
Bond, Schoeneck & King, PLLC
Attorneys for Defendant Toys "R" Us
One Lincoln Center
Syracuse, New York  13202-1355
(315) 218-8121


   /s/ Amanda K. Kramer
   Amanda K. Kramer