

BOND, SCHOENECK & KING, PLLC

ATTORNEYS AT LAW ■ NEW YORK  FLORIDA  KANSAS

JOHN G. MCGOWAN
Direct: 315-218-8121
Fax: 315-218-8421
mcgowaj@bsk.com

February 29, 2008

**VIA ELECTRONIC FILING**

Hon. Gustave J. DiBianco
U.S. Magistrate Judge
United States District Court
Northern District of New York
100 South Clinton Street, Room 219
Syracuse NY 13261-7396

Re:   *Spero Haritatos v. Hasbro, Inc. and Toys "R" Us (05-CV-930)*

Dear Magistrate Judge DiBianco:

I spoke with Richard Hughes of the Hiscock office three days ago regarding our motion to disqualify the Hiscock office from further representation of Mr. Haritatos in this matter. For the first time, I heard from him that the proceeding in the Western District where Hiscock & Barclay had represented Toys "R" Us was now resolved, at least as to Toys "R" Us. I have just been able to confirm that with my client and accordingly, I advise the Court that we are respectfully withdrawing our motion to disqualify Hiscock & Barclay from further representation of Mr. Haritatos.

Respectfully yours,

BOND, SCHOENECK & KING, PLLC

John G. McGowan

cc:   Richard K. Hughes, Esq.
      Robert E. Purcell, Esq.
      Kim T. Landsman, Esq.
JGM/pak