UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HARITATOS  v. HASBRO, INC., ET AL.     5:05-CV-930 (DNH/GJD)

ROBERT E. PURCELL, ESQ., for Plaintiff
KIM J. LANDSMAN, ESQ., for Deft. Hasbro, Inc.
JOHN G. McGOWAN, ESQ., for Deft. Toy's "R" Us-NY, LLC

ORDER

The court had previously stated during the hearing of March 4, 2008 that it would wait until March 25, 2008 to order Hasbro's submission of its attorney fee request.  The court has decided that the information from Hasbro about its attorneys fees should be submitted **prior** to this court's oral decision which is scheduled for Tuesday, March 25, 2008 at 2:00 P.M.

Accordingly, it is hereby

ORDERED, that Hasbro submit its documents regarding attorneys fees **by ordinary or overnight mail no later than Friday, March 21, 2008 at 2:00 P.M.** These documents are to be simultaneously served on Attorney Purcell and should not be electronically filed and it is further

ORDERED, that the court confirms the Tuesday, March 25, 2008 appearance at 2:00 P.M.

Dated: March 17, 2008

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge