## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTHERN DISTRICT OF NEW YORK

Spero Haritatos,
    Plaintiff(s)

v.

Hasbro Inc. and Toys R US-NY, LLC
    Defendant(s)

CASE NO. 05 Civ. 930

### REQUEST FOR TRANSCRIPT

TO: Jodi Hibbard, Court Reporter / Transcriber.

Notice is hereby given that an official transcript[1] of a proceeding has been requested of the following portion(s) of the proceedings:

March 4, 2008 hearing

The party requesting the transcript must also provide the Court Reporter / Transcriber with a FORM AO 435 Transcript Order[2]. This form is available on the Court's website at www.nynd.uscourts.gov.,

Please note that if the Transcript request is for an appeal, the requestor must also file the appropriate transcript appeal forms that are available on the 2nd Circuit Webpage at http://www.ca2.uscourts.gov/.

S/ [signature]
Attorney for Hasbro Inc.
NDNY Bar Roll # 514 218
Address: Patterson Belknap Webb + Tyler
1133 Ave. of the Americas
New York, NY 10003

---

[1] Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction. For additional information on the Court's Policy concerning redaction of transcripts please visit the Court website at www.nynd.uscourts.gov.

[2] For Criminal transcript requests by a CJA Panel Member please request from the Clerk's Office a CJA-24 Transcript Voucher form and have it approved by the presiding judge prior to filing this form.

| AO 435 (Rev. 12/03) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| Read Instructions on Back: | TRANSCRIPT ORDER | | DUE DATE: |

| 1. NAME Amanda Kay Kramer | 2. PHONE NUMBER 212-336-7615 | 3. DATE 03/18/08 | |
|---|---|---|---|
| 4. MAILING ADDRESS Patterson Belknap, 1133 Ave. of the Americas | 5. CITY New York | 6. STATE NY | 7. ZIP CODE 10036 |
| 8. CASE NUMBER 05 Civ. 930 | 9. JUDGE Hurd / DiBianco | DATES OF PROCEEDINGS 10. FROM 03/04/08 | 11. TO 03/04/08 |
| 12. CASE NAME Hantatos v. Hasbro and Toys R Us | | LOCATION OF PROCEEDINGS 13. CITY Syracuse | 14. STATE NY |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Conference Hearing | 03/04/08 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [x] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE /s/

19. DATE 03/18/08

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

## Certificate of Service

I hereby certify that on **March 18, 2008**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following: **Robert Purcell, John McGowan**,

and that I mailed by United States Postal Service the document to the following non CM/ECF participants: _____.

S/ _____

ndny notice of filing of official transcript 1/16/06