UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SPERO HARITATOS,
                              Plaintiff
          v.                                      6:05-CV-930
HASBRO, INC. & TOY'S "R" US-            (DNH/GJD)
NY LLC,
                            Defendants.
_____

ROBERT E. PURCELL, ESQ. for Plaintiff
KIM J. LANDSMAN, ESQ., for Defendant Hasbro
JOHN G. MCGOWAN, for Defendant Toys "R" Us

**ORDER**

The court has nearly completed its review of the extensive papers connected to the March 4, 2008 hearing. The court will issue a written decision on Hasbro's motion for attorneys' fees and sanctions.

*__THE COURT HEREBY CANCELS THE APPEARANCE SCHEDULED FOR TUESDAY, MARCH 25, 2008.  NO APPEARANCE BY ANY ATTORNEY IS NECESSARY ON THAT DAY.__*

The court received, pursuant to its request, a submission from Hasbro on the attorneys' fees requested in Hasbro's motion. Attorney Purcell is hereby directed to submit to my chambers his response to the March 19, 2008 submission by Attorney Landsman. Attorney Purcell must submit his response *__no later than 12 noon on Wednesday, March 26, 2008__*.

**WHEREFORE** it is hereby

**ORDERED**, that the appearance scheduled for Tuesday, March 25, 2008 is

cancelled; and it is further

**ORDERED**, that Attorney Purcell must submit and serve his response papers no later than 12 noon on Wednesday, March 26, 2008.

Date:  March 21, 2008

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge