# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| __Spero Haritatos__, <br> Plaintiff(s) <br><br> v. <br><br> Hasbro, Inc. & Toys "R" Us- NY LLC, <br> Defendant(s) | CASE NO. __6:05-CV-930__ |

## REQUEST FOR TRANSCRIPT

TO: __Ms. Jodi L. Hibbard__, Court Reporter / Transcriber.

Notice is hereby given that an official transcript[1] of a proceeding has been requested of the following portion(s) of the proceedings:

__March 4, 2008 Hearing__

The party requesting the transcript must also provide the Court Reporter / Transcriber with a FORM AO 435 Transcript Order[2]. This form is available on the Court's website at www.nynd.uscourts.gov.,

Please note that if the Transcript request is for an appeal, the requestor must also file the appropriate transcript appeal forms that are available on the 2nd Circuit Webpage at http://www.ca2.uscourts.gov/.

S/ __Robert E. Purcell__
Attorney for __Plaintiff Spero Haritatos__
NDNY Bar Roll # __510595__
Address: __Hiscock & Barclay, LLP__
One Park Place
300 South State Street
Syracuse, NY 13202

---

[1] Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction. For additional information on the Court's Policy concerning redaction of transcripts please visit the Court website at www.nynd.uscourts.gov.

[2] For Criminal transcript requests by a CJA Panel Member please request from the Clerk's Office a CJA-24 Transcript Voucher form and have it approved by the presiding judge prior to filing this form.

## Certificate of Service

     I hereby certify that on   March 31, 2008  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:   Kim J. Landsman and John G. McGowan                                                                          ,

and that I mailed by United States Postal Service the document to the following non CM/ECF participants:_____.

S/   Robert E. Purcell

ndny notice of filing of official transcript 1/16/06