UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPERO HARITATOS, an Individual,

         Plaintiff,
  vs               6:05-CV-930

HASBRO, INC., A Rhode Island Corporation;
and TOY'S "R" US-NY LLC, a New York Limited
Liability Company,
         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:            OF COUNSEL:

HISCOCK & BARCLAY, LLP       ROBERT E. PURCELL, ESQ.
Attorneys for Plaintiff
One Park Place
300 South State Street
Syracuse, New York 13202-2078

PATTERSON BELKNAP WEBB & TYLER, LLP  KIM J. LANDSMAN, ESQ.
Attorneys for Defendant Hasbro
1133 Avenue of the Americas
New York, New York 10036-6710

BOND, SCHOENECK & KING, PLLC     JOHN G. McGOWAN, ESQ.
Attorneys for Defendant Toy's "R" Us
One Lincoln Center
Syracuse, New York 13202-1355

DAVID N. HURD
United States District Judge

# O R D E R

On March 28, 2008, Magistrate Judge Gustave J. DiBianco issued a Memorandum-Decision and Order sanctioning attorney Robert E. Purcell and assessing fees personally against him in the sum of $15,989.75 to be paid within thirty (30) days. (Docket No. 181).

Attorney Purcell seeks a stay of the enforcement of that order and permission to file a memorandum of law up to and including thirty-nine (39) pages under Fed. R. Civ. P. 72. (Docket No. 185).  Defendants object to the stay.  (Docket No. 187).

The requests, objection, and the Memorandum-Decision and Order have been reviewed.  Attorney Purcell has failed to demonstrate either irreparable injury or likelihood of success on the merits to warrant a stay.

Therefore, it is

ORDERED, that

1. The stay of enforcement is DENIED; and

2. Permission to file a memorandum of law up to and including forty (40) pages under Fed. R. Civ. P. 72 is GRANTED.

IT IS SO ORDERED.

Dated:   April   7, 2008
         Utica, New York.

_____
United States District Judge