UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**SPERO HARITATOS,**

*Plaintiff,*

-*vs*-

**HASBRO, INC. and TOYS "R" US-NY LLC,**

*Defendants.*

Civil Action No.
6:05-cv-930 (DNH/GJB)

---

**ROBERT E. PURCELL'S DESIGNATION OF THE CONTENTS OF
THE RECORD ON APPEAL PURSUANT TO LOCAL RULE 72.1(b)**

Robert E. Purcell hereby designates the contents of the Record on Appeal of the Memorandum Decision and Order of Magistrate Judge DiBianco dated March 28, 2008. This designation is being made in connection with his filing of Objections pursuant to Fed. R. Civ. P. 72. Although the Memorandum Decision and Order seems to affect only Plaintiff's counsel of record, Mr. Purcell, to the extent that the Memorandum Decision and Order is deemed to affect Plaintiff, he should also be deemed a party joining in Mr. Purcell's objections and this Designation.

Purcell designates the following contents of the Record on Appeal:

1.      Docket Entry Nos. 18, 20, 27, 30, 35 – 43, (between 43 and 44), 45, (between 46 and 47), 47, (between 47 and 48), 51R, 52, 58 – 62, (between 62 and 63), 63, 64 – 68, 71, 77, 95, (between 95 and 96), (between 125 and 126), 130 – 133, 144, (between 158 and 159), (between 161 and 162), and 168 – 183 in the Court's record in the instant lawsuit.

2.      Transcript of the hearing on March 4, 2008 conducted before Magistrate Judge DiBianco.

3.      Exhibits 1 – 48 which are identified in Defendant Hasbro, Inc.'s exhibit list with respect to the March 4, 2008 hearing before Magistrate Judge DiBianco.

4.      Plaintiff's Exhibit Nos. 1, and 13 – 34, set forth in Plaintiff's exhibit list in connection with the March 4, 2008 hearing before Magistrate Judge DiBianco.

5.      Exhibit 35, comprising a copy of the TTAB protective order in the related trademark opposition proceedings dated, December 15, 2004, and submitted in the March 4, 2008 hearing before Magistrate Judge DiBianco.

6.      Exhibit 36, comprising a letter-brief from Robert E. Purcell to Magistrate Judge DiBianco dated June 26, 2006 and identified as Exhibit 36 at the March 4, 2008 hearing before Magistrate Judge DiBianco.

7.      Selected pages from The American Heritage Dictionary of the English Language circa 1969 containing page 1426 on which the definition of "vexatious" occurs.  (attached hereto)

8.      Copies of pages 38 – 41 and 124 – 125 of the transcript of the deposition of Sharon Haritatos taken May 18, 2006 (attached hereto)

9.      Copies of pages 1 – 4, 89 – 92, and 305 – 308 of the transcript of the deposition of Spero Haritatos taken May 17, 2006, by Hasbro, Inc.'s attorney, Michael Sant'Ambrogio. (attached hereto)

**DATED:** April 10, 2008                **HISCOCK & BARCLAY, LLP**

By:_____
            Robert E. Purcell
            Bar Roll No. 510595

*Attorneys for Plaintiff*
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Telephone  (315) 425-2802
Facsimile  (315) 425-8594
rpurcell@hiscockbarclay.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2008, I filed the foregoing document with the Clerk of

the Court using the CM/ECF system, which sent notification of such filing to the following:

Kim J. Landsman, Esq.                      John G. McGowan, Esq.
Patterson Belknap Webb & Tyler, LLP        Bond, Schoeneck & King, PLLC
1133 Avenue of the Americas                One Lincoln Center
New York, New York  10036-6710             Syracuse, New York  13202
kjlandsman@pbwt.com                        jmcgowan@bsk.com


_____
Jill Kirby

# THE AMERICAN HERITAGE

# ONARY

# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

## AMERICAN HERITAGE PUBLISHING CO., INC.

and

## HOUGHTON MIFFLIN COMPANY

BOSTON/NEW YORK/ATLANTA/GENEVA, ILLINOIS/DALLAS/PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

©1969 by American Heritage Publishing Co., Inc.
551 Fifth Avenue, New York, New York 10017

All rights reserved under Bern and Pan-American Copyright Conventions

Standard Book Numbers: 395–09064–4 (deluxe edition);
395–09065–2 (plain edges); 395–09066–0 (thumb-indexed)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

C



**Vesuvius**
Seen from the ruins of Pompeii



**vetch**
*Vicia sativa*



**viaduct**
The Pont du Gard, near Nîmes, France, a Roman aqueduct now used as a viaduct

Old French, from Latin *vestimentum*, from *vestire*, to dress, from *vestis*, garment. See **vest.**]

**vest-pock·et** (vĕst'pŏk'ĭt) *adj.* **1.** Designed to fit into a vest pocket: *a vest-pocket book.* **2.** Relatively small; diminutive.

