**Patterson Belknap Webb & Tyler** LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

April 24, 2008

Kim J. Landsman
(212) 336-2980
Direct Fax (212) 336-2985
kjlandsman@pbwt.com

**By ECF**

Hon. David N. Hurd
United States District Judge
United States Courthouse
10 Broad Street, Room 300
Utica, NY 13501

      Re:    Haritatos v. Hasbro, Inc. and Toys "R" Us-NY LLC,
             **05 Civ. 930 (DNH/GJD)**

Dear Judge Hurd:

      We are counsel for defendant Hasbro, Inc. in the above-captioned case, in which Mr. Purcell's Objections to Magistrate Judge Di Bianco's March 28, 2008, Memorandum and Order on sanctions ("Sanctions Order") is scheduled to be heard on May 23, 2008.

      On April 7, 2008, this Court granted Mr. Purcell permission to file a forty (40) page Memorandum of Law in support of his objections to the Sanctions Order, and Mr. Purcell did indeed file a forty (40) page Memorandum of Law on April 10, 2008. The Court set May 6 as our deadline to respond.

      As Hasbro must respond to each of the objections Mr. Purcell has raised, we write to respectfully request the Court's permission for the same page limit on our Memorandum of Law in response to Mr. Purcell's objections – i.e., no more than forty (40) pages.

                                            Respectfully yours,

                                            Kim J. Landsman

cc:    Robert E. Purcell, Esq. (by ECF)
        John G. McGowan, Esq. (by ECF)