AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __NEW YORK__

SPERO HARITATOS,

    Plaintiff,

-vs-

HASBRO, INC. and TOYS "R" US LLC,

    Defendants.

**APPEARANCE**

Case Number: 6:05-CV-930 (DNH/GJD)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the Plaintiff, SPERO HARITATOS.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/28/2008 | _/s/ Richard K. Hughes_ |
| Date | Signature |
| | Richard K. Hughes — Bar Number: 103020 |
| | Print Name |
| | Hiscock & Barclay, LLP, 300 South State Street |
| | Address |
| | Syracuse, New York 13202-2078 |
| | City — State — Zip Code |
| | (315) 425-2746 — (315) 425-8546 |
| | Phone Number — Fax Number |
| | Email: rhughes@hiscockbarclay.com |