# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

April 24, 2008

**By ECF**

Kim J. Landsman
(212) 336-2980
Direct Fax (212) 336-2985
kjlandsman@pbwt.com

Hon. David N. Hurd
United States District Judge
United States Courthouse
10 Broad Street, Room 300
Utica, NY 13501

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 30 2008

LAWRENCE K. BAERMAN, Clerk
UTICA

Re:  Haritatos v. Hasbro, Inc. and Toys "R" Us-NY LLC,
     05 Civ. 930 (DNH/GJD)

Dear Judge Hurd:

We are counsel for defendant Hasbro, Inc. in the above-captioned case, in which Mr. Purcell's Objections to Magistrate Judge Di Bianco's March 28, 2008, Memorandum and Order on sanctions ("Sanctions Order") is scheduled to be heard on May 23, 2008.

On April 7, 2008, this Court granted Mr. Purcell permission to file a forty (40) page Memorandum of Law in support of his objections to the Sanctions Order, and Mr. Purcell did indeed file a forty (40) page Memorandum of Law on April 10, 2008. The Court set May 6 as our deadline to respond.

As Hasbro must respond to each of the objections Mr. Purcell has raised, we write to respectfully request the Court's permission for the same page limit on our Memorandum of Law in response to Mr. Purcell's objections – i.e., no more than forty (40) pages.

Respectfully yours,

*Kim J. Landsman*

Kim J. Landsman

cc:  Robert E. Purcell, Esq. (by ECF)
     John G. McGowan, Esq. (by ECF)

So Ordered:

*David N. Hurd*
DAVID N. HURD
United States District Judge

Dated: 4/30/08
Utica, New York