UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**SPERO HARITATOS,**

                 *Plaintiff,*

-vs-

**HASBRO, INC. and TOYS "R" US-NY LLC,**

                 *Defendants.*

Civil Action No.
6:05-cv-930 (DNH/GJB)

---

### ROBERT E. PURCELL'S NOTIFICATION OF PAYMENT TO HASBRO, INC.

Plaintiff's attorney, Robert E. Purcell, hereby notifies the Court that pursuant to Magistrate Judge Gustave J. DiBianco's Memorandum Decision and Order dated March 28, 2008, he mailed on April 21, 2008 a check payable to Hasbro, Inc. in the amount of $15,989.75 addressed to Hasbro, Inc.'s counsel of record, Kim J. Landsman. Mr. Purcell confirmed the payment and mailing to Mr. Landsman by e-mail also dated April 21, 2008 and asked Mr. Landsman to let Mr. Purcell know if he did not receive the same by noon on April 24, 2008. Mr. Purcell has not received any indication from Mr. Landsman that the check has not been received.

**DATED:** May 16, 2008

                 **HISCOCK & BARCLAY, LLP**

                 By: _/s/ Robert E. Purcell_
                      Robert E. Purcell
                      Bar Roll No. 510595

                 *Attorneys for Plaintiff*
                 Office and Post Office Address
                 One Park Place
                 300 South State Street
                 Syracuse, New York 13202-2078
                 Telephone (315) 425-2802
                 Facsimile (315) 425-8594
                 rpurcell@hiscockbarclay.com