UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPERO HARITATOS, an Individual,

         Plaintiff,
  vs              6:05-CV-930

HASBRO, INC., A Rhode Island Corporation;
and TOY'S "R" US-NY LLC, a New York Limited
Liability Company,
         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:           OF COUNSEL:

HISCOCK & BARCLAY, LLP      ROBERT E. PURCELL, ESQ.
Attorneys for Plaintiff
One Park Place
300 South State Street
Syracuse, New York 13202-2078

PATTERSON BELKNAP WEBB & TYLER, LLP  KIM J. LANDSMAN, ESQ.
Attorneys for Defendant Hasbro
1133 Avenue of the Americas
New York, New York 10036-6710

BOND, SCHOENECK & KING, PLLC    JOHN G. McGOWAN, ESQ.
Attorneys for Defendant Toy's "R" Us
One Lincoln Center
Syracuse, New York 13202-1355

DAVID N. HURD
United States District Judge

## O R D E R

Plaintiff's attorney has filed objections under Fed. R. Civ. P. 72 to the Magistrate Judge's Decision and Order (Docket No. 181) imposing sanctions against him. (Docket No. 189). Defendant opposes. (Docket No. 193).

The entire record has been carefully reviewed. The review is made pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a). The Magistrate Judge's Decision and Order must be modified or set aside if it "is clearly erroneous or is contrary to law." Id. It is not. However, the objections were not filed in bad faith, entirely without basis, or frivolous in the extreme. No costs or fees will be awarded.

Therefore, it is

ORDERED, that

1. Plaintiff's attorney's objections are DENIED; and

2. Defendant's request for costs and fees is DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: May   28, 2008
       Utica, New York.