UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SPERO HARITATOS, | : | Case No. 05 Civ. 930 (DNH/GJD) |
| | : | |
| Plaintiff, | : | ECF Case |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| | : | |
| HASBRO, INC., | : | |
| and TOYS "R" US-NY LLC, | : | |
| | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

S I R S :

      PLEASE TAKE NOTICE, that John C. Knapp hereby appears in the above-entitled action, and that the undersigned has been retained as attorney for said defendant and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       July 30, 2008

                                    Yours, etc.,

                                    PATTERSON BELKNAP WEBB & TYLER LLP

                                    By:     s/John C. Knapp

                                    John C. Knapp (Bar Roll No. 515,072)
                                    Attorney for Hasbro, Inc.
                                    1133 Avenue of the Americas
                                    New York, New York  10036
                                    Tel: (212) 336-7645
                                    Fax: (212) 336-1241
                                    e-mail address: jknapp@pbwt.com

TO:    Richard K. Hughes, Esq.
Robert E. Purcell, Esq.
Hiscock & Barclay, LLP
Attorneys for Plaintiff
One Park Place
300 South State Street
Syracuse, New York  13202-2078

John C. McGowan, Esq.
Bond Schoeneck & King PLLC
Attorneys for Toys "R" Us-NY LLC
One Lincoln Center
Syracuse, New York 13202

2

1917360v.1

Certificate of Service

   I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Richard K. Hughes, Esq.
   Hiscock & Barclay, LLP
   One Park Place
   300 South State Street
   Syracuse, New York  13202-2078
   rhughes@hiscockbarclay.com

2. Robert E. Purcell, Esq.
   Hiscock & Barclay, LLP
   One Park Place
   300 South State Street
   Syracuse, New York  13202-2078
   rpurcell@hiscockbarclay.com

3. John C. McGowan, Esq.
   Bond Schoeneck & King PLLC
   One Lincoln Center
   Syracuse, New York 13202
   jmcgowan@bsk.com; pkeenan@bsk.com; smahoney@bsk.com

4. Kim J. Landsman, Esq.
   Patterson Belknap Webb & Tyler LLP
   1133 Avenue of the Americas
   New York, New York 10036
   kjlandsman@pbwt.com; mcolitigation@pbwt.com

                s/ John C. Knapp
                _____

                John C. Knapp, Esq.

1917360v.1