**AUGUST 4ᵗʰ, 2008**                                            **UTICA, NEW YORK**
**HON. DAVID N. HURD, Presiding**
**Clerk: Craig B. Minor**
**Steno: None**

1:30 P.M.   IN CHAMBERS

Spero Haritatos,

     vs.

Hasbro, Inc., et ano.                                            6:05-CV-930

     TELEPHONE CONFERENCE/Parties to file stipulation for a nonjury trial.
Witness & Exhibit lists, trial memoranda and pretrial stipulations to be filed
by 8/18/08; motions in limine, excerpts of deposition transcripts and videos
together with objections to witnesses and exhibits to be filed by 8/25/08.
Nonjury trial to proceed on 9/2/08 @ 9:30 a.m. in Utica, New York.  3 to
5 day trial anticipated.  Parties directed to contact MJ DiBianco's chambers
and request settlement conference.  Filing of proposed findings of fact and conclusion
of law to abide the event.

Appearances: Richard Hughes, Robert Purcell & Kathryn Cornish for pltf, John Knapp &
         Kim Landsman deft Hasbro, John McGowan & Clifford Tsan for deft
         Toys "R" Us

1:45 P.M.  Adjourned.