UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------ x

SPERO HARITATOS
                Plaintiff,

      - against -

HASBRO, INC.,
and TOYS "R" US-NY LLC,

              Defendants.

------------------------------------ x

05 Civ. 930 (DNH/GJD)

**STIPULATION AND
[PROPOSED] ORDER**

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned counsel for the parties as follows:

    1.    Defendant Hasbro, Inc. hereby voluntarily dismisses with prejudice its First, Third, Fourth and Fifth Counterclaims, leaving for trial only its Second Counterclaim for Cancellation of Federal Trademark Registration.

    2.    The remaining claims of the Plaintiff, based upon the Memorandum-Decision and Order of the District Court dated and entered October 23, 2007, and the remaining Second Counterclaim of the Defendant, Hasbro, Inc., will be tried by the Court without a jury.

Dated: August 1, 2008

*Richard Hughes* (signature)
Richard Hughes
Federal Bar Roll No. 103020
Robert E. Purcell
Federal Bar Roll No. 510595
HISCOCK & BARCLAY, LLP
One Park Place
300 South State Street
Syracuse, New York 13202
Telephone: (315) 425-2802
Fax: (315) 425-8594

*Attorneys for Plaintiff*

Respectfully submitted,

*Kim J. Landsman* (signature)
Kim J. Landsman
Bar Roll No. 51,364
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2980
Fax: (212) 336-2985

*Attorneys for Defendant Hasbro, Inc.*

*John G. McGowan* (signature)
John G. McGowan
Federal Bar Roll No. 501388
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8121
Fax: (315) 218-8100

*Attorneys for Defendant Toys "R" Us – NY LLC*

So Ordered:

Dated: August     , 2008

_____
Hon. David N. Hurd
United States District Judge

2

1910116v.3