UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SPERO HARITATOS,

                              Plaintiff,

    vs.                                                         6:05-CV-930
                                                                          (J. Hurd)

HASBRO, INC., et al.,

                              Defendants.
_____

## ORDER

At the request of District Judge David N. Hurd, this court scheduled a settlement conference for Monday, August 11, 2008. This court excused the personal appearance of corporate representatives of the two corporate defendants on the condition that corporate representatives would be immediately available by telephone.

During the conference, it was necessary for counsel for Toys-R-Us to contact and obtain information from an appropriate corporate representative. However, that representative was not available when needed.

**WHEREFORE**, it is hereby

**ORDERED**, that the settlement conference with plaintiff and Toys-R-Us is **CONTINUED**, and is re-scheduled for **Thursday, August 14, 2008 at 9:00 a.m.**, and it is further

**ORDERED**, that plaintiff and counsel for Toys-R-Us shall be present at the conference. **A CORPORATE REPRESENTATIVE FROM TOYS-R-US IS ALSO DIRECTED TO APPEAR FOR THIS CONFERENCE.**

Dated: August 12, 2008

                                                                                    Hon. Gustave J. DiBianco
                                                                                     U.S. Magistrate Judge