UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SPERO HARITATOS,

                              Plaintiff,

    vs.                                                    6:05-CV-930
                                                              (J. Hurd)

HASBRO, INC., et al.,

                              Defendants.

_____

## ORDER

During a telephone conference on August 12, 2008, the attorneys for plaintiff and defendant Toys-R-Us, with the consent of the attorneys for Hasbro, Inc., informed this court that the parties have reached a settlement "in principle." Based upon these representations, it is hereby

**ORDERED**, that the continuation of the settlement conference that was scheduled for August 14, 2008 is **CANCELLED**.

Dated: August 12, 2008

                                                        Hon. Gustave J. DiBianco
                                                        U.S. Magistrate Judge