

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

JOHN G. MCGOWAN
Direct: 315-218-8121
Fax: 315-218-8421
mcgowaj@bsk.com

August 14, 2008

**VIA ELECTRONIC FILING**
Hon. David N. Hurd
United States District Court Judge
Northern District of New York
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501

Re:   *Spero Haritatos v. Hasbro, Inc. and Toys "R" Us (05-CV-930)*

Dear Judge Hurd:

At the direction and with the approval of all counsel of record, I am writing to advise the Court that settlement on the above-referenced matter has been reached. A draft Settlement Agreement has been approved, and it is now being distributed for signature. After the Settlement Agreement has been signed by all parties, we will submit a Stipulation of Dismissal to your Honor pursuant to Rule 41.

Accordingly, all counsel request to be relieved from the Scheduling Order which requires first submissions on Monday, August 18.

All counsel thank you and Magistrate Judge DiBianco for your attention in this matter.

Respectfully,

BOND, SCHOENECK & KING, PLLC

John G. McGowan

cc:   Hon. Gustave J. DiBianco (via ECF)
      Richard K. Hughes, Esq. (via ECF)
      Kim T. Landsman, Esq. (via ECF)
JGM/pak