**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :
SPERO HARITATOS,                                     :
                                                     :
                              Plaintiff,             :        05 Civ. 930 (DNH/GJD)
                                                     :
               - against -                           :
                                                     :        Stipulation of Dismissal
HASBRO, INC.                                         :
and TOYS "R" US-NY LLC,                              :
                                                     :
                              Defendants.            :
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for all the parties that the above-captioned action and all claims and counterclaims

therein be and the same hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of

the Federal Rules of Civil Procedure, without costs to any party as against any other party.

Dated:  August 27, 2008

_Richard K. Hughes_
Richard K. Hughes
Federal Bar Roll No. 103020
Robert E. Purcell
Federal Bar Roll No. 510595
HISCOCK & BARCLAY, LLP
300 South State Street
Syracuse, New York  13202
Telephone: (315) 425-2746
*Attorneys for Plaintiff*

_Kim J. Landsman_
Kim J. Landsman
Bar Roll No. 51,364
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, New York  10036-6710
Telephone: (212) 336-2980
*Attorneys for Defendant Hasbro, Inc.*

1958960v.1

_____
John G. McGowan
Federal Bar Roll No. 501388
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York  13202-1355
Telephone: (315) 218-8121
*Attorneys for Defendant*
*Toys "R" Us – NY LLC*

SO ORDERED on August __, 2008


_____

Hon. David N. Hurd, United States District Judge

2

1958960v.1