U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 02 2008

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------x
                                     :
SPERO HARITATOS,                     :
                                     :
                    Plaintiff,       :   05 Civ. 930 (DNH/GJD)
                                     :
        - against -                  :
                                     :   **Stipulation of Dismissal**
HASBRO, INC.                         :
and TOYS "R" US-NY LLC,              :
                                     :
                    Defendants.      :
                                     :
-------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all the parties that the above-captioned action and all claims and counterclaims therein be and the same hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs to any party as against any other party.

Dated: August 27, 2008

/s/ Richard K. Hughes

Richard K. Hughes
Federal Bar Roll No. 103020
Robert E. Purcell
Federal Bar Roll No. 510595
HISCOCK & BARCLAY, LLP
300 South State Street
Syracuse, New York 13202
Telephone: (315) 425-2746
*Attorneys for Plaintiff*

/s/ Kim J. Landsman

Kim J. Landsman
Bar Roll No. 51,364
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2980
*Attorneys for Defendant Hasbro, Inc.*

1958960v.1

_[signature]_
John G. McGowan
Federal Bar Roll No. 501388
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8121
*Attorneys for Defendant*
*Toys "R" Us – NY LLC*

SO ORDERED on ~~August~~ Sept 2, 2008      Utica, N.Y.

_[signature]_
Hon. David N. Hurd, United States District Judge