UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SPERO HARITATOS,

                Plaintiff

      v.                                          6:05-CV-930

HASBRO, INC. & TOY'S "R" US-          (DNH/GJD)
NY LLC,

                Defendants.

_____

ROBERT E. PURCELL, ESQ. for Plaintiff
RICHARD K. HUGHES, ESQ. for Plaintiff
JAMES R. MULDOON, ESQ., for Marjama Muldoon Blasiak & Sullivan

## ORDER

The court has received a letter from Attorney James R. Muldoon of the law firm Marjama Muldoon Blasiak & Sullivan LLP. Mr. Muldoon's letter requests a telephone conference to hear arguments about a "charging lien" that his firm claims against the settlement proceeds in that case.

The court grants the request for a telephone conference, and will direct the clerk to schedule the conference for the week of September 29, 2008.

**WHEREFORE** it is hereby

**ORDERED**, that Attorney Muldoon's request for a telephone conference is **GRANTED**.

Date: September 16, 2008

                                                      _____
                                                      Hon. Gustave J. DiBianco
                                                      U.S. Magistrate Judge