

## BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ■ NEW YORK  FLORIDA  KANSAS

JOHN G. MCGOWAN
Direct: 315-218-8121
Fax: 315-218-8421
mcgowaj@bsk.com

September 17, 2008

**VIA ELECTRONIC FILING**
Hon. Gustave J. DiBianco
U.S. Magistrate Judge
United States District Court
Northern District of New York
100 South Clinton Street, Room 219
Syracuse, NY 13261-7396

Re:   *Haritatos v. Hasbro, Inc. et al (6:05-CV-930)*

Dear Judge DiBianco:

We are in receipt of Mr. Muldoon's letter of September 15, 2008 and your Order scheduling a telephone conference.

Our client, Toys 'R Us, takes no position with respect to the quarrel between these former partners. To the extent that your Order may be intended to require my participation in this telephone conference, I would asked to be excused since Toys 'R Us neither takes a position nor has an exposure in this dispute.

Respectfully yours,

BOND, SCHOENECK & KING, PLLC

John G. McGowan

JGM/pak

cc:   Robert E. Purcell, Esq.
      Richard K. Hughes, Esq.
      James R. Muldoon, Esq.
      Kim J. Landsman, Esq.

9/17/08

**ORDER**

Counsel for Toys 'R Us is **not** required to participate in fee dispute, and is **excused** from participation.

GJ Brown
USMJ

One Lincoln Center, Syracuse, NY 13202-1355 ■ Phone: 315-218-8000 ■ Fax: 315-218-8100 ■ www.bsk.com