LAW OFFICES
## McMAHON AND GROW
301 NORTH WASHINGTON STREET
P. O. BOX 4350
ROME, NEW YORK 13442-4350

DAVID C. GROW
JULIE GROW DENTON

JOHNSON D. McMAHON, 1914-1963
ABRAHAM H. BAKER, 1934-1995

TELEPHONE (315) 336-4700
FAX (315) 336-5851
www.mgglaw.com

OF COUNSEL
RICHARD D. SIMONS

RETIRED
GEORGE B. GROW, 1940-2007
RICHARD H. McMAHON, 1960-2007

October 29, 2008

Hon. Gustave J. DiBianco
United States Magistrate Judge
U.S. District Court - Northern District of New York
United States Courthouse
100 South Clinton Street
P.O. Box 7345
Syracuse, NY 13261-7396

VIA FAX (315)234-8501

Re:  Haritatos v. Hasbro
     NYND Civil Action No. 06:05-cv-930(DNH/GHD)

Dear Judge DiBianco:

In connection with the above matter, and as Spero Haritatos' personal attorney, we object to the Court making any decision as to the obligations of Mr. Haritatos to Attorney Muldoon's law firm. His contract with Mr. Muldoon's firm for representation clearly has a dispute resolution procedure outside the court system which provides a method for resolution of all issues between Mr. Haritatos and Mr. Muldoon's firm. The same is true with respect to Hiscock and Barclay.

Mr. Haritatos has authorized release of the agreed upon contingency fee from the settlement proceeds and delivery of the balance of the settlement to him. This has been conveyed to Mr. Muldoon and Mr. Hughes.

We do not believe there is any jurisdiction, either actual or discretionary, to interfere with Mr. Haritatos contractual rights with his attorneys. Mr. Muldoon has indicated he will not voluntarily authorize release of Mr. Haritatos' share of the settlement and, as a result, Mr. Haritatos will be pursuing resolution utilizing the arbitration procedures under the contract as to these funds.

With respect to insurance company monies which were paid to Mr. Haritatos, and deposited in Mr. Muldoon's firm trust account for the benefit of Mr. Haritatos, Mr. Muldoon has advised that some of those funds were withdrawn arbitrarily with out the consent of Mr. Haritatos or notice to him. We have advised Mr. Haritatos on the ethical issues involved in that action and his is considering his options concerning those funds.

page 2

This response to your request for an update on negotiations between the attorneys is not intended to be a general appearance in this action on behalf of Mr. Haritatos, but is limited solely for the purpose of advising the court at to the position of Mr. Haritatos on the matters discussed in our conference call.

Sincerely yours,

David C. Grow
Bar Roll # 101876

DCG/trh
cc:   Spero Haritatos (via email)
      James R. Muldoon, Esq. (via email)
      Richard Hughes, Esq. (via email)