

**Marjama Muldoon**
An Intellectual Property Practice

250 South Clinton Street, Suite 300
Syracuse, New York 13202
Telephone: (315) 425-9000
Facsimile:  (315) 425-9114

**James R. Muldoon**
E-Mail: jmuldoon@cny-iplaw.com

December 31, 2008

**VIA CM/ECF**

Hon. Gustave J. DiBianco
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

    Re:    **Withdrawal of Request for Determination of Attorney's Charging Lien in**
           ***Haritatos v. Hasbro, Inc. et al.,*** **NDNY Civil Action No. 6:05-CV-930 (DNH/GJD)**

Dear Judge DiBianco:

    We write to inform the Court that, pursuant to a confidential settlement agreement, our previously asserted lien against the recovery to the benefit of the plaintiff in the above referenced action has been satisfied. We therefore request that any outstanding request or application for Court assistance to resolve the lien be withdrawn.

    In the meantime, if you have any questions, please do not hesitate to contact me.

                              Very truly yours,
                              MARJAMA MULDOON BLASIAK & SULLIVAN LLP

                              *s/James R. Muldoon*

                              James R. Muldoon

JRM/mms

cc:    Richard Hughes, Esq. (via CM/ECF)
        Robert Purcell, Esq. (via CM/ECF)
        David Grow, Esq. (via electronic mail)
        Terry Pickard, Esq. (via electronic mail)
        James Grosso, Esq. (via electronic mail)

1/6/09
So ordered.

G J DiBianco
U.S.M.J.