N.D.N.Y.
05-cv-930
Hurd, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of May , two thousand eight,

Present:

Hon. Dennis Jacobs,
*Chief Judge,*
Hon. Amalya L. Kearse,
Hon. Rosemary S. Pooler,
*Circuit Judges.*



Spero Haritatos,

*Plaintiff-Petitioner,*

v.                                                        08-0077-mv

Hasbro, Inc., *et al.*,

*Defendants-Respondents.*

Petitioner, through counsel, moves, pursuant to 28 U.S.C. § 1292(b), for leave to appeal an interlocutory order of the district court. Upon due consideration, it is hereby ORDERED that the petition is DENIED because an immediate appeal is unwarranted. *See Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23-25 (2d Cir. 1990).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:

SAO-KFW

Catherine O'Hagan Wolfe, Clerk

by: Deputy Clerk

MANDATE

2/5/09