**ves·try** (vĕs'trē) *n., pl.* **-tries. 1.** A room in a church where the clergymen put on their vestments and where these robes and other sacred objects are stored; a sacristy. **2.** A meeting room in a church. **3.** In the Anglican and Episcopal churches, a committee of members of the parish or congregation that administers the affairs of the parish or congregation. **4.** *Anglican Church.* A meeting of this group or of the entire congregation or the place in which the meeting is held. [Middle English *vestrie*, variant of *vestiarie*, VESTIARY.]

**ves·try·man** (vĕs'trē·mən) *n., pl.* **-men** (-mĭn). A member of a vestry.

**ves·ture** (vĕs'chər) *n. Archaic.* **1.** Clothing; apparel. **2.** Anything that covers or cloaks: *hills in a vesture of mist.* —*tr.v.* **vestured, -turing, -tures.** To cover with vesture; clothe. [Middle English, clothes, from Old French, from Late Latin *vestitūra*, from Latin *vestire*, to clothe. See **vestment.**]

**ve·su·vi·an** (və-sōo'vē-ən) *n.* **1.** A mineral, *idocrase [see].* **2.** A match used for lighting cigars; a fusee. [From VESUVIUS.]

**ve·su·vi·an·ite** (və-sōo'vē-ə-nīt') *n.* A mineral, *idocrase (see).* [*Vesuvian,* of VESUVIUS (because first found in the lava of the volcano) + -ITE.]

**Ve·su·vi·us** (və-sōo'vē-əs). *Italian* **Ve·su·vi·o** (vā-zōo'vyō). An active volcano, 3,891 feet high, in western Italy near Naples.

**vet** (vĕt) *n. Informal.* A veterinarian. —*v.* **vetted, vetting, vets.** *Informal.* —*tr.* **1.** To practice veterinary medicine upon. **2.** *Chiefly British.* To examine or appraise expertly: *vet a manuscript.* —*intr.* To be or become a veterinarian.

**vet. 1.** veteran. **2.** veterinarian; veterinary.

**vetch** (vĕch) *n.* Any of various climbing or twining plants of the genus *Vicia,* having pinnate leaves and small, usually purplish flowers. [Middle English *fecche,* from Old North French *veche,* from Latin *vicia.* See **weik-[4]** in Appendix.*]

**vetch·ling** (vĕch'lĭng) *n.* Any of several plants of the genus *Lathyrus,* having pinnate leaves, slender tendrils, and small, variously colored flowers. [VETCH + -LING.]

**veter.** veterinary.

**vet·er·an** (vĕt'ər·ən, vĕt'rən) *n. Abbr.* **vet. 1.** One who has a long record of service in a given activity or capacity. **2.** One who has been a member of the armed forces. —*adj.* **1.** Experienced because of long service: *a veteran politician.* **2.** Pertaining to or suggestive of a veteran or veterans. [French *vétéran,* from Latin *veterānus,* from *vetus* (stem *veter-),* old. See **wet-** in Appendix.*]

**Veterans' Administration.** *Abbr.* **VA, V.A.** A Federal agency concerned with the welfare of veterans of the armed forces.

**Veterans Day.** November 11, observed as a national holiday in the United States, commemorating the armistice in World War I (1918). Formerly called "Armistice Day."

**Veterans of Foreign Wars.** *Abbr.* **VFW, V.F.W.** A society founded in 1899 composed of veterans of the United States Armed Forces who have fought in a foreign country.

**vet·er·i·nar·i·an** (vĕt'ər-ə-nâr'ē-ən, vĕt'rə-) *n. Abbr.* **vet.** A person trained and authorized to treat animals medically.

**vet·er·i·nar·y** (vĕt'ər-ə-nĕr'ē, vĕt'rə-) *adj. Abbr.* **vet., veter.** Of, pertaining to, or being the science of the diagnosis and treatment of diseases and injuries of animals, especially the domestic animals. —*n., pl.* **veterinaries.** A veterinarian. [Latin *veterinārius,* from *veterinae,* of cattle. See **wet-** in Appendix.*]

**veterinary medicine.** The medical science of the diagnosis and treatment of animal diseases and injuries.

**veterinary surgeon.** *Abbr.* **V.S.** A veterinarian.

**vet·i·ver** (vĕt'ə-vər) *n.* **1.** A grass, *Vetiveria zizanioides,* of tropical Asia, cultivated for its aromatic roots that yield an oil used in perfumery. **2.** The roots of this plant. [French *vetiver, vetyver,* from Tamil *veṭṭivēru* : *veṭṭi,* worthlessness + *vēru,* useless.]

**Vet·lu·ga** (vĕt-lōō'gə). A river of the Soviet Union, rising in the northern Urals and flowing 500 miles north, west, and then south to the Volga.

**ve·to** (vē'tō) *n., pl.* **-toes. 1.** The vested power or constitutional right of one branch or department of government, especially the right of a chief executive, to reject a bill passed by a legislative body and thus prevent or delay its enactment into law. **2.** The exercise of this right. **3.** The official document communicating the rejection and the reasons for it. Also called "veto message." **4.** Any authoritative prohibition or rejection of a proposed or intended act. —*tr.v.* **vetoed, -toing, -toes. 1.** To prevent (a legislative bill) from becoming law by exercising the power of veto. **2.** To forbid or prevent authoritatively; prohibit. [Latin *vetō,* I forbid, from *vetāre,* to forbid.] —**ve'to'er** *n.*

**vex** (vĕks) *tr.v.* **vexed, vexing, vexes. 1.** To irritate or annoy, as with petty importunities; bother; pester: *"The beauties she so truly sees,/She thinks I have no eye for these,/And vexes me for reason why"* (Robert Frost). **2.** To confuse; baffle; puzzle. **3.** To debate (a problem) at length; bring up repeatedly for discussion: *Let us not vex the question.* **4.** To toss about or stir up; agitate. —See Synonyms at **annoy.** [Middle English *vexen,* from Old French *vexer,* from Latin *vexāre.* See **wegh-** in Appendix.*] —**vex'er** *n.* —**vex'ing·ly** *adv.*

**vex·a·tion** (vĕk-sā'shən) *n.* **1.** The act of vexing. **2.** The state or condition of being vexed; annoyance: *"The chauffeur, furious, kicks the car with a groan of vexation"* (G.B. Shaw). **3.** One that vexes; a source of irritation or annoyance.

**vex·a·tious** (vĕk-sā'shəs) *adj.* **1.** Causing or creating vexation; annoying; irksome. **2.** Full of vexation; disturbed; annoyed.

**3.** *Law.* Instituted without sufficient grounds, to serve solely as an annoyance to a defendant. Said of legal actions. —**vex·a'tious·ly** *adv.* —**vex·a'tious·ness** *n.*

**vexed** (vĕkst) *adj.* **1.** Irritated; annoyed; troubled. **2.** Much discussed or debated; brought up repeatedly. —**vex'ed·ly** (vĕk'sĭd-lē) *adv.* —**vex'ed·ness** *n.*

**vex·il·lar·y** (vĕk'sə-lĕr'ē) *n., pl.* **-ies. 1.** A member of the oldest class of army veterans who served under a special standard in ancient Rome. **2.** A standard-bearer. —*adj.* Also **vex·il·lar** (vĕk'sə-lər). Of or pertaining to a banner or standard. [Latin *vexillārius,* from *vexillum,* flag. See **vexillum.**]

**vex·il·late** (vĕk'sə-lāt', vĕk-sĭl'ĭt) *adj.* Having a vexillum or vexilla.

**vex·il·lum** (vĕk-sĭl'əm) *n., pl.* **vexilla** (vĕk-sĭl'ə). **1.** *Botany.* A usually enlarged upper petal of certain flowers; a standard. **2.** *Zoology.* The weblike part of a feather; the vane. [Latin, flag, diminutive of *vēlum,* cloth, veil, sail. See **weg-[1]** in Appendix.*]

**V.F.** vicar forane. **2.** video frequency. **3.** visual field.

**VFW, V.F.W.** Veterans of Foreign Wars.

**V.G.** vicar general.

**vhf, VHF** very high frequency.

**VI** Virgin Islands (with Zip Code).

**vi.** vide infra.

**V.I. 1.** Virgin Islands. **2.** volume indicator.

**vi·a** (vī'ə, vē'ə) *prep.* By way of. [Latin *viā,* ablative of *via,* road, way. See **wegh-[1]** in Appendix.*]

**vi·a·ble** (vī'ə-bəl) *adj.* **1.** Capable of living, as a newborn infant or fetus reaching a stage of development that will permit it to survive and develop under normal conditions. **2.** Capable of living, developing, or germinating under favorable conditions, as seeds, spores, or eggs. **3.** Capable of actualization, as a project; practicable: *"How viable are the ancient legends as vehicles for modern literary themes?"* (Richard Kain). —See Synonyms at **possible.** [French, from Old French, from *vie,* life, from Latin *vita.* See **gwei-** in Appendix.*] —**vi'a·bil'i·ty** *n.*

**Vi·a Do·lo·ro·sa** (vī'ə dôl'ə-rō'sə, vē'ə dô'lə-rō'sə). **1.** Jesus' route from Pilate's judgment hall to Golgotha. **2.** A difficult course or experience. [Latin, "sad road."]

**vi·a·duct** (vī'ə-dŭkt') *n.* A series of spans or arches used to carry a road or railroad over a wide valley or over other roads or railroads. [Latin *via,* road, way (see **via**) + (AQUA)DUCT.]

**vi·al** (vī'əl) *n.* A small container, usually glass, for liquids. Also called "phial." —*tr.v.* **vialed** or **vialled, -aling** or **-alling, -als.** To put or keep in or as if in a vial. [Middle English *viole,* variant of *fiole,* PHIAL.]

**vi·a me·di·a** (vī'ə mĕd'ē-ə, vē'ə mä'dē-ə). *Latin.* A middle way; mean between two extremes.

**vi·and** (vī'ənd) *n.* **1.** An article of food. **2.** *Plural.* Provisions; victuals. [Middle English *viaunde,* from Old French *viande,* from Vulgar Latin *vīvjanda* (unattested), variant of Latin *vīvenda,* gerundive of *vivere,* to live. See **gwei-** in Appendix.*]

**vi·at·ic** (vī-ăt'ĭk) *adj.* Also **vi·at·i·cal** (-ĭ-kəl). Of or pertaining to traveling, a road, or a way. [Latin *viāticus.* See **viaticum.**]

**vi·at·i·cum** (vī-ăt'ĭ-kəm) *n., pl.* **-ca** (-kə) or **-cums. 1.** *Ecclesiastical.* The Eucharist, as given to a dying person or one in danger of death: *"Pope, Cardinal, or washerwoman, they would all take their viaticum with gratitude from the lowest country priest"* (Morris L. West). **2.** Supplies for a journey. [Latin *viāticum,* traveling provisions, from *viāticus,* of a road or journey, from *via,* way. See **via.**]

**vi·a·tor** (vī-ā'tər, vē-ä'tôr') *n., pl.* **viatores** (vī'ə-tôr'ēz, -tôr'ēz, vē'ä-tôr'ās'). A traveler; wayfarer. [Latin *viātor,* from *via,* way. See **via.**]

**Vi·borg.** The Swedish name for Vyborg.

**vi·brac·u·lum** (vī-brăk'yə-ləm) *n., pl.* **-la** (-lə). *Zoology.* One of the long, whiplike filaments on the surface of certain bryozoan colonies. [New Latin, diminutive formation from Latin *vibrāre,* to shake, brandish, VIBRATE.] —**vi·brac'u·lar** (-lər) *adj.*

**vi·brant** (vī'brənt) *adj.* **1.** Exhibiting, characterized by, or resulting from vibration; vibrating. **2.** Pulsing or throbbing with energy or activity: *"his verse . . . is alive, vibrant"* (D.B. Wyndham Lewis). **3.** *Phonetics.* Voiced. —*n. Phonetics.* A voiced sound. —**vi'bran·cy** *n.* —**vi'brant·ly** *adv.*

**vi·bra·phone** (vī'brə-fōn') *n.* A musical instrument similar to a marimba but having metal bars and rotating disks in the resonators to produce a vibrato. Also called "vibra-harp." [VI-BRA(TE) + -PHONE.] —**vi'bra·phon'ist** (-fō'nĭst) *n.*

**vi·brate** (vī'brāt') *v.* **-brated, -brating, -brates.** —*intr.* **1.** To move back and forth rapidly. **2.** To produce a sound; resonate. **3.** To be moved emotionally; thrill: *vibrate with excitement.* **4.** To fluctuate or waver in making choices; vacillate. —*tr.* **1.** To cause to tremble or quiver. **2.** To cause to move back and forth rapidly. **3.** To produce (sound) by vibration. —See Synonyms at **swing.** [Latin *vibrāre.* See **weip-** in Appendix.*]

**vi·bra·tile** (vī'brə-tĭl, -tīl') *adj.* **1.** Characterized by vibration. **2.** Capable of or adapted to vibratory motion. [French, from Latin *vibrāre,* VIBRATE.] —**vi'bra·til'i·ty** (-tĭl'ə-tē) *n.*

**vi·bra·tion** (vī-brā'shən) *n.* **1.** The act of vibrating. **2.** The condition of being vibrated. **3.** *Physics.* **a.** A rapid linear motion of a particle or of an elastic solid about an equilibrium position. **b.** Any periodic process. **4.** A single complete vibrating motion; quiver; tremor. —**vi·bra'tion·al** *adj.*

**vi·bra·to** (vĭ-brä'tō, vē-) *n., pl.* **-tos.** *Music.* A tremulous or pulsating effect produced in an instrumental or vocal tone by barely perceptible minute and rapid variations in pitch. Compare **tremolo.** [Italian, from Latin *vibrātus,* past participle of *vibrāre,* VIBRATE.]

**ă** pat/**ā** pay/**âr** care/**ä** father/**b** bib/**ch** church/**d** deed/**ĕ** pet/**ē** be/**f** fife/**g** gag/**h** hat/**hw** which/**ĭ** pit/**ī** pie/**îr** pier/**j** judge/**k** kick/**l** lid, needle/**m** mum/**n** no, sudden/**ng** thing/**ŏ** pot/**ō** toe/**ô** paw, for/**oi** noise/**ou** out/**ŏŏ** took/**ōō** boot/**p** pop/**r** roar/**s** sauce/**sh** ship, dish/

# COPY OF TRANSCRIPT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

SPERO T. HARITATOS,

       Plaintiff,

vs.                                    Case No. 05CIV.930(DNH/GJD)

HASBRO, INC. AND
TOYS "R" US-NY LLC,

       Defendants.

_____/


       DEPOSITION of **SHARON HARITATOS**, held on May 18,

2006, at the offices of Accurate Court Reporting, Inc.,

1618 Genesee Street, Utica, New York, commencing at 10:00

a.m., before Brenda J. Shimer, Court Reporter and Notary

Public in and for the State of New York.



**Depositions • Hearings • Trials**
**Legal Video Services • Exhibit Scanning**
**Conference Rooms • Transcript/Video Synchronization**
**Video Conferencing • Nationwide**

1-888-ACR-3335 • Fax 1-800-862-4206 • www.acrdepos.com • info@acrdepos.com • scheduling@acrdepos.com

38

S. HARITATOS

1
2    Q.   Ten percent?

3    A.   Yeah.

4    Q.   Okay, is there any other way in

5    which your business sells candy?

6    A.   Web site.

7    Q.   And that is www.turkeyjoints.com.?

8    A.   Correct.

9    Q.   How long have you had the web site?

10   A.   1999, I believe.

11   Q.   You believe since 1999?

12   A.   Yeah.

13   Q.   And is it possible for someone to

14   purchase Turkey Joints if they go to

15   turkeyjoints.com?

16   A.   Yes.

17   Q.   Can they purchase anything else?

18   A.   Clusters and fudge currently.   And

19   whatever I want to put in the catalog, if we

20   have any kind of specials.

21   Q.   And what percentage of your gross

22   revenues in 2004 were derived from the web

23   site, turkeyjoints.com?

24   A.   Maybe five, six.   I don't --

25   guesstimate.

www.acrdepos.com
scheduling@acrdepos.com
Toll Free 1-888-ACR-3335
Toll Free Fax 1-800-862-4206



Video Depositions
Mediations
Nationwide Coverage
"Committed To Excellence"

Depositions ✦ Hearings ✦ Exhibit Scanning ✦ Conference Rooms ✦ Transcript/Video Synchronization

39

S. HARITATOS

1

2   Q.   Okay.   You would guess about -- your

3   best guess as you sit here today is about

4   five or six percent?

5   A.   Yes.

6   Q.   Okay.   And do you keep records of

7   the sales that you make through the web

8   site?

9   A.   Yes.

10   Q.   Okay.   How does that work?   Let's

11   say I go to the web site and I -- is there

12   someplace I can click on and purchase Turkey

13   Joints?

14   A.   Shopping cart.

15   Q.   Shopping cart, okay.   And then how

16   do you find out about my order?

17   A.   You open up -- it's an order screen

18   just for the day's work, whatever orders may

19   have come in and you see customer list.

20   Click on the customer list and you see the

21   order.

22   Q.   You click on a customer list and it

23   tells you --

24   A.   Those are the orders that came in

25   that day and then you just process the

www.acrdepos.com
scheduling@acrdepos.com
Toll Free 1-888-ACR-3335
Toll Free Fax 1-800-862-4206


ACR
A C C U R A T E
COURT REPORTING, INC.

Video Depositions
Mediations
Nationwide Coverage
"Committed To Excellence"

Depositions ✦ Hearings ✦ Exhibit Scanning ✦ Conference Rooms ✦ Transcript/Video Synchronization

40

S. HARITATOS

1

2   orders  from  clicking  on  each  order  as  you  go

3   down  through.

4        Q.   What  does  that  mean,  to  process  the

5   order?

6        A.   Read  the  order,  see  if  we  have

7   everything  in  stock.   Package  it,  packing

8   slip,  apply  a  UPS  label.

9        Q.   Do  you  do  that  yourself?

10       A.   Yes.

11       Q.   Does  anybody  else  do  that?

12       A.   Yes.

13       Q.   Who  else  is  involved  in  taking  the

14  web  site  orders?

15       A.   Would  be  my  sister,  Karen  Williams.

16       Q.   Okay,  anybody  else?

17       A.   We  have  people  that  do  the  packaging

18  but  not  anyone  else  that  would  get  on  the

19  web  site  usually  but  the  two  of  us.

20       Q.   Okay,  so  other  people  help  with  the

21  packaging?

22       A.   The  packaging  and  we  type  up  a  UPS

23  label  but  the  web  site  would  just  be  Karen

24  and  myself.

25       Q.   Does  Spero  do  that  at  all?

www.acrdepos.com
scheduling@acrdepos.com
Toll Free 1-888-ACR-3335
Toll Free Fax 1-800-862-4206



Video Depositions
Mediations
Nationwide Coverage
"Committed To Excellence"

Depositions ✦ Hearings ✦ Exhibit Scanning ✦ Conference Rooms ✦ Transcript/Video Synchronization

S. HARITATOS

1

2     A.   Not usually.

3     Q.   Who are the people that help with

4  the packaging?

5     A.   Would be Marlena Eaton and Brianna

6  Williams.

7     Q.   And are you related to them in any

8  way?

9     A.   Brianna is my niece, Karen's

10  daughter.

11    Q.   What about Marlena Eaton?

12    A.   Not related, an employee.

13    Q.   She is not related to Spero

14  Haritatos either?

15    A.   No.

16    Q.   Okay.  What percentage of your sales

17  in 2004 through the turkeyjoints.com were for

18  Turkey Joints?

19    A.   Again the bulk of it.  I am going

20  to guess again 90.

21    Q.   Again, could you determine the

22  percentage if you looked at your records?

23    A.   Yes.

24    Q.   That would be easy for the web site?

25    A.   Yes.

www.acrdepos.com
scheduling@acrdepos.com
Toll Free 1-888-ACR-3335
Toll Free Fax 1-800-862-4206



ACR
A C C U R A T E
COURT REPORTING, INC.

Video Depositions
Mediations
Nationwide Coverage
"Committed To Excellence"

Depositions ✦ Hearings ✦ Exhibit Scanning ✦ Conference Rooms ✦ Transcript/Video Synchronization

124
S. HARITATOS

1

2      Q.   Specifics, yes, ma'am?

3      A.   No.

4      Q.   You can't point to any sales that

5   you lost with specificity?

6      A.   Not with specificity, no.

7      Q.   One moment please.  Ma'am, when did

8   you first learn that your husband had sued

9   Toys "R" Us?

10      A.   I don't know if it was -- I can't

11   say specifically.  It was early this year,

12   late; I'm not really sure.

13      Q.   Unsure?

14      A.   Yeah.

15      Q.   All right.  Ma'am, do you have any

16   information as to whether or not your husband

17   or anyone acting on his behalf sent any

18   letter to Toys "R" Us demanding that they

19   cease and desist using the term Candyland

20   before that suit was instituted?

21      A.   I don't know.

22      Q.   Seem like a reasonable thing to do

23   before suing to you?

24      A.   I guess; I don't...

25      Q.   Does the business keep invoices for

www.acrdepos.com
scheduling@acrdepos.com
Toll Free 1-888-ACR-3335
Toll Free Fax 1-800-862-4206


A C C U R A T E
COURT REPORTING, INC.

Video Depositions
Mediations
Nationwide Coverage
"Committed To Excellence"

Depositions ✦ Hearings ✦ Exhibit Scanning ✦ Conference Rooms ✦ Transcript/Video Synchronization

125

S. HARITATOS

1
2    all sales made that are shipped?

3        A.   Yes.

4        Q.   How are those invoices kept, on

5    paper or electronically?

6        A.   Both.

7        Q.   So that if a request were to be

8    made for copies of invoices shipped by UPS,

9    mail, or any other common carrier, would it

10   be possible to produce copies of those

11   invoices by querying the computer system?

12       A.   To some degree.

13       Q.   To some degree.

14       A.   It's a limited data base.

15       Q.   What is the limitation -- limitation

16   or limitations that you are thinking of?

17       A.   I don't know how often it purges.

18   I would say a year, I'm guessing.

19       Q.   You are unsure?

20       A.   Yeah.

21       Q.   How about in hard copy, in paper,

22   how far back do you keep those?

23       A.   Several years.

24       Q.   Are they segregated by -- in any

25   manner?

www.acrdepos.com
scheduling@acrdepos.com
Toll Free 1-888-ACR-3335
Toll Free Fax 1-800-862-4206



ACR
ACCURATE
COURT REPORTING, INC.

Video Depositions
Mediations
Nationwide Coverage
"Committed To Excellence"

Depositions ✦ Hearings ✦ Exhibit Scanning ✦ Conference Rooms ✦ Transcript/Video Synchronization

COMPRESS                     SPERO T. HARITATOS                     SHEET (1) OF (82)

**Page 1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

* * * * * * * * * * * * * * *

SPERO HARITATOS,

            Plaintiff,

   –vs–                Index No.:
                   05 CIV 930 (DNH/GJD)

HASBRO, INC. and
TOYS "R" US-NY LLC,

            Defendant.

* * * * * * * * * * * * * * *

            Examination Before Trial of

SPERO T. HARITATOS, Plaintiff, held at

the offices of BOND, SCHOENECK & KING,

PLLC, Syracuse, New York, on May 17,

2006, before MELISSA A. LANNING, Court

Reporter and Notary Public in and for

the State of New York.

**Page 3**

EXAMINATIONS

Witness:                          Page
SPERO T. HARITATOS
EXAMINATION BY MR. SANT'AMBROGIO . . . . 8, 305
EXAMINATION BY MR. McGOWAN . . . . . . . 208, 321

*        *        *

EXHIBITS
Number   Description              Page
1     First Set of Requests to
      Plaintiffs          58

2     TTAB Deposition Transcript
      of Spero T. Haritatos    305

4     1982 Trademark Application   22

5     Specimen from 1982
      Application for Trademark   41

6     1990 Certificate of
      Registration         29

7     Compilation of Declarations  34

8     Certificate of Authority     48

(CONT'D ON NEXT PAGE)

**Page 2**

APPEARANCES:

For the Plaintiff:
      WALL, MARJAMA & BILINSKI, LLP
      Attorneys at Law
      101 South Salina Street, Suite 400
      Syracuse, New York  13202
      BY: ROBERT E. PURCELL, ESQ.


For the Defendant, Hasbro, Inc.:
      PATTERSON, BELKNAP, WEBB & TYLER,
                              LLP
      Attorneys at Law
      1133 Avenue of the Americas
      New York, New York  10036-6710
      BY: MICHAEL D. SANT'AMBROGIO, ESQ.


For the Defendant, Toys "R" Us - NY, LLC:
      BOND, SCHOENECK & KING, PLLC
      Attorneys at Law
      One Lincoln Center
      Syracuse, New York  13202
      BY: JOHN G. McGOWAN, ESQ.

**Page 4**

EXHIBITS
Number   Description              Page
10    4/30/74 Contract        58
11    5/3/74 Contract         58
12    1976 Trademark Registration   72
13    Photocopy of Original Turkey
      Joint Label         72

14    Interrogatory Responses      92

16    Wholesale Receipt from Nora's
      Candy Shop          104

17    Photocopy of Photograph      170

18    Compilation of Photographs of
      Candyland Candy Turkey Joints
      jars, boxed candies, etc.   143

19    Compilation of Newspaper
      Articles            173

20    Compilation of Letters, re:
      Orders of Turkey Joints     175

21    Photocopy of Hasbro's Candyland
      mark               308

22    Photocopy of Hasbro's Candyland
      mark               308

30    1992 Application to Register
      Candyland           162

33    2005 1040 with Attached
      Schedules, 11 pgs.       164

*        *        *

SPERO T. HARITATOS 89

product that he made?

A. Yeah -- at the 321, yes.

Q. Were there any other products that he made?

A. Again, he made peanut brittle -- peanut brittle, because I remember making a lot of that with him. We made clusters, some chocolate covered pieces.

Q. And have you made them ever since? You or your father, have you made them ever since you started working, those three items: The peanut brittle --

A. Have I made them?

Q. I'm sorry. Let me start that question again because it got very confusing.

The three items that you just mentioned, the peanut brittle, the clusters and the chocolate covered pieces, have you or your father made them since you started working for your father?

A. Have I made them since I started -- I've made them, yes. Is that what you're asking me?

Q. Yeah.

A. Yes.

Q. That's what I've been trying to ask you.

A. Yes, I have made them.

Q. But your primary product today is turkey joints, correct?

---

SPERO T. HARITATOS 90

A. Correct.

Q. Do you make --

A. Yes.

Q. Do you make -- are all of your candies seasonal?

A. The candies, yes.

Q. So you're not manufacturing any candy right now?

A. Well, if we get low on, like, nut clusters we'll fill them back, but we don't manufacture any of the sugar pieces because of the humidity and the temperatures. But the nut clusters, we have manufactured them this time of year and through the summer, but primarily it's seasonal.

Q. Are you manufacturing the nut clusters right now?

A. No, not right now.

Q. Okay.

A. I'm doing maintenance.

Q. Okay. Maintenance, what is that?

A. I breakdown some of the equipment, clean it, repair the parts that I don't like, change out bearings.

Q. Okay. So during the summer you are

---

SPERO T. HARITATOS 91

1  primarily involved in the maintenance work?

2     A. Correct, or ice cream.

3  Q. Or ice cream?

4     A. Right.

5  Q. Is that another product that you sell?

6     A. Yes.

7  Q. Okay. How long have you sold ice cream?

8     A. A couple years -- three years, I believe.

9  Q. And you sell that at your retail store,

10 Nora's Candy Shop?

11    A. Correct.

12 Q. Do you sell it anywhere else?

13    A. Price Chopper in Rome.

14 Q. And that's in Rome, New York?

15    A. Correct.

16 Q. Anywhere else?

17    A. No.

18 Q. Okay. Do you sell any other products during

19 the summer?

20    A. No.

21 Q. Okay. I'd like to introduce what's been

22 mark as Defendant's Exhibit 14. This is --

23         MR. SANT'AMBROGIO: Actually,

24 can we go off the record for a second?

---

SPERO T. HARITATOS 92

1         VIDEOGRAPHER: Go off record

2  11:18.

3         (Whereupon, a discussion was held

4  off the record.)

5         VIDEOGRAPHER: Back on record

6  11:19.

7         (Whereupon, Exhibit Number 14

8  was marked for identification, this

9  date.)

10        MR. SANT'AMBROGIO: What we've put

11 before you are your Amended and

12 Supplemental Interrogatory Responses in

13 the Trademark Trial and Appeal Board

14 proceeding, and I believe there are a

15 couple of sections of that that your

16 counsel has designated as confidential

17 and would like to designate confidential

18 under the protective order in this case,

19 correct.

20        MR. PURCELL: Correct. They

21 appear on pages 9 and 10 of the

22 exhibit.

23        MR. McGOWAN: The entirety of

24 those pages?

---

SPERO T. HARITATOS 305

Q. I don't think so. Would you like them to be?

MR. McGOWAN: That's it.

MR. SANT'AMBROGIO: Okay.

MR. McGOWAN: Thank you, sir. And if I have offended you by saying joints, I apologize.

THE WITNESS: Thank you.

MR. McGOWAN: There was no intent to indicate anything that may have been lax. I apologize.

THE WITNESS: Thank you.

**EXAMINATION BY MR. SANT'AMBROGIO:**

Q. I have a few more questions. Do you want to take a break, or should we continue?

A. No, that's okay.

Q. Okay. I want to introduce what's been marked as Defendant's Exhibit 2.

(Whereupon, Exhibit Number 2 was marked for identification, this date.)

BY MR. SANT'AMBROGIO:

Q. And this is the transcript from your TTAB

---

SPERO T. HARITATOS 306

proceeding -- I'm sorry, excuse me. Strike that. This is a transcript from your deposition in the TTAB proceeding; is that correct?

A. Yes.

Q. Okay. And is this the transcript that you reviewed in preparation for your deposition today?

A. Yeah, I looked through it.

Q. Okay. And did you ever review this transcript before you reviewed it in preparation for your deposition today?

A. Yeah, after the first deposition.

Q. Okay. Was that shortly after the first deposition?

A. Yeah, I believe so.

Q. Okay. And did you sign this transcript ever?

A. I can't remember.

Q. Okay. And do you recall -- I think you testified earlier that you didn't make any corrections to it; is that correct?

A. I corrected some things in it.

Q. And did you give those corrections to your lawyer?

A. Yes.

---

SPERO T. HARITATOS 307

1  Q. Okay. Do you recall what those things were?
2  A. No, I don't.
3  Q. Okay. Have you ever conducted a survey of your customers?
4
5
6  A. Just by mailing out the declaration sporadically.
7
8  Q. Okay. But you have never surveyed who your customers are?
9
10  A. No.
11  Q. You've never attempted to determine the demographics of your customers?
12
13  A. Do you mean by "demographic" --
14  Q. Their income, their interests; any information about your customers?
15
16  A. No.
17  Q. You've never attempted to survey any information about your customers, correct?
18
19  A. No.
20  Q. And you've never attempted to survey where your customers live, correct?
21
22  A. No.
23  Q. Okay. But mostly your customers are in the Rome and Utica area, correct?
24
25  A. Some of them.

---

SPERO T. HARITATOS 308

1
2  Q. Well, most of them are in the Rome and Utica area; are they not?
3
4  A. Yes.
5  Q. Okay. Rome -- how many people live in Rome?
6  A. I don't know exactly what the population is.
7  Q. Okay. Can you guess?
8  A. No.
9  Q. Okay. Rome is not a major tourist attraction, though, is it?
10
11  A. No.
12  Q. Okay. And Rome is not on an interstate highway, is it?
13
14  A. No.
15  Q. Okay. I want to introduce what's been marked as Exhibit 21, Defendant's Exhibit 21.
16
17  MR. McGOWAN: Thank you, sir.
18  MR. SANT'AMBROGIO: And at the
19  same time I'll introduce what's been
20  marked as Defendant's Exhibit 22.
21  MR. McGOWAN: Thank you.
22  (Whereupon, Exhibit Numbers 21 and
23  22 were marked for identification, this
24  date.)
25

---

A. LANNING, CSR                    (315) 676-2584                    PAGE 305 TO PAGE 308